**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
|     Plaintiff, | |
|   v. | Case No.  2:18-cv-483 |
| BI SCIENCE INC., | JURY TRIAL DEMANDED |
|     Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Luminati Networks Ltd., by its undersigned counsel, states that IPPN Group Ltd. owns 10% or more of the stock of Luminati Networks Ltd.

Dated:  November 8, 2018     Respectfully submitted,

             By: */s/ Korula T. Cherian__*

             S. Calvin Capshaw
             State Bar No. 03783900
             Elizabeth L. DeRieux
             State Bar No. 05770585
             Capshaw DeRieux, LLP
             114 E. Commerce Ave.
             Gladewater, TX 75647
             Telephone: 903-845-5770
             ccapshaw@capshawlaw.com
             ederieux@capshawlaw.com

Korula T. Cherian
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
Email: sunnyc@ruyakcherian.com

Attorneys for Plaintiff