UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>      Plaintiff,<br><br>  v.<br><br>BI SCIENCE INC.,<br><br>      Defendants. | Case No. 2:18-cv-483<br><br>JURY TRIAL DEMANDED |

**JURY DEMAND**

Plaintiff, Luminati Networks Ltd. ("Luminati") demands trial by jury on all claims and issues so triable.

Dated: November 8, 2018

Respectfully submitted,

By: */s/ Korula T. Cherian*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
RuyakCherian LLP

1936 University Ave, Ste. 350
Berkeley, CA  94702
Email: sunnyc@ruyakcherian.com

Attorneys for Plaintiff