EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LUMINATI NETWORKS LTD.

      Plaintiff,

  v.

BI SCIENCE INC.,

      Defendant.

Case No.  2:18-cv-483

JURY TRIAL DEMANDED

## NOTICE OF DESIGNATION OF LEAD ATTORNEY

COMES NOW, Plaintiff Luminati Networks Ltd. and hereby notifies the Court and all parties of record that Korula T. Cherian, RuyakCherian LLP, 1936 University Ave., Ste. 350, Berkeley, CA 94702, is designated as lead counsel for Plaintiff in the above-captioned case.

Dated: November 8, 2018

By: */s/ Korula T. Cherian*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
Email: sunnyc@ruyakcherian.com

Attorneys for Plaintiff