# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>  Plaintiff,<br><br> v.<br><br>BI SCIENCE INC.,<br><br>  Defendant. | Case No. 2:18-CV-483<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Luminati Networks Ltd., for the purpose of receiving notices and orders from the Court.

Dated: November 8, 2018

                By: */s/ Elizabeth L. DeRieux*
                S. Calvin Capshaw
                State Bar No. 03783900
                Elizabeth L. DeRieux
                State Bar No. 05770585
                Capshaw DeRieux, LLP
                114 E. Commerce Ave.
                Gladewater, TX 75647
                Telephone: 903-845-5770
                ccapshaw@capshawlaw.com
                ederieux@capshawlaw.com

                Korula T. Cherian
                RuyakCherian LLP
                1936 University Ave, Ste. 350
                Berkeley, CA  94702
                Email: sunnyc@ruyakcherian.com

                Attorneys for Plaintiff