**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendant. | Case No.  2:18-CV-483<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Luminati Networks Ltd., for the purpose of receiving notices and orders from the Court.

Dated: November 8, 2018

　　　　　　　　　　　　　　　　　　　　By: */s/ S. Calvin Capshaw*
　　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw
　　　　　　　　　　　　　　　　　　　　State Bar No. 03783900
　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　State Bar No. 05770585
　　　　　　　　　　　　　　　　　　　　Capshaw DeRieux, LLP
　　　　　　　　　　　　　　　　　　　　114 E. Commerce Ave.
　　　　　　　　　　　　　　　　　　　　Gladewater, TX 75647
　　　　　　　　　　　　　　　　　　　　Telephone: 903-845-5770
　　　　　　　　　　　　　　　　　　　　ccapshaw@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　ederieux@capshawlaw.com

　　　　　　　　　　　　　　　　　　　　Korula T. Cherian
　　　　　　　　　　　　　　　　　　　　RuyakCherian LLP
　　　　　　　　　　　　　　　　　　　　1936 University Ave, Ste. 350
　　　　　　　　　　　　　　　　　　　　Berkeley, CA  94702
　　　　　　　　　　　　　　　　　　　　Email: sunnyc@ruyakcherian.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff