UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>      Plaintiff,<br><br>   v.<br><br>BI SCIENCE INC.,<br><br>      Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## MOTION FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER

Plaintiff, Luminati Networks Ltd. ("Plaintiff"), under Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November 1965 (the "Hague Convention") files this Motion for Appointment of International Process Server in their claims against BI Science Inc. in Israel.

Plaintiff requests that Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205 and its agents, be appointed as the international process server.  This motion is not sought for purposes of delay but so that justice may be done.

Plaintiff requests that the Court grant their motion for appointment of an international process server.

Dated:  November 27, 2018        By: */s/ Ronald Wielkolpolski*
                                                    S. Calvin Capshaw
                                                    State Bar No. 03783900
                                                    Elizabeth L. DeRieux

> State Bar No. 05770585
> Capshaw DeRieux, LLP
> 114 E. Commerce Ave.
> Gladewater, TX 75647
> Telephone: 903-845-5770
> ccapshaw@capshawlaw.com
> ederieux@capshawlaw.com
>
> Korula T. Cherian
> RuyakCherian LLP
> 1936 University Ave, Ste. 350
> Berkeley, CA  94702
> Email: sunnyc@ruyakcherian.com
>
> Ronald Wielkopolski
> RuyakCherian LLP
> 1700 K St. NW, Suite 810
> Washington, DC 20006
> Email:  ronw@ruyakcherian.com
>
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of November, 2018 with a copy of this document via CM/ECF. No parties other than Plaintiff have appeared in this cause, therefore no party other than plaintiff will receive service.

> /s/  Ronald Wielkolpolski