UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Before the Court is Plaintiff Luminati Networks Ltd.'s Motion for Appointment of International Process Server. (Dkt. No. 10.) Having considered Plaintiff's Motion, and finding good cause, the Court hereby **ORDERS** that the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 4(f) and Chapter 1, Article 3 of Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Crowe Foreign Services, specializing in international service of process, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, and its agents acting under the direction and control of Crowe Foreign Services are appointed as the international process server in this case.

**So Ordered this**
Nov 28, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE