**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**UNOPPOSED MOTION FOR LEAVE TO SEAL DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Defendant BIScience Inc.[1] ("BIScience") hereby files this Unopposed Motion for Leave to Seal Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue.

BIScience's Motion contains highly confidential information.  Because a protective order has not yet been entered in this case, BIScience respectfully moves for leave to file the Motion and attachments under seal.  Plaintiff does not oppose this motion.  Plaintiff has not seen the actual document and reserves the right to dispute that any particular information in the document is appropriately maintained under seal.

Defendant BIScience respectfully requests that the Court enter the attached order granting leave to file its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and all attachments thereto, under seal.

---

[1] As explained in the motion, BIScience Inc. is not a legal entity.  BI Science (2009) Ltd. is an Israeli corporation and the proper party.  In the interest of judicial and party efficiency, this motion addresses BI Science (2009) Ltd. as "BIScience".

Dated:  January 28, 2019

By:  */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

*ATTORNEY FOR DEFENDANT*
*BI SCIENCE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

*/s/  Eric H. Findlay*
Eric H. Findlay