# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| BISCIENCE INC. § | |
| § | |
| Defendant. § | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Leave to Seal Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, the Court GRANTS the Motion.

It is therefore ORDERED that Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and all attachments thereto are hereby sealed.