IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BISCIENCE INC.<br><br>    Defendant. | § § § § § § § § § § § § § |  CIVIL ACTION NO. 2:18-cv-483-JRG<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BI Science (2009) Ltd.[1] ("BIScience") makes the following disclosures:

1. BIScience is corporation duly organized and existing under the laws of Israel, with its principal place of business at 6 Hanechoshet St., Tel Aviv, 6971070, Israel.

2. BIScience does not have a parent corporation.

3. More than 10% of the stock in BIScience is owned by TNS, a Kantar Group Company, and The Kantar Group Limited is owned by WPP plc.

Dated: January 28, 2019

By: */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

*ATTORNEY FOR DEFENDANT*
*BI SCIENCE INC.*

---

[1] Plaintiff's Complaint names the wrong corporate entity. BiScience Inc. is not a legal entity, while BI Science (2009) Ltd. is an Israeli corporation and the proper party.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay
