**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD._____Plaintiff,_____v._____BI SCIENCE INC.,_____Defendant. | Case No. 2:18-CV-483_____JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert Harkins, enters his appearance in this matter as counsel for Plaintiff, Luminati Networks Ltd., for the purpose of receiving notices and orders from the Court.

Dated: January 30, 2019

By: */s/ Robert Harkins*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190

Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 30th day of January, 2019, with a copy of this document via CM/ECF.

*/s/ Robert Harkins*

2