IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| BISCIENCE INC. | § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

Upon consideration of Defendant BIScience Inc.'s Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Plaintiff Luminati Networks Ltd.'s civil action against BIScience Inc. be dismissed.

[OR]

It is therefore ORDERED that this action be transferred to the United States District Court for the Southern District of New York.