**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>    Defendant. | Case No.  2:18-CV-483<br><br>JURY TRIAL DEMANDED |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Luminati Networks Ltd. ("Luminati") files this Notice of Readiness for Scheduling Conference and notifies the Court of the following:

1. Dkt. 15 – Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, is currently pending in this matter.

2. The patents-in-suit are U.S. Patent Nos. 9,241,044 and 9,742,866.

3. The patents-in-suit are also being asserted in this District in the case captioned *Luminati Networks Ltd. v. UAB Tesonet,* 2:18-cv-00299-JRG, which was filed on July 19, 2018.  The Markman hearing for that action is set for July 24, 2019.  The jury selection is set for February 3, 2020.

Dated: February 6, 2019

                                                            By: */s/ Robert Harkins*
                                                            S. Calvin Capshaw
                                                            State Bar No. 03783900
                                                            Elizabeth L. DeRieux
                                                            State Bar No. 05770585
                                                            Capshaw DeRieux, LLP
                                                            114 E. Commerce Ave.

Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2019, with a copy of this document via CM/ECF.

*/s/ Robert Harkins*

2