# EXHIBIT 1

  

# We collect and intelligently crunch over 100 TB of competitive ad data every day into digital insight that makes a real difference

**45**M

Ad Creatives

**100**

TB Crunched daily

**120**

Geographies

## Invitation to get a live demo

⊙ GET A LIVE DEMO

© Copyright 2017, BIScience Inc. All rights reserved.