# EXHIBIT 2



**Established 1956**

| | | | | |
|---|---|---|---|---|
| Aharon Pollak | Galit shitzer | Nadeem Shehadeh | Shira Mualem | Masha Kaminsky |
| Moshe Matalon | Michael Yavin | Yair Avraham | Reut Avraham | Eliran Ben David |
| Arie Neiger * | Efraim Levy | Gil Ben Moshe | Yoav Sherman | Tal Zaid |
| Doron Levy | Na'ama Babish | Shahar Haron | Noam Ben Ami | Mor Granot |
| Eldad Koresh | Ranit Kessous-Katz | Nillie Turtel-Tau | Racheli Vardi | Shahar Yarom |
| Yonatan Altman | Amir Fish | Roi Gross | Shem'or Greenwald | Bar Farkash |
| Ian Rostowsky | Nadia Davidzon | Reut Tzumie | Inbar Roth-Tvizer | Hila Spitz |
| Anat Sterenlib-Molkho | Shalom Simon** | Dana Mechanian | Eliad Farjoon | Tzlil Hudady |
| Asaf Biger | Ruth Amit-Fogel | Ephraim Ofek Aharon | Noam Waldoks | Sapir Almog |
| Ofra Cohen | Omri Hephner | Liron Levy | Guy Goldstein | Mor Bouganim |
| Maya Issacharov * | Moti Mironi | Liron Usherovich | Dana Shwartz | Dana Mishkin |
| Orit Israeli | Efrat Haimi | Ido Hazan | Tal Tsarfaty-Doron | Gal Marom |
| Erez Haver | Itai Nachtomy | Yana Yavnitzki Dror | Lihi Godes | Noy Rimer |
| Aya Reich Mina | Moran Mordechay | Mor Gazit | Niran Dor | Noa Kay |
| Racheli Guz-Lavi (CPA) | Yifat Weiss | Orel kunyo | Joseph Sabag | |
| Ayelet Torem | Limor Segman | Tal Sasson-Ferdman | Harel Afargan | |
| Yoav Etzyon* | Avi Osterman* | Shani Ashkenasi | Ariella Magid | |
| Rachel Harari-Lifshits | Shalev Brants | Yoav Lande | Natalie Polyakov | |
| Sharon Lubezky Hess | Reut Gan | Efrat Shpizaizen | Avital Shukrun | |
| Ariel Frank | Assaf Oren | Hadas Granit | Shlomi Ardan | Nahum Amit |
| Amichay Finkelstein | Yahel Porat | Elinor Polak | Yinon Himi | [1923-2007] |
| Benjamin Grossman | Raya Vilenski | Amy Sapan* | Tal Alon | Etty Avni-Borowits |
| Stephen Barak Rozen | Tzipi Kolp Frieder | Omer Ben Matityahu | Shay Bello | [1945-2005] |
| Omer Bekerman* | Eitan Leder | Shiran Geva | Lital Efrati | |
| Tal Sheratzki-Jaffa* | Jonathan Tessone | Gal Omer | Amir Barel | * Also a member of the New-York Bar |
| Ravit Arbel | Avishai Sahar | Arik Ben Simchon | Amit Damari | ** Notary |

apm@apm-law.com
www.apm-law.com
Office. 972-3-5689022
Fax. 972-35689023
APM House, 18 Raoul Wallenberg St, Building D, 7th Floor, Ramat Hachayal, Tel Aviv 6971915, Israel

Ref : 5045/14

March 8, 2018

Or Lenchner, COO
Luminati Networks LTD
3 Hamahshev Street
Netanya 42507

By email: *or@luminati.io*

### Re: Bad Faith Assertion of Patent Infringement

Dear Sir,

Our client, BI Science Inc., has instructed us to write to you as follows:

1. Your letter dated February 8, 2018, captioned "Infringement of patent rights", constitutes bad faith assertion of patent infringement for several reasons.

    a. First, your letter refers to the EP2863607 application despite the fact that it was denied on July 30, 2015 (14182547.1) due (among other things) to prior art and despite the fact that it is deemed to be withdrawn since July 29, 2016. Furthermore, your letter refers to the EP2486415 application that is also deemed to be withdrawn since September 1, 2017. The reference to these applications is therefore meritless and deceptive. At the very least, you should be aware of this.

    b. Second, the patents mentioned in your letter (the "*Patents*") are invalid due to prior art, examples of which appear in the above-mentioned denial concerning EP2863607 (that corresponds with US patent 9,241,044). The reference to the Patents is therefore meritless for this reason as well. In light of the denial, you should be aware of this.

APM & CO

AMIT, POLLAK, MATALON

    We note that the examiner reported this prior art as "considered" but failed to address it in the notice of allowance. In any case, my client has identified multiple examples of additional prior art, not reported as considered by the examiner, that invalidate the Patents.

   c. Third, your letter fails to identify factual allegations concerning specific areas in which my client's products, services or technology infringes the Patents.

   d. The content of your letter appears to indicate that you failed to conduct an analysis comparing the claims in the Patents to my client's products, services, and technology prior to sending it.

2. Regardless of the above, my client is not infringing the Patents.

3. As you should be well aware, the mere existence of your letter, especially in light of its caption, may very well cause serious damages to my client, including but not limited to its reputation and business opportunities. Luminati and you personally are accountable for any and all such damages.

4. You are hereby demanded to retract your letter. My client reserves the right to initiate legal proceedings against Luminati and you personally for bad faith assertion of patent infringement (among other things) should you fail to do so.

5. In addition, my client reserves the right to initiate legal proceedings to invalidate the Patens as well as legal proceedings to invalidate Israeli patent No. 219196 (that corresponds with US patent 9,742,866).

6. Nothing in this letter derogates from any of my client's rights or remedies nor does it exhaust them.

                                                              Sincerely yours

                                                              Asaf Biger, Adv.
                                                           Amit, Pollak, Matalon & Co.