# EXHIBIT 3

# Residential IPs Integration Guide

Here you can find detailed information about GeoSurf™ Residential IPs integration. GeoSurf™ has an inbuilt IP rotation solution designed for easy integration. If you don't find the right documentation for your needs, please fill in the contact us form and one of our representatives will be in touch.

## BROWSER & OS CONFIGURATION

- Internet Explorer, Chrome & Edge Browser
- Mozilla Firefox
- Android Proxy configuration

## API & EXAMPLES

- PHP file_get_contents proxy example
- PHP cURL proxy example
- Python version 2.x proxy example
- Python version 3.x proxy example
- Ruby proxy example
- Java global proxy example
- Java apache HttpClient proxy example
- Most simple CURL example
- Node.js CURL proxy example - Random country selection

## STICKY RESIDENTIAL IPS AND SESSION PERSISTENCE

- Session persistence overview
- US Residential 1 minute session persistence CURL example
- US Residential 10 minutes session persistence CURL example
- US Residential 30 minutes session persistence CURL example
- Germany (DE) Residential 1 minute session persistence CURL example
- Germany (DE) Residential 10 minute session persistence CURL example
- Germany (DE) Residential 30 minute session persistence CURL example
- France (FR) Residential 1 minute session persistence CURL example
- France (FR) Residential 10 minute session persistence CURL example
- France (FR) Residential 30 minute session persistence CURL example
- Great Britain (GB) Residential 1 minute session persistence CURL example
- Great Britain (GB) Residential 10 minute session persistence CURL example
- Great Britain (GB) Residential 30 minute session persistence CURL example
- India (IN) Residential 1 minute session persistence CURL example
- India (IN) Residential 10 minute session persistence CURL example
- India (IN) Residential 30 minute session persistence CURL example
- Thailand (TH) Residential 1 minute session persistence CURL example

- ✱ Thailand (TH) Residential 10 minute session persistence CURL example
- ✱ Thailand (TH) Residential 30 minute session persistence CURL example

### CITY & STATE GATEWAY

− ⚠ City Gateway overview

This service is currently available for all major US cities and we will continue to add more and more cities in the near future.
**How it works?**
- Authentication – The authentication is done the same way as all other gateways, If your IP is whitelisted in our system you can start using the City gateway immediately.
- City selection – The city gateway allows you to choose from 100 US cities, each city has its own port range.
- Limits – Like all other GSR services you are unlimited with number of requests/sessions or connections, concurrent connections are limited to 20 per machine IP.
- Gateway domain – us-city1.geosurf.io

- ⚠ Available Cities & Ports
- ⚠ Simple CURL example
- ⚠ State Gateway Overview
- ⚠ What is the benefit of using Proxy headers?
- ⚠ Simple CURL example

### BEST PRACTICES – RESIDENTIAL IPS API

- ☑ When and Where Should I use Sticky IPs?
- ☑ Choosing the correct sticky IPs time
- ☑ When and Where should I use the High Rotation gateway?

### 3RD PARTY SOFTWARE INTEGRATION

- ✱ Using Geosurf Residential IP proxy with GSA search engine ranker
- ✱ Using Geosurf Geosurf Residential IP proxy with Foxy Proxy
- ✱ Using Geosurf Residential IP proxy with AIO Sneakers Bot
- ✱ Using Geosurf Residential IP proxy with EasyCop sneakers bot
- ✱ Using Geosurf Residential IP proxy with NikeSlayer
- ✱ Using Geosurf Residential IP proxy with BetterNikeBot (BNB)
- ✱ Using Geosurf Residential IP proxy with Supreme Bot
- ✱ Using Geosurf Residential IP proxy with Another Nike Bot
- ✱ Using Geosurf Residential IP proxy with Sneaker Bot 2.0
- ✱ Using Geosurf Residential Proxy Network with StubTabs & ProxyTabs
- ✱ Using Geosurf Residential Proxies With Insomniac Browser

### CONNECTION PROBLEMS

- ⓘ Are you behind a firewall?
- ⓘ Are you getting Connection Refused from AWS/EC?
- ⓘ Are you getting 408 timeouts?
- ⓘ Are you getting error code(-7) or (-3) when making an API request?
- ⓘ Are you getting denied access errors?
- ⓘ Do you have DNS leak issues?

