# EXHIBIT 5

Search                                    Ron    Home    Find Friends          3    82

**Vadim Feldman** is with **Omer Avivi** and **2 others** at **Caesars Palace**.
July 16, 2018 · Las Vegas, NV ·

הסופר קלאסיקו של הפרוקסי

See Translation



58                                                                    7 Comments

Like          Comment          Share

**Ofir Malka**
לא יודע מה אתם הולכים למכור, אבל מישהו הולך לשלם על זה ביוקר
Like · Reply · See Translation · 29w                                    5

**Elinor Dadbin**
חנג״מים על חלל הלכו לכבוש את ווגאס!! תנו לנו כבוד שם!!!
Like · Reply · See Translation · 29w

**Amir Levi**
עד מתי אתם בוגסHaim Treistman?
Like · Reply · See Translation · 29w
        Vadim Feldman replied · 1 Reply

**Haim Treistman** Amir Levi 22עד ה
Like · Reply · See Translation · 29w

**Shmulik Levy**
איזה צוות אינעל העולם..כוכבים!                                          1
Like · Reply · See Translation · 29w

**Amir Levi**
חחח באסה, אני מגיע ב23
Like · Reply · See Translation · 29w

Write a comment...

**Recommended for You Nearby**



**3 Beds 2 Baths House for Rent**
$1,100 · Silver Spring, MD          View Details



**1 Bed 1 Bath House**
$700 · Silver Spring, MD            View Details

See More on Marketplace

**Suggested Groups**                                See All

**Bourbon Finder**
11,465 members                      Join

English (US) · Español
Português (Brasil) · Français (France)
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2019

Chat (Off)