# EXHIBIT 6

Case 2:18-cv-00483-JRG    Document 23-7    Filed 02/12/19    Page 2 of 3 PageID #:  791

Sign in          Join now



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

…

**+  Follow**

If you haven't scheduled yet, let's meet at Vegas!

https://lnkd.in/gnXRrNU



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

Meet us at Affiliate Summit West 2019! #summit2019 #affiliates #affiliatesummitwest #lasvegas

https://lnkd.in/gnXRrNU



👍 Like      💬 Comment      ➡ Share

© 2018   **About**   **User Agreement**   **Privacy Policy**   **Cookie Policy**   **Copyright Policy**   **Brand Policy**

Manage Subscription    Community Guidelines    **Language** ⌄

Sign in    Join now