# EXHIBIT B



ENTER
THRU
347 LOBBY
←