# EXHIBIT C



# NYC Buildings

## Work Permit Department of Buildings

Issued: 01/30/2018  Expires: 01/30/2019

Permit Number: 140602881-01-EQ-SH
Issued to: SYLWESTER SERAFIN
Business: PRATT CONSTRUCTION & REST
Address: MANHATTAN  345 MADISON AVENUE
Contractor No: GC-612046



Description of Work:
ALTERATION TYPE 3 – CONSTRUCTION EQUIPMENT – SIDEWALK-SHED INSTALLATION OF SIDEWALK SHED AS PER PLANS. WORK SHALL COMPLY WITH 2014 BUILDING CODE CHAPTER 33. NO CHANGE IN USE, EGRESS OR OCCUPANCY.

Review is requested under Building Code: 2014
Electrical Application Number for Shed Lighting: M391673
To see a Zoning Diagram (ZD1) or to challenge a zoning approval filed as part of a New Building application or Alteration application filed after 7/13/2009, please use "My Community" on the Buildings Department web site at www.nyc.gov/buildings.

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature]       Commissioner of Buildings: Rick Chandler

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

02 01/31/2018
OP-35A (5/10)

Feb 5, 2019 at 2:47:55 PM