UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No. 2:18-CV-00483-JRG |
| v. | FILED UNDER SEAL |
| BI SCIENCE INC., | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

CAME ON FOR CONSIDERATION, Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue. Having considered the motion, it is hereby DENIED.

1