IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| v. § | Case No. 2:18-CV-0483-JRG |
| § | |
| BI SCIENCE INC. § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati") and submit this declaration in support of Luminati's Opposition to Defendant's Motion to Dismiss.

3. Plaintiff's Exhibit 1 hereto is a true and correct copy of the website located at www.biscience.com accessed on or about February 5, 2019.

4. Plaintiff's Exhibit 2 hereto is a true and correct copy of a letter sent from Asaf Biger to Or Lenchner dated March 8, 2018.

5. Plaintiff's Exhibit 3 hereto is a true and correct copy of the webpage located at https://www.geosurf.com/resources/residential-ips-integration-guide/#ac_15171_collapse1 accessed on or about February 8, 2019.

6. Plaintiff's Exhibit 4 hereto is a true and correct copy of the webpage located at https://www.geosurf.com/resources/residential-ips-integration-guide/#ac_15171_collapse2 accessed on or about February 5, 2019.

7. Plaintiff's Exhibit 5 hereto is a true and correct copy of a facebook page located at https://www.facebook.com/photo.php?fbid=10213665453643086&set=a.1034834823582&type=3&theater accessed on or about February 6, 2019.

8. Plaintiff's Exhibit 6 hereto is a true and correct copy of a facebook page located at https://www.linkedin.com/feed/update/urn:li:activity:6482568803711619072/ accessed on or about February 6, 2019.

9. Plaintiff's Exhibit 7 hereto is a true and correct copy of a page located at https://www.geosurf.com/pricing/ accessed on or about February 8, 2019.

Executed: February 12, 2019

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski