# EXHIBIT 6

Sign in    Join now



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

⋯

**+ Follow**

If you haven't scheduled yet, let's meet at Vegas!

https://lnkd.in/gnXRrNU



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

Meet us at Affiliate Summit West 2019! #summit2019 #affiliates #affiliatesummitwest #lasvegas

https://lnkd.in/gnXRrNU

👍 Like    💬 Comment    ➤ Share

© 2018   About   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy

Manage Subscription   Community Guidelines   Language ⌄

Sign in  Join now