# EXHIBIT 7

# Plans & Pricing

## RESIDENTIAL



## TOOLBAR

