# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| v. § | Case No. 2:18-CV-0483-JRG |
| § | |
| BI SCIENCE INC. § | |

## DECLARATION OF MICHAEL J. DELL'OLIO

I, Michael J. Dell'Olio, declare:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the statements made in this declaration, and if called as a witness I could competently testify to them.

2. I am a licensed private investigator in the state of New York. I work for John Cutter Investigations, Inc., which operates under NYS Private Investigator License 11000154815.

3. On February 5, 2019, I was engaged by RuyakCherian LLP to investigate an office purportedly located at 345 Madison Ave., Floor 16, New York, New York, 10017 ("Location"). Specifically, I was asked to physically inspect the Location for evidence that BI Science Inc., also known as BI Science (2009) Ltd., operating under the brand "Geosurf," uses this location as an office.

4. During the afternoon of February 5, 2019, I traveled to the Location. Exhibit A is a copy of a picture I took showing the street address of the Location. The Location appeared vacated under construction with notices posted to the inside the door. Exhibit B is copy of a picture I took showing a series of notices taped to the inside of the entrance including a notice indicating "ENTER THRU 347 LOBBY." Exhibit C is a copy of a picture I took showing a NYC Work Permit, which was one of the notices visible in Exhibit B.

5. I entered the building at 347 Madison Avenue, which appears to share a wall with 345 Madison Avenue and similarly be under construction. I observed a security guard at a desk and a man wearing a "CBRE" uniform entering a door through to the building at 345 Madison Avenue. The "CBRE"-uniformed person told that he had worked there for years.

6. The "CBRE"-uniformed person informed me that 345 Madison Avenue is owned by the Metropolitan Transportation Authority and is managed by CBRE. He also told me that 345 Madison Avenue has been vacant for years and under construction.

1

7.      I asked the "CBRE"-uniformed person whether Geosurf had an office at the location. He informed me that 345 Madison Avenue has been vacant for years, and because of ongoing construction, there are no tenants in the building. He further stated that he has never heard of Geosurf. The "CBRE"-uniformed person also informed me that 345 Madison Avenue only has fifteen floors, which is contrary to the assignment to investigate the Location being located on the sixteenth floor.

8.      I looked for, but did not observe any signage for BI Science or Geosurf outside the adjoining buildings at 345 Madison Avenue or 347 Madison Avenue or inside 347 Madison Avenue.

9.      I have reviewed an article available at https://therealdeal.com/2018/08/24/the-mta-is-still-spending-millions-to-maintain-its-empty-headquarters/ and attached as Exhibit D. My observations at 345 and 347 Madison Avenue are consistent with the information provided in this article.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct and that this declaration was executed this 8th day of February 2019, in New York, New York.

Michael J. Dell'Olio

**John Cutter Investigations, Inc.**