# EXHIBIT B



ENTER
THRU
347 LOBBY
←

NYC
Work Permit Department of Buildings

Feb 5, 2019 at 2:47:08 PM