# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendants. | Case No. 2:18-CV-00483-JRG<br><br>FILED UNDER SEAL<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EARLY VENUE DISCOVERY

CAME ON FOR CONSIDERATION, Plaintiff's Motion for Early Venue Discovery. Having considered the motion, it is hereby GRANTED.

Accordingly, Plaintiff is granted leave to conduct limited discovery including:

(a) documentation showing Defendant's control over the Purported Office in New York and relationship with any purported employees residing in New York;

(b) a deposition of Mr. Moyal limited to jurisdictional discovery;

(c) documentation showing Defendant's correspondence with entities located in Texas regarding "Geosurf"; and

(d) documentation and/or other written discovery showing the volume and number of Internet requests initiated from or routed through Texas as part of the Geosurf service by month and year.