**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>        Plaintiff,<br><br>   v.<br><br>BI SCIENCE INC.,<br><br>        Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

CAME ON FOR CONSIDERATION, Plaintiff, Luminati Networks Ltd.'s Unopposed Motion for Leave to File Under Seal.  Having considered the motion it is hereby GRANTED.