UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>         Plaintiff,<br><br>    v.<br><br>BI SCIENCE INC.,<br><br>         Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

# ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s Unopposed Motion for Leave to Seal Plaintiff's Response to Defendant's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue (Dkt. No. 21) and Plaintiff's Motion for Early Venue Discovery (Dkt. No. 22). Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** the Clerk to seal Plaintiff's Response to Defendant's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue (Dkt. No. 21) and Plaintiff's Motion for Early Venue Discovery (Dkt. No. 22)

**So ORDERED and SIGNED this 14th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE