IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| BISCIENCE INC. | § § | |
| Defendant. | § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

Defendant BI Science Inc. ("BI Science") respectfully files this Unopposed Motion for Extension of Time and shows the Court as follows:

On January 28, 2019, BI Science filed its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 15). On February 12, 2019, Plaintiff Luminati Networks Ltd. ("Luminati") filed its Response in Opposition to BI Science's Motion (Dkt. No. 21). Pursuant to Local Rule CV-7(e), BI Science has seven (7) days to file its Reply Brief in Support of its Motion. BI Science has requested, and Plaintiff has agreed, to extend the deadline for BI Science's Reply Brief five (5) days until February 25, 2019. Good cause additionally supports this extension of the briefing schedule on Defendant's Motion to provide adequate time for BI Science to consider the issues raised in Plaintiff's Response.

WHEREFORE, BI Science respectfully requests that the Court enter an order extending the respective deadline as follows:

| Event | Deadline |
|---|---|
| Defendant's Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue | February 25, 2019 |

Dated: February 15, 2019

Respectfully submitted,

/s/*Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Debby Gunter
Texas Bar No. 24012752
Findlay Craft, P.C.
102 North College Avenue
Suite 900
Tyler, Texas 75702
Phone: 903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com
dgunter@findlaycraft.com

***Attorneys for Defendant BI Science Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

    */s/ Eric H. Findlay*
    Eric H. Findlay