### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

On this day came on to be considered Defendant's Unopposed Motion for Extension of Time by BI Science Inc. and the Court being of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendant BI Science Inc. be given to and including February 25, 2019, to file its Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 15).