# EXHIBIT C



# 19 NOV SIX MISTAKES TO AVOID WHEN YOU BUY A PROXY

Posted at 08:37h in Proxy 101 by Alon Ghelber · 0 Comments · Share 08:37

Say you're considering to buy a proxy server for your data harvesting operations. Whether you plan to use a proxy for **web scraping, price monitoring, ad verification**, or other types of online operations, you want to be careful about picking the right service. To help you navigate the vast spread of options available out there, we've compiled a list of **common mistakes** people and companies often make when they select a proxy server.

## (1) BUYING THE WRONG TYPE OF PROXY.

If you think that any proxy will do the job, consider that there are several types of proxies out there, and if you don't use the right one, not only it will be useless, but it might even be counterproductive.

Most importantly, there are two categories of proxies: Data Centers (or Sever) and Residential IPs. When you browse the internet to harvest data or verify where your ads are being published, you often get different results depending whether you are using a Data Center or a Residential IP.

Data Centers are easily detectable. Residential IPs, instead, are spread around the world and will help you pass as a real user. If you want to keep a low profile and harvest data in total anonymity, use Residential IPs: No one will block you or feed you with falsified information.

## (2) NEGLECTING THE LOCATION OF THE PROXY.

Some cheap proxy servers don't allow you to select the location of the proxy. That can easily defeat your purpose. Other proxies, instead, allow you to select the country of navigation, but not the city. If you want to access local results in your operation, we advise to use a proxy that allows you to pick the specific city of navigation.

Location is key. One of the reasons to use a proxy, is to appear as if you were surfing from a different place. Say you're in Qatar, and you want to access a website blocked in your region: you must ensure the proxy is located far away! Or if you are in Europe and want to read an American news site unavailable in your country—you have to use an American IP.

## (3) NOT USING STICKY IPS WHEN IT'S REQUIRED.

Most proxy providers use high rotation IPs, which means that you get a new IP address every time you make a new request. However, this can affect the success of your operation. If you need to send multiple requests or go through several web pages, it's recommended to send all the requests through the same IP address in order to successfully complete the process.

Using high rotation IPs to complete a task that requires to go through several web pages is a mistake you should avoid!

**Sticky IP by GeoSurf** allows you to stick to the same IP address throughout the duration of a task. You just need to select the desired location and the rotation time corresponding to the time you need to complete your task (1 minute, 10 minutes, 30 minutes) until your IP address will change. This process will maximize the success rate and get the job done much faster.

## (4) BUYING A PROXY THAT IS DIFFICULT TO INTEGRATE

Some proxy providers look great and fancy until you try to integrate them. Some—such as Luminati—are very difficult to integrate, as they require you to install complex proxy managers and to ultimately modify your entire solution.

Other proxy services require you to whitelist your IP addresses; but if you are using shared servers like Amazon Web Services (AWS) or any Software as a Service (SaaS) solution, you cannot whitelist the IPs, because they're probably in somebody else's whitelist.

In short, stay away from these proxies.

Instead, go for easy-integration proxies that support whatever your needs may be. **GeoSurf**, for instance, takes less than 5 minutes to integrate and supports the IP:port method with IP whitelist, the username-Password solution, *and* session persistence with an API.

## (5) USING THE WRONG TOOLS

You've probably noticed there are many off-the-shelf solutions for web scraping, multilogin applications, tickets, and so on. Some—usually those that come as SaaS solutions and continuously offer updates—are good. But there are also many cheap solutions, usually with a one-time fee, that quickly become obsolete. Just consider that any website should update almost on a daily basis!

The ideal proxy solution integrates with all software providers.

**GeoSurf**'s proxy solution comes already integrated with 4 tools: StubTabs, Multiloginapp, Ghost Browser, and Insomniac Browser.

## (6) GOING WITH A PROXY THAT DOESN'T OFFER CUSTOMER SUPPORT

Why would you spend money on a proxy server, find it hard to set it up or integrate it, and then pay more money to receive technical support?

Avoid the hassle: Use a proxy plan that includes free support at all times.

### GEOSURF HELPS YOU AVOID ALL THESE MISTAKES

GeoSurf's Residential IP proxy solution allows you to avoid all of the aforementioned mistakes:

| | |
|---|---|
| Type of proxy | GeoSurf gives you access to a pool of over 2 million Residential IPs. Scrape the web in total anonymity: no website will ever block you or show you falsified data. |
| Location of proxy | GeoSurf's Residential IPs are located in more than 130 countries and 1700 cities around the world. |
| Sticky IPs | With Sticky IPs by GeoSurf, select your desired location and timeframe and surf the web in total freedom while keeping the same IP until you've completed your operation. |
| Easy integration | GeoSurf's integration takes less than 5 minutes and supports both the IP:port method with IP whitelist, the username-Password solution, and session persistence with an API. |
| Right tools | Our solution integrates with all software providers and comes already integrated with 4 tools: StubTabs, Multiloginapp, Ghost Browser, and Insomniac Browser. |
| Customer support | Need help? GeoSurf's enterprise users get a designated customer success manager, who is available for support on the phone at every hour, every day, all year long. |

Access GeoSurf's pool of over 2 million residential IPs for your large-scale operations. Scrape the web in total anonymity: no website will ever block you or show you falsified data.

**Get your GeoSurf's Residential IP Proxy Network account today!**

## NO COMMENTS

## POST A COMMENT

Write your comment here…

Your full name

E-mail address

Website

**SUBMIT**

< All posts

## RECENT POSTS

What is Ad Verification And Why Do We Need It?

GeoSurf's Highlights 2018

Familiarizing Yourself With GeoSurf: Learn how to add and manage IPs Video Tutorial

Familiarizing Yourself With GeoSurf: Insomniac Browser Integration Video Tutorial

Your Ultimate Guide To Data Mining and Scraping Using A Proxy

**RELATED POSTS**