# EXHIBIT E

## Residential IPs Integration Guide

Here you can find detailed information about GeoSurf™ Residential IPs integration. GeoSurf™ has an inbuilt IP rotation solution designed for easy integration. If you don't find the right documentation for your needs, please fill in the contact us form and one of our representatives will be in touch.

### BROWSER & OS CONFIGURATION

- Internet Explorer, Chrome & Edge Browser
- Mozilla Firefox
- Android Proxy configuration

### API & EXAMPLES

- PHP file_get_contents proxy example
- PHP cURL proxy example
- Python version 2.x proxy example
- Python version 3.x proxy example
- Ruby proxy example
- Java global proxy example
- Java apache HttpClient proxy example
- Most simple CURL example
- Node.js CURL proxy example - Random country selection

### STICKY RESIDENTIAL IPS AND SESSION PERSISTENCE

- Session persistence overview
- US Residential 1 minute session persistence CURL example
- US Residential 10 minutes session persistence CURL example
- US Residential 30 minutes session persistence CURL example
- Germany (DE) Residential 1 minute session persistence CURL example
- Germany (DE) Residential 10 minute session persistence CURL example
- Germany (DE) Residential 30 minute session persistence CURL example
- France (FR) Residential 1 minute session persistence CURL example
- France (FR) Residential 10 minute session persistence CURL example
- France (FR) Residential 30 minute session persistence CURL example
- Great Britain (GB) Residential 1 minute session persistence CURL example
- Great Britain (GB) Residential 10 minute session persistence CURL example

- ⚙ Great Britain (GB) Residential 30 minute session persistence CURL example
- ⚙ India (IN) Residential 1 minute session persistence CURL example
- ⚙ India (IN) Residential 10 minute session persistence CURL example
- ⚙ India (IN) Residential 30 minute session persistence CURL example
- ⚙ Thailand (TH) Residential 1 minute session persistence CURL example
- ⚙ Thailand (TH) Residential 10 minute session persistence CURL example
- ⚙ Thailand (TH) Residential 30 minute session persistence CURL example

### CITY & STATE GATEWAY

- City Gateway overview
- Available Cities & Ports

Below is a list of all available cities, and their ports:

| CITY | STATE | STATE_ABBREVIATION | START_PORT | END_PORT |
|---|---|---|---|---|
| Albuquerque | New Mexico | NM | 8000 | 8019 |
| Arlington | Texax | TX | 8020 | 8039 |
| Athens | Georgia | GA | 8040 | 8059 |
| Atlanta | Georgia | GA | 8060 | 8079 |
| Auburn | Alabma | AL | 8080 | 8099 |
| Aurora | Colorado | CO | 8100 | 8119 |
| Austin | Texas | TX | 8120 | 8139 |
| Bakersfield | California | CA | 8140 | 8159 |
| Baltimore | Maryland | MD | 8160 | 8179 |
| Baton Rouge | Louisiana | LA | 8180 | 8199 |
| Beaverton | Oregon | OR | 8200 | 8219 |
| Bellevue | Washington | WA | 8220 | 8239 |
| Birmingham | Alabama | AL | 8240 | 8259 |
| Booneville | Mississippi | MS | 8260 | 8279 |
| Boston | Massachusetts | MA | 8280 | 8299 |
| Brooklyn | New York | NY | 8300 | 8319 |
| Buffalo | New York | NY | 8320 | 8339 |
| Charlotte | North Carolina | NC | 8340 | 8359 |
| Chicago | Illinois | IL | 8360 | 8379 |
| Cleveland | Ohio | OH | 8380 | 8399 |
| Colorado Springs | Colorado | CO | 8400 | 8419 |
| Columbia | South Carolina | SC | 8420 | 8439 |
| Columbus | Ohio | OH | 8440 | 8459 |
| Crowley | Texax | TX | 8460 | 8479 |
| Dallas | Texas | TX | 8480 | 8499 |
| Dayton | Ohio | OH | 8500 | 8519 |
| Decatur | Georgia | GA | 8520 | 8539 |
| Denver | Colorado | CO | 8540 | 8559 |
| Detroit | Michigan | MI | 8560 | 8579 |
| El Paso | Texas | TX | 8580 | 8599 |
| Fayetteville | North Carolina | NC | 8600 | 8619 |
| Fort Lauderdale | Florida | FL | 8620 | 8639 |
| Fort Worth | Texas | TX | 8640 | 8659 |
| Fremont | California | CA | 8660 | 8679 |
| Fresno | California | CA | 8680 | 8699 |
| Garwood | New Jersey | NJ | 8700 | 8719 |
| Glendale | California | CA | 8720 | 8739 |
| Harrisburg | Pennsylvania | PA | 8740 | 8759 |
| Henderson | Nevada | NV | 8760 | 8779 |
| Hollywood | California | CA | 8780 | 8799 |
| Honolulu | Hawaii | HI | 8800 | 8819 |
| Houston | Texas | TX | 8820 | 8839 |
| Indianapolis | Indiana | IN | 8840 | 8859 |
| Jackson | Mississippi | MS | 8860 | 8879 |
| Jacksonville | Florida | FL | 8880 | 8899 |
| Kansas City | Missouri | MO | 8900 | 8919 |

| CITY | STATE | STATE_ABBREVIATION | START_PORT | END_PORT |
|---|---|---|---|---|
| Katy | Texas | TX | 8920 | 8939 |
| Lansing | Michigan | MI | 8940 | 8959 |
| Lapel | Indiana | IN | 8960 | 8979 |
| Las Vegas | Nevada | NV | 8980 | 8999 |
| Lexington | Kentucky | KY | 9000 | 9019 |
| Los Angeles | California | CA | 9020 | 9039 |
| Louisville | Kentucky | KY | 9040 | 9059 |
| Macon | Georgia | GA | 9060 | 9079 |
| Madison | Wisconsin | WI | 9080 | 9099 |
| Memphis | Tennessee | TN | 9100 | 9119 |
| Miami | Florida | FL | 9120 | 9139 |
| Milwaukee | Wisconsin | WI | 9140 | 9159 |
| Minneapolis | Minnesota | MN | 9160 | 9179 |
| Nashville | Tennessee | TN | 9180 | 9199 |
| New Orleans | Louisiana | LA | 9200 | 9219 |
| New York | New York | NY | 9220 | 9239 |
| Newark | New Jersey | NJ | 9240 | 9259 |
| Oakland | California | CA | 9260 | 9279 |
| Oklahoma City | Oklahoma | OK | 9280 | 9299 |
| Omaha | Nebraska | NE | 9300 | 9319 |
| Orlando | Florida | FL | 9320 | 9339 |
| Philadelphia | Pennsylvania | PA | 9340 | 9359 |
| Phoenix | Arizona | AZ | 9360 | 9379 |
| Pittsburgh | Pennsylvania | PA | 9380 | 9399 |
| Pompano Beach | Florida | FL | 9400 | 9419 |
| Portland | Oregon | OR | 9420 | 9439 |
| Prescott Valley | Arizona | AZ | 9440 | 9459 |
| Princeton | New Jersey | NJ | 9460 | 9479 |
| Raleigh | North Carolina | NC | 9480 | 9499 |
| Richmond | Virginia | VA | 9500 | 9519 |
| Rochester | New York | NY | 9520 | 9539 |
| Rockvale | Colorado | CO | 9540 | 9559 |
| Sacramento | California | CA | 9560 | 9579 |
| Saint James | Missouri | MO | 9580 | 9599 |
| Saint Paul | Minnesota | MN | 9600 | 9619 |
| Salem | Massachusetts | MA | 9620 | 9639 |
| Salt Lake City | Utah | UT | 9640 | 9659 |
| San Antonio | Texas | TX | 9660 | 9679 |
| San Diego | California | CA | 9680 | 9699 |
| San Francisco | California | CA | 9700 | 9719 |
| San Jose | California | CA | 9720 | 9739 |
| Seattle | Washington | WA | 9740 | 9759 |
| Shreveport | Louisiana | LA | 9760 | 9779 |
| Spokane | Washington | WA | 9780 | 9799 |
| Spring | Texas | TX | 9800 | 9819 |
| St Louis | Missouri | MO | 9820 | 9839 |
| Stockton | California | CA | 9840 | 9859 |
| Tacoma | Washington | WA | 9860 | 9879 |
| Tampa | Florida | FL | 9880 | 9899 |
| The Bronx | New York | NY | 9900 | 9919 |
| Tucson | Arizona | AZ | 9920 | 9939 |
| Wallingford | Connecticut | CT | 9940 | 9959 |
| Washington | District of Columbia | DC | 9960 | 9979 |
| Wichita | Kansas | KS | 9980 | 9999 |

- Simple CURL example
- State Gateway Overview
- What is the benefit of using Proxy headers?
- Simple CURL example

## BEST PRACTICES – RESIDENTIAL IPS API

- When and Where Should I use Sticky IPs?

- ☑ Choosing the correct sticky IPs time
- ☑ When and Where should I use the High Rotation gateway?

### 3RD PARTY SOFTWARE INTEGRATION

- Using Geosurf Residential IP proxy with GSA search engine ranker
- Using Geosurf Geosurf Residential IP proxy with Foxy Proxy
- Using Geosurf Residential IP proxy with AIO Sneakers Bot
- Using Geosurf Residential IP proxy with EasyCop sneakers bot
- Using Geosurf Residential IP proxy with NikeSlayer
- Using Geosurf Residential IP proxy with BetterNikeBot (BNB)
- Using Geosurf Residential IP proxy with Supreme Bot
- Using Geosurf Residential IP proxy with Another Nike Bot
- Using Geosurf Residential IP proxy with Sneaker Bot 2.0
- Using Geosurf Residential Proxy Network with StubTabs & ProxyTabs
- Using Geosurf Residential Proxies With Insomniac Browser

### CONNECTION PROBLEMS

- Are you behind a firewall?
- Are you getting Connection Refused from AWS/EC?
- Are you getting 408 timeouts?
- Are you getting error code(-7) or (-3) when making an API request?
- Are you getting denied access errors?
- Do you have DNS leak issues?

## SIGN UP NOW

Start your experience with our GeoSurf Premium Proxy!

GET STARTED