IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Reply. (Dkt. No. 27.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendant BI Science Inc. has up to and including February 25, 2019, to file its Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 15).

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE