IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION FOR EARLY VENUE DISCOVERY

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") files this Response to Plaintiff's Motion for Early Venue Discovery[1] subject to and while reserving its rights to contest personal jurisdiction in the appropriate forthcoming pleading.  BIScience files this response out of an abundance of caution based on Plaintiff's position that its Amended Complaint (Dkt. No. 28.) does not moot its alternative request for venue discovery even though it was contingent on the Court's ruling on BIScience's Motion to Dismiss.

I.    **Background**

On November 8, 2018, Luminati Networks Ltd. ("Luminati" or "Plaintiff") filed its Complaint for Patent Infringement against BIScience.  Dkt. No. 1.  In response, BIScience filed

---

[1] This motion was included in Plaintiff's Opposition to Defendant's Motion to Dismiss, and in the alternative, Motion to Transfer Venue and Motion for Early Venue Discovery (Dkt. No. 21). Plaintiff also filed the same document with a different order for Plaintiff's Motion for Early Venue Discovery (Dkt. No. 22).

its Motion to Dismiss and in the alternative, Motion to Transfer Venue ("Motion to Dismiss") (Dkt. No. 15) to which Luminati filed its Opposition to Defendant's Motion to Dismiss, and in the alternative, Motion to Transfer Venue and Motion For Early Venue Discovery ("Plaintiff's Opposition") (Dkt. No. 21).  In Plaintiff's Opposition, Plaintiff requested venue discovery—"to the extent that the Court concludes either motion has merit, Plaintiff moves for limited discovery…."  Dkt. No. 21, p. 15.  Before BIScience's reply was due in support of its Motion to Dismiss, on February 19, 2019, Plaintiff filed an Amended Complaint against BIScience.  Dkt. No. 28.  Plaintiff's Amended Complaint includes additional causes of action and additional language in the jurisdictional and factual background sections, among others.

## II.    Plaintiff's Amended Complaint Moots BIScience's Motion to Dismiss and Related Briefing

Plaintiff's Amended Complaint moots the briefing on BIScience's Motion to Dismiss because motions to dismiss are generally mooted by the filing of an amended complaint.  *See Bosarge v. Mississippi Bureau of Narcotics*, 796 F.3d 435, 440 (5th Cir. 2015) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading.") (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).  Here, Plaintiff's Amended Complaint does not refer to or adopt or incorporate by reference the earlier pleading.  Clearly, Plaintiff's Amended Complaint supersedes the original complaint and even adds additional causes of action and additional allegations, *including* allegations relating to jurisdiction and venue.

In Plaintiff's Opposition to BIScience's Motion to Dismiss, it is clear that the request for venue discovery was an alternative plea for relief contingent on the Court's conclusion whether "either motion has merit."  Dkt. No. 21, p.15.  Even by Plaintiff's own language in its Opposition,

if BIScience's Motion to Dismiss is moot, the contingency is removed and therefore, any request for contingent relief would be considered moot as well.

Even though BIScience has attempted to confer with Plaintiff on this issue to avoid unnecessary filings with the Court, Plaintiff still contends that the "motion" for venue discovery is not moot.  Therefore, out of an abundance of caution, BIScience files this Response in opposition to Plaintiff's position and respectfully requests that the Court enter an order denying as moot BIScience's Motion to Dismiss and in the alternative, Motion to Transfer Venue (Dkt. No. 15) and Plaintiff's Opposition to Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue and Motion For Early Venue Discovery (Dkt. Nos. 21 and 22) in light of Plaintiff's Amended Complaint.


Dated:  February 27, 2019       By:   */s/ Eric H. Findlay*_____
                                      Eric H. Findlay (TX Bar No. 00789886)
                                      FINDLAY CRAFT, P.C.
                                      102 North College Avenue, Suite 900
                                      Tyler, Texas 75702
                                      Tel: (903) 534-1100
                                      Fax: (903) 534-1137
                                      Email: efindlay@findlaycraft.com

                                      *ATTORNEY FOR DEFENDANT*
                                      *BISCIENCE INC.*


## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                      */s/ Eric H. Findlay*_____
                                      Eric H. Findlay