# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Defendant BIScience's Motion to Dismiss and in the alternative, Motion to Transfer Venue (Dkt. No. 15) and Plaintiff's Opposition to Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue and Motion For Early Venue Discovery (Dkt. Nos. 21 and 22), and the Court being of the opinion that the same should be DENIED AS MOOT, it is therefore,

ORDERED, ADJUDGED, AND DECREED that BIScience's Motion to Dismiss and in the alternative, Motion to Transfer Venue (Dkt. No. 15) and Plaintiff's Opposition to Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue and Motion For Early Venue Discovery (Dkt. Nos. 21 and 22) are DENIED AS MOOT in light of Plaintiff's Amended Complaint (Dkt. No. 28).