UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>BI SCIENCE INC.,<br><br>    Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-1 AND 3-2**

COMES NOW, Plaintiff, Luminati Networks Ltd. ("Plaintiff"), and files this Unopposed Motion for Extension of Time to Comply with P.R. 3-1 and 3-2 and shows the Court as follows:

Pursuant to the Court's February 25, 2019 Order, the current deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is March 4, 2019. Plaintiff has requested, and Bi Science Inc. is unopposed to, a ten (10) day extension of this deadline, up to and including March 14, 2019.

Wherefore, Plaintiff respectfully requests the Court extend the deadline to comply with P.R. 3-1 and 3-2 to March 14, 2019.

Dated: February 28, 2019

By: */s/ Ronald Wielkolpolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff