# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-1 AND 3-2

CAME ON FOR CONSIDERATION, Plaintiff, Luminati Networks Ltd.'s ("Plaintiff's"), Unopposed Motion for Extension of Time to Comply with P.R. 3-1 and 3-2.  Having considered the motion, it is hereby GRANTED.

Accordingly, the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is extended up to and including March 14, 2019.