IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day came on to be considered Defendant's Unopposed Motion for Leave to Seal Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and all attachments thereto are hereby sealed.