**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No. 2:18-CV-00483-JRG |
| v. | JURY TRIAL DEMANDED |
| BI SCIENCE INC., | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s ("Plaintiff") Unopposed Motion for Extension of Time to Comply with P.R. 3-1 and 3-2. (Dkt. No. 32.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is **EXTENDED** up to and including March 14, 2019.

**So ORDERED and SIGNED this 5th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE