## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave to Seal Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue. (Dkt. No. 35.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** the Clerk to seal Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 36).

**So Ordered this**

**Mar 5, 2019**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE