# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

On this day came on to be considered the Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and the Court being of the opinion that the motion should be GRANTED, it is therefore,

IT IS THEREFORE ORDERED that Plaintiff Luminati Networks Ltd.'s civil action brought against BIScience (2009) Ltd. and BIScience Inc. is hereby dismissed.

[OR]

IT IS THEREFORE ORDERED that this action is hereby transferred to the United States District Court for the Southern District of New York.