## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § § | |

## DECLARATION OF MICHAEL J. DELL'OLIO

I, Michael J. Dell'Olio, declare:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the statements made in this declaration, and if called as a witness I could competently testify to them.

2. I am a licensed private investigator in the state of New York. I work for John Cutter Investigations, Inc., which operates under NYS Private Investigator License 11000154815.

3. On March 7, 2019, I was engaged by RuyakCherian LLP to investigate an office purportedly located at 335 Madison Ave., Floor 16, New York, New York, 10017 ("Location"). Specifically, I was asked to physically inspect the Location for evidence that BI Science Inc., also known as BI Science (2009) Ltd., operating under the brand "Geosurf," uses this location as an office.

4. During the afternoon of March 8, 2019, I traveled to the Location. Exhibit A is a picture I took showing the street address of the Location. The Location appeared under construction.

5. I entered the building at 335 Madison Avenue, which has a concierge or security desk in the lobby. Upon my request, the person behind the security desk looked for, but did not find any companies with the following names listed as building occupants in their system: "BI Science (2009) Ltd.", "BI Science Inc." or "Geosurf". I looked for, but did not observe any signage for these names outside the building or in the lobby at 335 Madison Avenue.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct and that this declaration was executed this 12th day of March 2019, in New York, New York.

_Michael J. Dell'Olio_

**John Cutter Investigations, Inc.**