# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>    Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING LUMINATI'S OPPOSED MOTION TO STRIKE PORTIONS OF DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE [DKT. 36]

CAME ON FOR CONSIDERATION, Luminati's Opposed Motion to Strike Portions of Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. 36). Having considered the motion, it is hereby GRANTED.