**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | |
| v. | Case No.  2:18-CV-483 |
| BI SCIENCE INC., | JURY TRIAL DEMANDED |
| Defendant. | |

### PLAINTIFF LUMINATI NETWORKS LTD.'S NOTICE OF P.R. 3-1 AND 3-2 DISCLOSURES

Plaintiff Luminati Networks Ltd. ("Luminati") hereby notifies the Court, that it served its required P.R. 3-1 and 3-2 disclosures on counsel for Defendant via electronic mail and FTP on March 14, 2019.

Dated: March 15, 2019

By: */s/ Robert Harkins*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff