IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>　　　　Plaintiff,<br>v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

　　Defendants, BI Science Inc. and BI Science (2009) Ltd. ("BI Science"), file this Notice of Appearance, and hereby notify the Court that Brian Craft, of the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for BI Science.  In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: March 18, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Brian Craft*
　　　　　　　　　　　　　　　　　　　　　　　Brian Craft
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 04972020
　　　　　　　　　　　　　　　　　　　　　　　Findlay Craft, P.C.
　　　　　　　　　　　　　　　　　　　　　　　102 North College Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Tyler, TX  75702
　　　　　　　　　　　　　　　　　　　　　　　(903) 534-1100
　　　　　　　　　　　　　　　　　　　　　　　(903) 534-1137 FAX
　　　　　　　　　　　　　　　　　　　　　　　bcraft@findlaycraft.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                              /s/ *Brian Craft*
                                              Brian Craft