UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>      Plaintiff,<br><br>   v.<br><br>BI SCIENCE INC.,<br><br>      Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, Plaintiff, Luminati Networks Ltd. ("Plaintiff"), and files this Unopposed Motion for Leave to File Under Seal and shows the Court as follows:

Plaintiff's Response to Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue contains highly confidential information. Because a protective order has not yet been entered in this case, Plaintiff respectfully moves for leave to file the Response and attachments under seal. Defendant does not oppose this motion.

Dated: March 19, 2019

By: */s/ Ronald Wielkolpolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff