**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1.     I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2.     I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati") and submit this declaration in support of Luminati's Opposition to Defendant's Motion to Dismiss.

3.     Plaintiff's Exhibit 1 hereto is a true and correct copy of a facebook page located at https://www.facebook.com/photo.php?fbid=10213665453643086&set=a.1034834823582&type=3&theater accessed on or about February 6, 2019.

4.     Plaintiff's Exhibit 2 hereto is a true and correct copy of a facebook page located at https://www.linkedin.com/feed/update/urn:li:activity:6482568803711619072/ accessed on or about February 6, 2019.

5.      Plaintiff's Exhibit 3 hereto is a true and correct copy of a page located at https://www.geosurf.com/pricing/ accessed on or about February 8, 2019.

6.      Plaintiff's Exhibit 4 hereto is a true and correct copy of a page located at http://www.coworkingnyc.info/places/build-grand-central-tech-midtown-west-335-madison-ave.html accessed on or about March 19, 2019.


Executed: March 19, 2019

                                        /s/ Ronald Wielkopolski
                                        Ronald Wielkopolski

2