Case 2:18-cv-00483-JRG    Document 45-5    Filed 03/20/19    Page 1 of 2 PageID #: 1592

Sign in    Join now



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

⋯

**+ Follow**

If you haven't scheduled yet, let's meet at Vegas!

https://lnkd.in/gnXRrNU



**Samuel Levy**
Senior Business Development Manager at BIScience
2mo

Meet us at Affiliate Summit West 2019! **#summit2019 #affiliates #affiliatesummitwest #lasvegas**

https://lnkd.in/gnXRrNU



👍 Like    💬 Comment    ↗ Share

© 2018    About    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy

Manage Subscription    Community Guidelines    Language ⌄

Sign in    Join now