# Plans & Pricing

## RESIDENTIAL





## TOOLBAR




