coworkingnyc (/)

## 21. Build - Grand Central Tech

Build is located in 335 Madison, home to a thriving network of tech innovation, led by Grand Central Tech, an accelerator that breaks from the traditional model. GCT's handpicked collection of best-in-breed startups is just the beginning of the story. GCT boasts a remarkable network of sponsors, strategic advisors, partners and mentors, all of whom contribute to an unparalleled community. The benefit to Build members is substantial.

335 Madison Ave, 16th Floor, New York, NY 10017

Website (http://www.buildcoworking.com/)

nyc's best coworking spaces
Page 2 of 4
Case 2:18-cv-00483-JRG    Document 45-7    Filed 03/20/19    Page 2 of 4 PageID #: 1596



**Amenities**



**Location**



**Community**



**Events**



### Design



### Noise



### Rates

Dedicated Desk *$550/mo*
Private Office *$1200/mo*

### Mentions

(undefined)



## Get the invite

Want coworking freebies delivered to your inbox? Yea you do ;)

Enter Email

SUBSCRIBE

Connect with us on  🐦 (https://twitter.com/coworkinginfo)
f (https://www.facebook.com/Coworking-Info-463018527156333)
📷 (https://www.instagram.com/coworkinginfo)