# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD._____Plaintiff,_____v._____BI SCIENCE INC.,_____Defendant. | Case No.  2:18-CV-483_____JURY TRIAL DEMANDED |

## NOTICE OF AGREED MEDIATOR

COMES NOW, Plaintiff Luminati Networks Ltd. and files this Notice of Agreed Mediator and shows the Court as follows:

Pursuant to this Court's Order, the parties have met and conferred and agree to William Cornelius as mediator in this matter. Mr. Cornelius' contact information is:

William Cornelius
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509-5018
wc@wilsonlawfirm.com

Accordingly, the parties respectfully request that the Court enter an order appointing William Cornelius as the mediator in this case, as set forth above.

Dated: March 20, 2019

By: */s/ Robert Harkins*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff