IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| BI SCIENCE INC., BI SCIENCE (2009) LTD., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Under Seal. (Dkt. No. 43.) Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Response and attachments thereto be filed under seal.

**So ORDERED and SIGNED this 21st day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE