IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> Plaintiff, <br> v. <br><br> BI SCIENCE INC., <br><br> Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE (DKT. NO. 36)**

Defendants BI Science Inc. and BI Science (2009) Ltd. (collectively, "BI Science") respectfully file this Unopposed Motion for Extension of Time and would show the Court as follows:

I.

On March 4, 2019, BI Science filed its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue to Plaintiff's First Amended Complaint (Dkt. No. 36). On March 19, 2019, Plaintiff Luminati Networks Ltd ("Luminati") filed its Response in Opposition to BI Science's Motion (Dkt. No. 44). Pursuant to Local Rule CV-7(e), BI Science has seven (7) days to file its Reply Brief in Support of its Motion, making the response currently due on March 27.

II.

Due to the recent Spring Break holidays, and the undersigned counsel being out of the office, as well as related additional deadlines BI Science respectfully requests an extension of 5 days, to April 1, 2019 to file its Reply Brief. Plaintiff does not oppose this request. BI Science seeks this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, BI Science respectfully requests that the Court enter an order extending the respective deadline as follows:

| Event | Deadline |
|---|---|
| Defendants' Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue | April 1, 2019 |

Dated:  March 22, 2019         By:    /s/ Eric H. Findlay
                                      Eric H. Findlay (TX Bar No. 00789886)
                                      Brian Craft (TX Bar No. 04972020)
                                      Debby Gunter (TX Bar No. 24012752)
                                      FINDLAY CRAFT, P.C.
                                      102 North College Avenue, Suite 900
                                      Tyler, Texas 75702
                                      Tel: (903) 534-1100
                                      Fax: (903) 534-1137
                                      Email: efindlay@findlaycraft.com
                                      Email: bcraft@findlaycraft.com

                                      *ATTORNEY FOR DEFENDANT*
                                      *BI SCIENCE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

            /s/  Eric H. Findlay
            Eric H. Findlay