# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> Plaintiff, <br> v. <br><br> BI SCIENCE INC., <br><br> Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE (DKT. NO. 36)**

On this day came on to be considered Defendants' Unopposed Motion for Extension of Time by BI Science Inc. and BI Science (2009) Ltd. and the Court being of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendants BI Science Inc. and BI Science (2009) Ltd. be given to and including April 1, 2019, to file its Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 36).