IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>           Plaintiff,<br>v.<br><br>BI SCIENCE INC.,<br><br>           Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

### ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply to Defendants' Motion to Dismiss, and in the Alternative, Motion to Transfer Venue. (Dkt. No. 49.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendants BI Science Inc. and BI Science (2009) Ltd. to file their reply is **EXTENDED** up to and including April 1, 2019.

**So ORDERED and SIGNED this 26th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE