IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR LEAVE TO SEAL DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Defendants BIScience Inc. and BIScience (2009) Ltd. (collectively, "BIScience") hereby files this Unopposed Motion for Leave to Seal Defendants' Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue.

BIScience's Reply contains highly confidential information.  Because a protective order has not yet been entered in this case, BIScience respectfully moves for leave to file the Reply and attachments under seal.  Plaintiff does not oppose this motion.  Plaintiff has not seen the actual document and reserves the right to dispute that any particular information in the document is appropriately maintained under seal.

Defendants BIScience Inc. and BIScience (2009) Ltd. respectfully request that the Court enter the attached order granting leave to file its Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and all attachments thereto, under seal.

Dated:  April 1, 2019        By:    */s/ Eric H. Findlay*
                                                               Eric H. Findlay (TX Bar No. 00789886)
                                                               Brian Craft (TX Bar No. 04972020)
                                                               Debby Gunter (TX Bar No. 24012752)
                                                               FINDLAY CRAFT, P.C.
                                                               102 North College Avenue, Suite 900
                                                               Tyler, Texas 75702
                                                               Tel: (903) 534-1100
                                                               Fax: (903) 534-1137
                                                               Email: efindlay@findlaycraft.com
                                                               Email: bcraft@findlaycraft.com
                                                               Email: dgunter@findlaycraft.com

                                                               *ATTORNEY FOR DEFENDANT*
                                                               *BI SCIENCE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

                                                               */s/  Eric H. Findlay*
                                                               Eric H. Findlay