# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered Defendants' Unopposed Motion for Leave to Seal Defendants' Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' Reply in Support of its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, and all attachments thereto are hereby sealed.