# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Luminati Networks Ltd. ("Plaintiff") and Defendant BI Science (2009) Ltd., also known as BI Science Inc., ("Defendant") hereby move the Court for entry of a proposed Docket Control Order.

## I.  INTRODUCTION

The parties met and conferred and reached agreement on the docket control schedule in this case. The Court previously granted an extension for the deadline to comply with P.R. 3-1 and 3-2 (Dkt. 37), moving the deadline from March 4, 2019 to March 14, 2019. The parties jointly move the Court to enter a docket control order with the following proposed changes.

| Date Provided by the Court | Parties' Proposed Dates | Event |
|---|---|---|
| June 1, 2020 | | *Jury Selection – 9:00 a.m. in **Marshall** |
| April 27, 2020 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| April 20, 2020 | | *Notify Deputy Clerk in Charge regarding the date and time by which juror questionnaires shall be presented to accompany by jury summons if the Parties desire to avail themselves the benefit of using juror questionnaires[1] |

---

[1]The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire.*

| April 20, 2020 | | *Notify Court of Agreements Reached During Meet and Confer

The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|---|---|---|
| April 20, 2020 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| April 13, 2020 | | *File Notice of Request for Daily Transcript or Real Time Reporting.

If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| April 6, 2020 | | File Motions *in Limine*

The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| April 6, 2020 | | Serve Objections to Rebuttal Pretrial Disclosures |
| March 23, 2020 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| March 16, 2020 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | | |
|---|---|---|
| March 9, 2020 | | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| February 24, 2020 | | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| February 24, 2020 | | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| February 24, 2020 | | Deadline to Complete Expert Discovery |
| February 3, 2020 | February 10, 2020 | Serve Disclosures for Rebuttal Expert Witnesses |
| January 13, 2020 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| January 13, 2020 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

---

[2]The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| | | |
|---|---|---|
| December 24, 2019 | | Deadline to Complete Mediation

The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| December 17, 2019 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| November 26, 2019 | | *Claim Construction Hearing – 1:30 p.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| November 12, 2019 | | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| November 5, 2019 | | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| October 29, 2019 | | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| October 15, 2019 | | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)

Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| October 15, 2019 | | Deadline to Substantially Complete Document Production and Exchange Privilege Logs

Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| October 1, 2019 | | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| September 24, 2019 | | File Response to Amended Pleadings |
| September 10, 2019 | | *File Amended Pleadings

It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |

| | | |
|---|---|---|
| September 3, 2019 | | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| August 13, 2019 | | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| July 23, 2019 | | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| April 29, 2019 | May 20, 2019 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| April 8, 2019 | | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| April 1, 2019 | | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| March 25, 2019 | | Join Additional Parties |
| March 21, 2019 | | *File Notice of Mediator |
| March 4, 2019 | March 14, 2019 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.


Dated: April 1, 2019                                          By: */s/ Ronald Wielkopolski*
                                                              S. Calvin Capshaw
                                                              State Bar No. 03783900
                                                              Elizabeth L. DeRieux
                                                              State Bar No. 05770585
                                                              Capshaw DeRieux, LLP
                                                              114 E. Commerce Ave.

        Gladewater, TX 75647
        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        Korula T. Cherian
        Robert Harkins
        CA State Bar No. 179525
        RuyakCherian LLP
        1936 University Ave, Ste. 350
        Berkeley, CA  94702
        (510) 944-0190
        Email: sunnyc@ruyakcherian.com
        Email: bobh@ruyakcherian.com

        Ronald Wielkopolski
        RuyakCherian LLP
        1700 K St. NW, Suite 810
        Washington, DC 20006
        Email: ronw@ruyakcherian.com

        Attorneys for Plaintiff

        */s/ Eric H. Findlay*_____
        Eric H. Findlay
        (TX Bar No. 00789886)
        Brian Craft
        (TX Bar No. 04972020)
        Debby Gunter
        (TX Bar No. 24012752)
        FINDLAY CRAFT, P.C.
        102 North College Avenue, Suite 900
        Tyler, Texas 75702
        Tel: (903) 534-1100
        Fax: (903) 534-1137
        Email: efindlay@findlaycraft.com
        Email: bcraft@findlaycraft.com
        Email: dgunter@findlaycraft.com

        *ATTORNEY FOR EFENDANT*
        *BI SCIENCE INC.*