# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| BI SCIENCE INC., BI SCIENCE (2009) LTD., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Seal Defendant's Reply in Support of Its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue. (Dkt. No. 52.) Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Defendants' Reply in Support of Its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 53) and all attachments thereto are filed under seal.

**So Ordered this**
**Apr 2, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE