IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00483-JRG |
| | § | |
| **BI SCIENCE INC.,  BI SCIENCE (2009) LTD.,** | § § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Seal. (Dkt. No. 56.) Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's Reply in Support of Its Motion to Strike Portions of Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 57) is filed under seal.

**So ORDERED and SIGNED this 3rd day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE