**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANTS' SUR-REPLY TO PLAINTIFF'S
MOTION TO STRIKE PORTIONS OF DEFENDANTS' MOTION TO DISMISS, AND
IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") files this Sur-Reply to Plaintiff's Motion to Strike Portions of Defendants' Motion to Dismiss, and in the Alternative, Motion to Transfer Venue, ("Plaintiff's Motion to Strike"), subject to and while reserving its rights to contest personal jurisdiction in its Motion to Dismiss, and in the Alternative, Motion to Transfer Venue (Dkt. No. 36).

Luminati Networks Ltd. ("Luminati") has gone from personally insulting the undersigned and their clients to now blatantly making misrepresentations to the Court.  For this reason only, BIScience files this Sur-Reply to briefly address these misrepresentations.  In its Reply In Support of Plaintiff's Motion to Strike (Dkt. No. 57), Luminati makes three misrepresentations—(1) "[i]t thus appears that Defendant's 'mootness' theory is an attempt to hide the fact that its purported New York office was set up *after* it filed its first motion" (p.5);  (2) "…motions under 12(b)(2) and 1404(a) now based on *three* false and contradictory declarations from Mr. Moyal…"  (p.1); and (3) there is shared office space "at a new third location" (p.4).

Mr. Moyal's three declarations are attached hereto as Exhibits 1-3.  Exhibit 1 is the first declaration and was executed January 28, 2019. It includes the typographical error in the New York address which Luminati has attempted to use to its advantage in every pleading or motion filed with the Court since that date.  Dkt. No. 15.  Exhibit 2 is the second declaration, executed March 4, 2019, which explicitly states that Mr. Moyal mistakenly transposed a number on the New York address, and the correct street number is 335 rather than 345.  Dkt. No. 36.  Exhibit 3 is the most recent declaration which was attached to BIScience's Reply In Support of Its Motion to Dismiss, And In The Alternative, Motion To Transfer.  In that declaration, Mr. Moyal states facts related to new office space secured in New York City.  Dkt. No. 53.

First, and most importantly, Luminati's latest claim that BIScience's "purported New York office was set up *after* it filed its first motion" is directly contradicted by Mr. Moyal's declarations and has no factual basis.  In fact, Mr. Moyal stated in his second declaration (Ex. 2) that BIScience had conducted business out of that New York office (335 Madison Ave.) since the first quarter of 2018. Ex. 2 ¶5.  BIScience's first motion was filed on January 28, 2019, Dkt. No. 15.  To explicitly state that a New York office was set up after BIScience filed its first motion is a misrepresentation to this Court.

Second, these three declarations are not "false" as Luminati claims.  Luminati's repeated attempts to use a typographical error to persuade the Court that there was some wrongdoing is clearly misleading, at the least.  There is nothing false or inconsistent in these three declarations or in the briefing as Luminati repeatedly states.

Third, there is no "new third location" for office space as Luminati states in its Reply.  Dkt. No. 57, p.4.  Again, this is an attempt by Luminati to use a typographical error to its advantage and by doing so they are making a misrepresentation to this Court.  It is clear that there have not

been three office locations—only two.  Any statement to the contrary is a misrepresentation and clearly misleading.

For the foregoing reasons and those raised in BIScience's Response to Plaintiff's Motion to Strike (Dkt. No. 51), Plaintiff's Motion to Strike should be denied.

Dated:  April 5, 2019                          Respectfully submitted,

By:    */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

*ATTORNEYS FOR DEFENDANT BISCIENCE*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eric H. Findlay*
Eric H. Findlay

3