# EXHIBIT 1

**RESTRICTED—ATTORNEYS' EYES ONLY**
**FILED UNDER SEAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | FILED UNDER SEAL |
| | § | |
| Defendant. | § | |

### DECLARATION OF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 USC § 1404(A)

I, Kfir Moyal, hereby declare as follows:

1.  I am the Co-Founder and CEO of BI Science (2009) Ltd. ("BIScience") and have held this position for 5 years. I live in Tel-Aviv, Israel and work in Tel-Aviv, Israel. I have personal knowledge of the facts contained in this declaration and am competent to testify as to the truth thereof if called upon to do so.

2.  BIScience Inc. is not a legal entity. BIScience Inc. is not incorporated under any state's law in the United States. Instead, BI Science (2009) Ltd. is the corporate entity that develops and sells the GeoSurf product. BI Science (2009) Ltd., referred to in this Declaration as "BIScience," is a corporation organized under the laws of Israel. BIScience was founded in Tel Aviv, Israel and continues to operate from its global headquarters in Tel Aviv, Israel. BIScience employs approximately 60 people, all but 35 of whom are located and work in Israel.

3.  All of the research and development, engineering, finance, accounting, and management activities at BIScience occur in Israel with some R&D taking place in Ukraine.

1

**RESTRICTED—ATTORNEYS' EYES ONLY**
**FILED UNDER SEAL**

4. BIScience has two office locations outside of Israel. One is in the Ukraine, and the other is located at 345 Madison Ave, Floor 16, New York, New York, 10017. This New York office has 2 employees (through consulting agreements), all of whom are focused on sales activities rather than research and development, engineering, finance, accounting, or management.

5. BIScience does not have any office in Texas, and has never had any office in Texas.

6. In addition, BIScience:

- Has no property of any kind, either owned or leased, in Texas;

- Has no employees in Texas;

- Has no servers supporting the GeoSurf residential proxy product at issue in this case in Texas;

- Leases servers in Texas, but none of the servers support the accused GeoSurf residential proxy product at issue in this case;

- Is not registered to do business in Texas;

- Has never held a bank account in Texas;

- Has never directed any advertising specifically to Texas;

- Has no registered agent in Texas;

- Has never attended a trade show or convention in Texas;

- To the best of my knowledge, no BIScience employees have ever visited Texas for any business or even personal purpose. I have never been to Texas.

7. It is my understanding from the Plaintiff's Complaint in this case, that BIScience's residential proxy product GeoSurf is accused of infringement. GeoSurf is a premium proxy platform for enterprise clients launched in 2010. The GeoSurf product was conceived of, designed, and developed in Israel. Customers of GeoSurf are located around the world.

Case 2:18-cv-00483-JRG Document 64-1 Filed 04/05/19 Page 4 of 5 PageID #: 596
Case 2:18-cv-00483-JRG Document 19-2 Filed 01/31/19 Page 4 of 5 PageID #: 1733

**RESTRICTED—ATTORNEYS' EYES ONLY**
**FILED UNDER SEAL**

8. All of the individuals at BIScience that had a role in the development of GeoSurf are located in Israel. The source code for GeoSurf and all technical documents pertaining to GeoSurf are located in Israel. Some sales and marketing documents are located in BIScience's New York office. BIScience personnel from the Israel office regularly travel to the New York office for business.

9. After a thorough search of our records, it appears that as of January 26, 2019, BIScience has ▇ GeoSurf residential active customers in Texas and ▇ former GeoSurf customers in Texas. The total revenue for these active customers is monthly recurring revenue of ▇, and the total revenue among the active Texas customers as well as the ▇ former Texas customers is ▇. BIScience had total worldwide revenue across all of its products of ▇ in 2018.

10. The functionality of GeoSurf can involve several different components, such as servers, gateways, and residential proxy software. Paragraph 5 of Plaintiff's complaint appears to refer to this residential proxy software through its reference to "residential proxies."

11. It is my understanding from reading Plaintiff's Complaint that Plaintiff has asserted two non-patent claims, one claim for tortious interference with a Luminati employment agreement and a second claim for misappropriation of trade secrets. While BIScience denies these allegations, from a review of the complaint, it is clear that all the alleged facts, allegations, and occurrences set forth in these causes of action took place between people in Israel. None of the allegations or alleged facts took place in Texas or anywhere in the United States.

12. As between New York and Texas, it would be significantly more convenient for BIScience to litigate this case in New York. I am aware of no non-stop flights between Dallas and

**RESTRICTED—ATTORNEYS' EYES ONLY**
**FILED UNDER SEAL**

Israel, and flight times range from 15 to 33 hours. There are several nonstop flight options between Israel and New York area airports, with a flight time of approximately 10-11 hours.

13. In addition, upon information and belief, all the individuals referenced and identified in Plaintiff's Complaint live and work in Israel, including Ofer Vilenski, Derry Shribman, Kfir Moyal, Assaf Toval, Alon Ghelber, Samuel Levy, and Vadim Feldman, along with a number of Luminati employees and potential witnesses.

14. BIScience employees typically travel to New York approximately 6-8 times per year. The total number of such visits were 7 in 2016, 8 in 2017, and 6 in 2018. These visits sometimes involved more than one person from BIScience visiting New York. As indicated above, no BIScience employee, including myself, has ever been to Texas for business purposes at BIScience.

15. BIScience does not maintain or store any documents, relevant to this case or otherwise, in Texas. All relevant documents are located outside of Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Date: 28/1/2019

_____
Kfir Moyal

4