# EXHIBIT 3

RESTRICTED—ATTORNEYS' EYES ONLY
FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | FILED UNDER SEAL |
| | § | |
| Defendant. | § | |

## DECLARATION OF KFIR MOYAL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 USC § 1404(A)

I, Kfir Moyal, hereby declare as follows:

1. I am the Co-Founder and CEO of BI Science (2009) Ltd. ("BIScience") and have held this position for 5 years. I live in Tel-Aviv, Israel and work in Tel-Aviv, Israel. I have personal knowledge of the facts contained in this declaration and am competent to testify as to the truth thereof if called upon to do so. I submitted a prior declaration in connection with the above-mentioned motion dated March 4, 2019.

2. As noted in my March 4, 2019 declaration at Paragraph 6, at that time BIScience was in the process of entering a new lease at a different office location in New York City. Since that declaration, plans for the new office space have been finalized and a new lease agreement has been signed.

3. Attached as Ex. D to this declaration is a copy of the lease between BIScience and The Yard Operating Company LLC ("The Yard"), a shared office space in New York City. The Yard's office space is located at Bryant Park, 510 5th Ave., 3rd Floor, New York, NY 10036. It is

RESTRICTED—ATTORNEYS' EYES ONLY
FILED UNDER SEAL

my intention, as well as the intention of BIScience, to maintain this office space for U.S. sales and marketing activities throughout at least the end of 2019, and into the foreseeable future. I plan to personally travel to this U.S. office space for purposes of BIScience's business in 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct based on my own personal knowledge.

Date: \_\_April 1, 2019\_\_\_\_\_  _____

Kfir Moyal