# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO REMOVE THE CONFIDENTIAL DESIGNATION TO PLAINTIFF LUMINATI NETWORKS LTD.'S INFRINGEMENT CONTENTIONS

Before the Court is Defendants' Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions. After consideration of same, the Court is of the opinion that it should be **GRANTED**, it is therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants' Motion is hereby **GRANTED.** Furthermore, **IT IS ORDERED THAT** Plaintiff Luminati Networks Ltd.'s Infringement Contentions are not entitled to any confidential designation, and that BIScience's outside counsel at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP may have access to Plaintiff Luminati Networks Ltd.'s Infringement Contentions.