IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| BISCIENCE INC. | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR LEAVE TO SEAL DEFENDANTS'
ADDITIONAL ATTACHMENT TO THEIR MOTION TO REMOVE THE
CONFIDENTIAL DESIGNATION TO PLAINTIFF LUMINATI NETWORKS LTD.'S
INFRINGEMENT CONTENTIONS**

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby files this Unopposed Motion for Leave to Seal Defendants' Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions.

Defendants' Exhibit A contains information alleged to be, and marked, confidential by Plaintiff. Because a protective order has not yet been entered in this case, BIScience respectfully moves for leave to file the exhibit under seal. Plaintiff does not oppose this Motion.

Defendants BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) respectfully requests that the Court enter the attached order granting leave to file its Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions, and all attachments thereto, under seal.

Dated: April 8, 2019                              Respectfully submitted,

                                          By:    */s/ Eric H. Findlay*
                                                 Eric H. Findlay (TX Bar No. 00789886)
                                                 Brian Craft (TX Bar No. 04972020)
                                                 Debby Gunter (TX Bar No. 24012752)
                                                 FINDLAY CRAFT, P.C.
                                                 102 North College Avenue, Suite 900
                                                 Tyler, Texas 75702
                                                 Tel: (903) 534-1100
                                                 Fax: (903) 534-1137
                                                 Email: efindlay@findlaycraft.com
                                                 Email: bcraft@findlaycraft.com
                                                 Email: dgunter@findlaycraft.com

                                                 ***ATTORNEYS FOR DEFENDANT
                                                 BISCIENCE***

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

                                                 */s/ Eric H. Findlay*
                                                 Eric H. Findlay