# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.** § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| **BISCIENCE INC.** § | |
| § | |
| Defendant. § | |

## ORDER

On this day came on to be considered Defendants' Unopposed Motion for Leave to Seal Defendants' Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions, and the Court being of the opinion that the same should be **GRANTED**, it is therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants' Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions, and all attachments thereto, are hereby sealed.