**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANTS' OPPOSED MOTION TO EXPEDITE BRIEFING OF ITS MOTION TO
REMOVE THE CONFIDENTIAL DESIGNATION FROM PLAINTIFF'S
INFRINGEMENT CONTENTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience"), and files this Opposed Motion to Expedite Briefing on Its Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions, and would respectfully show the Court as follows:

### I.      Introduction and Background

It is respectfully submitted that the issues raised in BIScience's contemporaneously filed Motion to Remove the Confidentiality Designation from Luminati's Infringement Contentions ("Motion") are relatively simple and straight forward.  Additionally, prompt resolution of the Motion is in both parties' interest.  Luminati's Infringement Contentions were served on March 14, 2019.  As set forth in the Motion, the parties discussed the issue back and forth over several weeks, BIScience hoping that a resolution and compromise could be achieved.  With the deadline

1

for invalidity contentions set and approaching quickly (May 20, 2019), as well as the continuing deadline for filing of any *inter partes* review requests with the Patent Trademark and Appeals Board (PTAB), an expedited resolution of this issue is highly desirable.

## II.    Meet and Confer with Luminati

With this in mind, BIScience proposed an expedited briefing schedule to Luminati. Luminati rejected the proposal outright and made no counter-proposal for any accelerated briefing schedule. Therefore, BIScience respectfully proposes that the deadline for Plaintiff's response to the Motion be set for Monday, April 15, 2019, a reply deadline be set for Wednesday, April 17, 2019, and for a sur-reply deadline of Friday, April 19, 2019, or on any expedited briefing scheduling that the Court deems appropriate.

WHEREFORE, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) respectfully requests that this Honorable Court enter an Order expediting briefing on its Motion to Remove the Confidential Designation from Plaintiff's Infringement Contentions as set forth in the attached Proposed Order, or on any timeline the Court finds appropriate.

Dated:  April 8, 2019                      Respectfully submitted,

By:   *Eric H. Findlay*_____
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

***ATTORNEYS FOR DEFENDANT
BI SCIENCE***

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 8, 2019, with a copy of this document via electronic mail.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF CONFERENCE

The Parties have complied with Local Rule CV-7(h).  On Friday, April 5, 2019 Eric H. Findlay, Counsel for BIScience, met and conferred with Counsel for Luminati Networks Ltd. Counsel for Luminati indicated they were opposed to the Motion.

*/s/ Eric H. Findlay*
Eric H. Findlay