IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO EXPEDITE BRIEFING OF ITS MOTION TO REMOVE THE CONFIDENTIAL DESIGNATION FROM PLAINTIFF'S INFRINGEMENT CONTENTIONS

Before the Court is Defendants' Opposed Motion to Expedite Briefing of Its Motion to Remove the Confidential Designation from Plaintiff's Infringement Contentions. After consideration of same, the Court is of the opinion that it should be **GRANTED**, it is therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants' Motion is hereby **GRANTED**. Plaintiff shall file a response to Defendants' Motion to Remove the Confidentiality Designation to their Infringement Contentions by Monday, April 15, 2019. Any reply in support of the Motion shall be filed by Wednesday, April 17, 2019. Any sur-reply in opposition to the Motion shall be filed by Friday, April 19, 2019.