# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Luminati Networks Ltd. ("Plaintiff") and Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) ("Defendant") hereby move the Court for entry of the attached proposed Protective Order.

Dated: April 8, 2019

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

- 2 -

Attorneys for Plaintiff

*/s/ Eric H. Findlay*
Eric H. Findlay
(TX Bar No. 00789886)
Brian Craft
(TX Bar No. 04972020)
Debby Gunter
(TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

***ATTORNEYS FOR DEFENDANT BISCIENCE***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 8, 2019, with a copy of this document via electronic mail.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski