**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LUMINATI NETWORKS LTD.

        Plaintiff,

        v.

BI SCIENCE INC.,

        Defendant.

Case No.  2:18-CV-483

JURY TRIAL DEMANDED

## PLAINTIFF LUMINATI NETWORKS LTD.'S NOTICE OF INITIAL AND ADDITIONAL DISCLOSURES

Plaintiff Luminati Networks Ltd. ("Luminati") hereby notifies the Court, that it served its required initial and additional disclosures on counsel for Defendant via electronic mail and FTP on this April 8, 2019.

Dated: April 8, 2019

By: */s/ Robert Harkins*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff