UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>   Plaintiff,<br><br> v.<br><br>BI SCIENCE INC.,<br><br>   Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

CAME ON FOR CONSIDERATION, Plaintiff, Luminati Networks Ltd.'s Unopposed Motion for Leave to File Under Seal. Having considered the motion it is hereby GRANTED.