IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Seal Defendants' Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions. (Dkt. No. 66.) The Court is of the opinion that the same should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendants' Additional Attachment to Their Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions (Dkt. No. 67), and all attachments thereto, are hereby **SEALED**.

So Ordered this

Apr 9, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE