**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE INC.,  BI SCIENCE (2009)** | § | |
| **LTD.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER FOR EXPEDITED BRIEFING**

Before the Court is Defendant's Motion to Expedite Briefing on Its Motion to Remove the Confidential Designation from Plaintiff's Infringement Contentions (the "Motion"). (Dkt. No. 68.) Having considered the Motion, the Court is of the opinion that is should be and hereby is **GRANTED-AS-MODIFIED**.

It is therefore **ORDERED** that Plaintiff shall file its response to Defendant's Motion to Remove the Confidential Designation from Plaintiff's Infringement Contentions (Dkt. No. 65.) on or before Friday, April 12, 2019. It is further **ORDERED** that no reply or sur-reply may be filed without leave of the Court.

**So Ordered this**

**Apr 9, 2019**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE