IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| **BISCIENCE INC.** | § § § | |
| Defendant. | § | |

**ADDITIONAL ATTACHMENT TO MAIN DOCUMENT**

**DEFENDANTS' MOTION TO REMOVE THE CONFIDENTIAL DESIGNATION TO PLAINTIFF LUMINATI NETWORKS LTD.'S INFRINGEMENT CONTENTIONS**

Additional Attachments to Dkt. No. 65:

- Exhibit A – ███████████████████████████

Dated:  April 8, 2019                Respectfully submitted,

By: *Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

***ATTORNEYS FOR DEFENDANT BISCIENCE***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 8, 2019, with a copy of this document via electronic mail.

*/s/ Eric H. Findlay*
Eric H. Findlay