# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| **BI SCIENCE INC., BI SCIENCE (2009) LTD.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Under Seal (the "Motion") (Dkt. No. 72) seeking leave to file under seal its Sur-Reply to Defendant's Motion to Dismiss, and in the Alternative, Motion to Transfer Venue ("Sur-Reply") (Dkt. No. 73). Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's Sur-Reply is filed under seal.

**So Ordered this**
**Apr 10, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE