# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § | |

## DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REMOVE THE CONFIDENTIAL DESIGNATION TO PLAINTIFF LUMINATI NETWORKS LTD.'S INFRINGEMENT CONTENTIONS [DKT. 65]

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati") and submit this declaration in support of Luminati's Opposition to Defendant's Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions [Dkt. 65].

3. Plaintiff's Exhibit 1 hereto is a true and correct copy of email correspondence between counsel for BI Science (2009) Ltd., also known as BI Science Inc., ("BI Science") and Luminati between March 14, 2019 and March 26, 2019.

4. Plaintiff's Exhibit 2 hereto is a true and correct copy of email correspondence between counsel for BI Science (2009) Ltd., also known as BI Science Inc., ("BI Science") and Luminati on April 2, 2019.

5. Plaintiff's Exhibit 3 hereto is a true and correct copy of Plaintiff's Opposition to Defendants' Motion to Remove Confidential Designation of Patent Rule 3-1 Claim Charts and Reset Times in the Agreed Discovery Order filed as docket number 229 in *ExitExchange Corp. v. Casale Media Inc. et. al.*, Case No. 2:10-cv-297, (E.D. Tex. May 31, 2011).

6. Plaintiff's Exhibit 4 hereto is a true and correct copy of Defendant Optuminsight, Inc.'s Emergency Motion to Compel De-Designation under Protective Order filed as docket number 85 in *Uniloc USA, Inc. et al. v. Medical Information Technology, Inc. d/b/a Meditech*, Case No. 6:16-cv-463, (E.D. Tex. Dec. 9, 2016).

7.

Executed: April 12, 2019

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski