**Ron Wielkopolski**

---

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Tuesday, March 26, 2019 12:15 PM |
| **To:** | Ron Wielkopolski |
| **Cc:** | Brian Craft; Debby Gunter; Nicole Cadenhead; Elizabeth DeRieux; Calvin Capshaw; Heidi Peterson; Robert Harkins; Sunny Cherian |
| **Subject:** | RE: Luminati v. BI Science - Luminati P.R. 3-1 and 3-2 Disclosures and Production |

Ron,

Hi. Can you identify what confidential information of Luminati's is disclosed in your contentions, and where? We can't find any.

Thank you.

Eric

Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Ron Wielkopolski [mailto:ronw@ruyakcherian.com]
**Sent:** Tuesday, March 19, 2019 3:31 PM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>
**Cc:** Brian Craft <BCraft@FindlayCraft.com>; Debby Gunter <dgunter@findlaycraft.com>; Nicole Cadenhead <NCadenhead@FindlayCraft.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Robert Harkins <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati v. BI Science - Luminati P.R. 3-1 and 3-2 Disclosures and Production

Eric,

Finnegan has not made an appearance in this case and has represented to us that it is not representing BI Science in the litigation. Consequently, Finnegan falls outside the protective order. Luminati has a strong interest in preventing the disclosure of its infringement contentions to third parties as the infringement contentions reveal Luminati's confidential information. There is ample authority in Eastern District of Texas for maintaining Confidentiality designations of infringement contentions.

Regards,
Ron

**Ronald Wielkopolski**
Associate
Registered Patent Attorney
U.S.P.T.O. No. 69,359

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Tuesday, March 19, 2019 9:29 AM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>
**Cc:** Ron Wielkopolski <ronw@ruyakcherian.com>; Brian Craft <BCraft@FindlayCraft.com>; Debby Gunter <dgunter@findlaycraft.com>; Nicole Cadenhead <NCadenhead@FindlayCraft.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Robert Harkins <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>
**Subject:** Re: Luminati v. BI Science - Luminati P.R. 3-1 and 3-2 Disclosures and Production

Ron,

Can I get a response to this please?

Eric

Sent from my iPhone

On Mar 17, 2019, at 5:04 PM, EFindlay@FindlayCraft.com wrote:

> Ron,
>
> Thank you for your response.  What is the basis for the confidentiality designation?
>
> Eric.
>
> Sent from my iPhone
>
> On Mar 15, 2019, at 1:11 PM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:
>
>> Eric,
>>
>> You may disclose the charts in appendix A to the P.R. 3-1 disclosures to the client subject to the protective order.  We are not providing authorization to disclose the charts to any third-party, including Finnegan.
>>
>> Thank you,
>> Ron

**Ronald Wielkopolski**
Associate
Registered Patent Attorney
U.S.P.T.O. No. 69,359

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866

<image001.png>

---

**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Friday, March 15, 2019 2:08 PM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Brian Craft <BCraft@FindlayCraft.com>; Debby Gunter <dgunter@findlaycraft.com>; Nicole Cadenhead <NCadenhead@FindlayCraft.com>
**Cc:** Elizabeth DeRieux <ederieux@capshawlaw.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Robert Harkins <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>
**Subject:** Re: Luminati v. BI Science - Luminati P.R. 3-1 and 3-2 Disclosures and Production

Ron,

Thoughts on this?

Thanks

Eric

Sent from my iPhone

On Mar 14, 2019, at 8:33 PM, Eric Findlay <EFindlay@FindlayCraft.com> wrote:

> Ron,
>
> Is there any objection to us sharing the contentions with the Finnegan team and our clients?
>
> Thanks,
>
> Eric
>
> Eric H. Findlay
> **Findlay Craft, P.C.**
> 102 N. College Avenue, Suite 900
> Tyler, Texas  75702
> (903) 534-1100  M: (903) 571-6963
> www.findlaycraft.com

3

*National Experience. Local Expertise.*

**From:** Ron Wielkopolski [mailto:ronw@ruyakcherian.com]
**Sent:** Thursday, March 14, 2019 5:56 PM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; Debby Gunter <dgunter@findlaycraft.com>; Nicole Cadenhead <NCadenhead@FindlayCraft.com>; Sarah Hene <SHene@findlaycraft.com>
**Cc:** Elizabeth DeRieux <ederieux@capshawlaw.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Robert Harkins <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** Luminati v. BI Science - Luminati P.R. 3-1 and 3-2 Disclosures and Production

Counsel,

Please find Lumianti's P.R. 3-1 disclosures and accompanying P.R. 3-2 production in the above matter at the below password-protected link.  This link will remain available for the next two weeks.  The password will follow in a separate email.  Please note that this production includes documents designated "Restricted – Attorneys' Eyes Only" and "Confidential" subject to local patent rule 2-2.

https://ruyak.box.com/s/du2ydxqm75gafvu8dzg2hvncqgr5re96

Thank you,
Ron

**Ronald Wielkopolski**
Associate
Registered Patent Attorney
U.S.P.T.O. No. 69,359

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866

<image001.png>

4