**Ron Wielkopolski**

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Tuesday, April 2, 2019 3:49 PM |
| **To:** | Ron Wielkopolski |
| **Cc:** | Elizabeth DeRieux; Sunny Cherian; Robert Harkins |
| **Subject:** | RE: Luminati Infringement Contentions |

Ron,

I can assure you there is no conflict vis a vis Finnegan. They are, as you acknowledge, working as counsel for BIScience in possible settlement negotiations. In addition, they are re-exam counsel should the client decide to file an IPR.

I will call you briefly.

Eric


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Ron Wielkopolski [mailto:ronw@ruyakcherian.com]
**Sent:** Tuesday, April 2, 2019 2:14 PM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>
**Cc:** Elizabeth DeRieux <ederieux@capshawlaw.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** Luminati Infringement Contentions

Eric,

In answer to your earlier question, Luminati has a strong interest in preventing the disclosure of its infringement contentions to third parties including but not limited to the fact that the infringement contentions reveal Luminati's confidential strategies for determining infringement. Luminati can't agree to the disclosure of its infringement contentions to Finnegan as Finnegan remains a third party outside the protective order and P.R. 2-2. It is apparent that Finnegan is operating in the background as it has represented BI Science for purpose of settlement negotiations and you have previously mentioned that they are behind the scenes. However, at this point it Finnegan has not made an appearance in this action perhaps due to some undisclosed conflict. Consequently, disclosure of this information to Finnegan would be detrimental to Luminati.

Would you disclose any conflict preventing Finnegan from making an appearance? I'm available later today at 4 pm Eastern if you would still like a call.

1

Regards,
Ron


**Ronald Wielkopolski**
Associate
Registered Patent Attorney
U.S.P.T.O. No. 69,359

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866

