# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No. 2:18-CV-00483-JRG |
| v. | JURY TRIAL DEMANDED |
| BI SCIENCE INC., | |
| Defendants. | |

## ORDER DENYING DEFENDANT'S MOTION TO REMOVE THE CONFIDENTIAL DESIGNATION TO PLAINTIFF LUMINATI NETWORKS LTD.'S <u>INFRINGEMENT CONTENTIONS</u>

CAME ON FOR CONSIDERATION, Defendant's Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions. Having considered the motion, it is hereby DENIED.