IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH P.R. 3-3 & 3-4

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") in the above captioned action and moves the Court to extend the time within which it is required to serve its Invalidity Contentions and Document Production.

I.

Pursuant to the Court's April 2, 2019 Docket Control Order (Dkt. No. 59), the deadline to serve P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production is May 20, 2019. BIScience respectfully requests that this deadline be extended to and including May 24, 2019.

II.

Counsel for Plaintiff, Luminati Networks Ltd., is unopposed to this request.

III.

BIScience seeks this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, BIScience respectfully prays that the time within which it is required to serve its P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production be extended to and including May 24, 2019.

Dated:  May 17, 2019

Respectfully submitted,

By:  */s/ Eric H. Findlay*_____
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

**ATTORNEYS FOR DEFENDANT BISCIENCE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

*/s/   Eric H. Findlay*_____
Eric H. Findlay