# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered Defendant BIScience (2009) Ltd.'s (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") Unopposed Motion to Extend the Deadline for Compliance with P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend be granted and that BIScience be given to and including May 24, 2019 to comply with P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production.