IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| **BI SCIENCE INC.,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Before the Court is Defendant BIScience Inc.'s ("Defendant") Unopposed Motion to Extend the Deadline for Compliance with P.R. 2-3 Invalidity Contentions and P.R. 3-4 Document Production (the "Motion"). (Dkt. No. 83.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendant's deadline to comply with Local Rules P.R. 3-3 and 3-4 is extended up to and including **May 24, 2019**.

**So ORDERED and SIGNED this 20th day of May, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE