# EXHIBIT A

    

 suffer answer food you

 **The Shin Bet" accomplishes what it wants": The ...**

 **Nortec expands on orders for $ 60 million from US energy ...**

 **SysAid is raising $ 30 million for the first - 16 years after it ...**

Recommended by

# TechNation

# The investor, "the husband who copied from the competitor" - and the start-up that demands

The start-up is demanding a competitor, claiming it has developed a product based on illegally obtained internal information and employed workers under a confidentiality agreement. The fund claims that the founder of a fund investing in the company has access to the confidential details and methods that helped her husband create a competing product. Which was not flawed in our conduct "

 25   40   Save

Alerts by email  | Raphael Goichman
21:32 03.12.2018



Oren Biran

Shelly Hod-Moyal Founder of iAngels

In a lawsuit filed two weeks ago at the Texas District Court, Israeli start-up Hola is suing Israeli company BI Science for patent infringement and illegal use of Hula's internal information. According to the lawsuit, one of the founders of the iAngels investment fund - one of the funds that invested in Hula - allegedly allowed her husband access to Hula's full internal information, which includes the company's intellectual property and patent applications. iAngels and BCINS deny the allegations against them.


other jobs

High-tech jobs that might interest you in


.Net Backend Developer
Payoneer


Test Engineer

Twistlock

The husband, one of the founders of BCINS, was allegedly developed on the basis of the information revealed to him of a product that competes with Hula's. In addition, BACINS employed three sales managers who had previously worked in Hula and left the company. Although the sales managers signed a confidentiality agreement with Hula, they used the information they accumulated during their employment at the company to sell the rival service manufactured by BACINS - thereby damaging Hula's business.

At the head of Hula are Ofer Wilensky and Dery Schreibman, who set up the start-up in 2013 after developing a VPN service - a decentralized Internet network designed primarily to circumvent geographic or government barriers. One example of using Hula's VPN service is the ability of Israelis to view Netflix's direct viewing service with content that is blocked for users from Israel. Hula's system operates on PCs and smartphones of private users (P2P-peer-to-peer) and routes the browsing through them, rather than using high-cost commercial servers. In this way, the service enables attractive prices alongside the camouflage of identity and location of the surfer and blocking the possibility of monitoring it. Today, Hula employs more than 120 million users, from around the world.





Luminati is a subsidiary of Hula, which provides a business intelligence gathering service. This service also uses a P2P model to enable businesses to extract online data from competitors, usually blocked



Eyal Toueg

Dari Shreibman and Ofer Wilensky, founders of Hula

### Asked her husband to do the due diligence

The lawsuit alleges that Shelly Hod-Moyal, one of the founders of iAngels, signed an investment agreement with iAngels in 2015 for a start-up. iAngels is an investment platformWhich was established five years ago by Hod-Moyal and Mor Assia, with the aim of connecting local and international investors to Israeli start-ups who are raising seed investments. (IoT), which has invested in start-ups in areas such as Pintek, Artificial Intelligence, Smart Cities, Cyber and Internet (IoT), according to iAngels' investment agreement in Hula, and has become a shareholder in the company. The agreement also included a standard determination that the fund will carry out a due diligence process Of the Company's assets and its documents, in order to determine the profitability of the investment), for the purpose of completing the transaction. Accordingly, Hod-Moyal asked her husband, Kfir Moyal, to carry out a technical due diligence on behalf of the Fund in May 2015.

Kfir Moyal is the co-founder - together with Asaf Tuval - and the owner of BCINS, which was founded in 2010. Its first product, AdClarity, allows advertisers to monitor and analyze real-time digital advertising activity of competitors. The company offers several other products, including the GeoSurf application - a premium VPN service identical to that of Hula's Luminati service. According to the company's website, the service has gained more than two million users worldwide. Moyal is also one of the founders of the digital advertising company from Tommy, which recently collapsed.

Following due diligence for iAngels, Moyal was exposed to Hula's confidential information, including its intellectual property, including the product development base, as well as several Hula patent applications, in addition to Luminati's financial and business information.

According to Hula, Moyal did not disclose at the time of the test, called iAngels, that his company is interested in producing or already producing a competing product, and that he apparently has an

If that were not enough, the founders of Hula claim that Moyal employed BACINS, which owns three sales managers who left Luminati in 2017. The three - Alon Gelbler, Vadim Feldman and Shmuel Levy - signed a confidentiality agreement with Blumentey, which includes a clause under which they undertake not to switch to a competing company for a year after leaving the company. The three brought to their work at BCINS a lot of business and technical information, including Hula's customer portfolio, full information about its customers' usage data, Hula business plans, marketing research, documents describing technical use of home servers and more.

"The Foundation: "We will study the claims

From Bi.aii.siins commented: "Bi.aii.siins is a global leader in business intelligence solutions in the field of advertising. Lominti company, which is now a competitor of Bi.aii.siins trying to harm competition through baseless accusations. Bi.aii.siins not Has been exposed at any stage to Luminati's confidential or technical information, and any attempt to tarnish BICINS or anyone on its behalf is baseless.Lominti's claims that her intellectual property has been infringed are also baseless, and there are detailed opinions of the best experts in the United States and Israel, It is clear that BACINS does not infringe on Luminati's intellectual property, and the situation will be proven in court. To slander and abuse of legal process rather than to compete fairly. We will continue to provide the best solution in the industry to customers, as we do this time."

IAngels said: "iAngels or my Hod Moyal are not parties to the claim between Bisciense and Hola, and there is no basis for the false accusations raised by Hula. IAngels invested more than 100 high-tech companies in Israel at $ 175 million, iAngels at Hula company, half a million dollars in 2015 out of a belief in society and a common desire for its success.

"In managing and working with our CEOs, we strive to contribute to the company's success in opening doors, creating business partnerships, bringing in strategic investors and potential customers. Hula is successful, and has made a successful exit, but their claims are groundless and do not arise from the letter of claim, which does not mention the name of Shelly Hod Moyal or iAngels as a party in the lawsuit."

Advertising: All you need to know about a career in high-tech - enter the compound

Recommended by | Other articles that might interest you


The Nature of Life TED Weekly Lecture: Each generation has its own unique wisdom and is ...


The web is the essence of life 3 steps that will regulate the biological clock and help you sleep better at ...


A A lawsuit against Moshe Hogag: "Avoiding paying us, complicated by debt ...


Media and advertising "The New York Times" Dike, the billionaire lied



| Round Table | chef Guy Schwartz | Report of the | Global |
|---|---|---|---|
| in pain? The answer may be in the food you eat | healthy meals customized: Israel conquered trend | The police chief's farsight: "The pure angel", the puzzling affairs - and the | Founder of the largest hedge fund in the world: "The state of the global |

## Comments

הוסיפו תגובה



## Main articles on the site





**Obsessive Persecution: Ayelet Shaked 's self - defeating goal**

15:01 | Meirav Arlosoroff

**Of the victims of File 4000: Bezeq is still on the shelf - and the group's shares are plummeting**

15:48 | Michael Rochvarger




**Retroactive change in Bar Association "exams: 150 fail will receive "passes**

12:57 | Efrat Neumann

**The request stunned the treasury: Moshe Barkat wants 3 senior officials for NIS 60,000 a month - each**

13:06 | Tali Heruti-Sover, Avi Waxman

Upload more articles

**Promoted content**     **Popularity at Technation**

Each chip counts: 10 landmarks in the history of Inomize



The best for high-tech: Come flourish with Tufin



Facebook and Google are not mistaken: Meet the company that is looking for you too



Entrepreneurs, controlling shareholders or managers? This will lead to success



## Subscribe to the newsletter

I would like to receive newsletters, marketing information and benefits



## Articles you may have missed

     

| הקניון ר בישראל דירוג מו | האיש שהתעשר מפיצה: "לאנשים אין כסף לקנות דירה, אז הם יושב ... | Kobi Amsalem, who lost his son Ayalon a car accident: ... | "Teachers work harder than brain surgeons": The ... | The Histadrut announced that are the bodies ... | They will be far away: Israel's 40 omising young |