**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>      Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF LUMINATI'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COUNTERCLAIMS**

Plaintiff, Luminati Networks Ltd. ("Plaintiff"), anticipates filing a partial motion to dismiss Defendant's counterclaims of false advertising and monopolization/attempt to monopolize by June 19, 2019. Plaintiff understands that there is a majority rule that a partial motion to dismiss tolls the filing of an answer as to all claims in the complaint under Fed. R. Civ. Pro. 12(a)(4), and a minority rule that a partial motion to dismiss does not toll an answer as to all claims. Plaintiff contends that the majority rule applies in this case. Defendant does not oppose this Motion.

Out of an abundance of caution, and in the interest of promoting judicial economy, Plaintiff hereby requests an extension to permit Plaintiff to file a single answer addressing all remaining allegations and counterclaims fourteen (14) days following notice of the Court's action regarding the motion to dismiss.

Dated: June 18, 2019

                                                Respectfully submitted,

                                                By: */s/ Ronald Wielkopolski*

                                                Ronald Wielkopolski
                                                RuyakCherian LLP

1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Attorneys for Plaintiff
Luminati Networks Ltd.