**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF LUMINATI'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COUNTERCLAIMS

CAME ON FOR CONSIDERATION, Plaintiff, Luminati Networks Ltd. ("Plaintiff's"), Unopposed Motion to Extend Time to Answer Counterclaims.  Having considered the motion, it is hereby GRANTED.

Accordingly, the deadline for Plaintiff to file a single answer addressing all remaining allegations and counterclaims is extended  fourteen (14) days following notice of the Court's action regarding the motion to dismiss.