# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No. 2:18-CV-00483-JRG |
| v. | FILED UNDER SEAL |
| BI SCIENCE INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S 12(B)(6) MOTION TO DISMISS COUNTERCLAIMS OF FALSE ADVERTISING AND MONOPOLIZATION

CAME ON FOR CONSIDERATION, Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization. Having considered the motion, it is hereby GRANTED.