**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S 12(b)(6) MOTION TO DISMISS COUNTERCLAIMS OF
FALSE ADVERTISING AND MONOPOLIZATION**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") and respectfully requests that the Court enter an Order extending the deadline for Defendant to file its Response in Opposition to Plaintiff Luminati Networks Ltd.'s ("Luminati" or "Plaintiff") 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization ("Motion") from July 5, 2019 to July 12, 2019.

II.

On June 19, 2019, Plaintiff filed its 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization (Dkt. No. 88). Pursuant to Local Rule CV-7(e), Defendant has fourteen (14) days to file its Responsive Brief to Plaintiff's Motion. Defendant's current deadline to file their Response in Opposition to Plaintiff's Motion to Dismiss Defendant's Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) is July 5, 2019.

III.

Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendant's Response Brief one (1) week until July 12, 2019.  Good cause supports this extension of the briefing schedule on Plaintiff's Motion to provide adequate time for Defendant to consider the issues raised in Plaintiff's Motion and in light of the upcoming federal holiday.

WHEREFORE, Defendant respectfully prays that the time to file its Response in Opposition to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization be extended to and including July 12, 2019.

Dated:  June 27, 2019                              Respectfully submitted,

                                                   */s/ Eric H. Findlay*
                                                   Eric H. Findlay (State Bar No. 00789886)
                                                   Brian Craft (State Bar No. 04972020)
                                                   Debby Gunter (State Bar No. 24012752)
                                                   Findlay Craft, P.C.
                                                   102 N. College Ave, Ste 900
                                                   Tyler, TX 75702
                                                   903-534-1100 (t)
                                                   903-534-1137 (f)
                                                   efindlay@findlaycraft.com
                                                   bcraft@findlaycraft.com
                                                   dgunter@findlaycraft.com

                                                   **COUNSEL FOR DEFENDANT
                                                   BISCIENCE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Plaintiff in accordance with the Federal Rules of Civil Procedure.

*/s/  Eric H. Findlay*
Eric H. Findlay