IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S 12(b)(6) MOTION TO DISMISS COUNTERCLAIMS OF FALSE ADVERTISING AND MONOPOLIZATION**

On this day came on to be considered Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization and the Court being of the opinion that the Motion should be GRANTED, it is, therefore,

ORDERED, ADJUDGED, and DECREED that Defendant BIScience be given to and including July 12, 2019 to file their Response in Opposition to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization.