## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| **BI SCIENCE INC.,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization (the "Motion"). (Dkt. No. 89.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendant's deadline to file a response in opposition to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization (Dkt. No. 88) is extended up to and including **Friday, July 12, 2019**.

**So ORDERED and SIGNED this 1st day of July, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE