# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § § | |
| v. § | JURY TRIAL DEMANDED |
| § § | |
| BISCIENCE INC. § § | |
| Defendant, § § | |
| and § § | |
| HOLA NETWORKS LTD., § § | |
| Additional Defendant on Counterclaim. § § | |

## ORDER DENYING PLAINTIFF'S 12(B)(6) MOTION TO DISMISS COUNTERCLAIMS OF FALSE ADVERTISING AND MONOPOLIZATION

On this day came on to be considered Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization (Dkt. 88), and the Court being of the opinion that the same should be DENIED, it is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims of False Advertising and Monopolization (Dkt. 88) is hereby DENIED in full.