**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No. 2:18-CV-00483-JRG |
| v. | JURY TRIAL DEMANDED |
| BI SCIENCE INC., | |
| Defendants. | |

**NOTICE OF COMPLIANCE REGARDING P.R. 4-1**

COMES NOW, Luminati Networks Ltd. and, notifies the Court that pursuant to the April 2, 2019 Docket Control Order and P.R. 4-1 , Luminati Networks Ltd. served its required purposed claim terms on counsel for the defendant via electronic mail on July 23, 2019.

Dated: July 23, 2019

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702

(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff