IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| BISCIENCE INC. | § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH DISCLOSURE OF PROPOSED CLAIM TERMS PURSUANT TO LOCAL PATENT RULE 4-1

Pursuant to Patent Local Rule 4-1 and the parties proposed Docket Control Order in this matter, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby files this notice confirming that it has complied with said Order and served its Patent Rule 4-1 Proposed Terms and Claim Elements for Construction *via* electronic mail on July 23, 2019.

Dated:  July 23, 2019

Respectfully submitted,

*/s/ Eric H. Findlay*_____
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Debby Gunter (State Bar No. 24012752)
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

***COUNSEL FOR DEFENDANT BISCIENCE***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on July 23, 2019 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

>                                   */s/ Eric H. Findlay*
>                                   Eric H. Findlay