# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

### AGREED MOTION TO WITHDRAW AND RESUBMIT
### PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS
### COUNTERCLAIMS OF FALSE ADVERTISING AND MONOPOLIZATION

On July 22, 2019, Plaintiff submitted its reply in support of its motion to dismiss counterclaims of false advertising and monopolization ("Reply," Dkt. 92). Plaintiff and Defendant disagree over the page limits permitted under local rule CV 7(a). In order to avoid burdening the court with motions practice on this issue, the Parties have agreed to the following subject to the Court's Approval:

(A) Withdraw of the Reply filed on July 22, 2019 (Dkt. 92);

(B) Filing of the five page reply ("Replacement Reply") attached as Exhibit A; and

(C) Extending Defendant's time to file a sur-reply running from the filing of the Replacement Reply, the sur-reply being limited to five pages.

The Parties respectfully request that the Court grant this motion.

2

Dated: July 24, 2019

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff