**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING AGREED MOTION TO WITHDRAW AND RESUBMIT PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS OF FALSE ADVERTISING AND MONOPOLIZATION**

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Agreed Motion to Withdraw and Resubmit Plaintiff's Reply in Support of Plaintiff's Motion to Dismiss Counterclaims of False Advertising and Monopolization. Having considered the motion, it is hereby GRANTED.