# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| v. | § | |
| | § | |
| **BI SCIENCE INC.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s ("Luminati") Agreed Motion to Withdraw and Resubmit Plaintiff's Reply in Support of Plaintiff's Motion to Dismiss Counterclaims of False Advertising and Monopolization (the "Motion"). (Dkt. No. 95.) Having considered the Motion and noting the parties' agreement, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Luminati's Reply (Dkt. No. 92) is withdrawn. It is further **ORDERED** that Luminati shall file its new Reply (Dkt. No. 95-1) as a new docket entry.

**So Ordered this**
**Jul 29, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE