# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE REGARDING P.R. 4-2

COMES NOW, Luminati Networks Ltd. and, notifies the Court that pursuant to the April 2, 2019 Docket Control Order and P.R. 4-2, Luminati Networks Ltd. served its required Preliminary Claim Constructions on counsel for the defendant via electronic mail on August 13, 2019, 2019.

Dated: August 13, 2019

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP

1

1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff