# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH P.R. 4-3**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COME, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") and Plaintiff Luminati Networks Ltd. ("Luminati" or "Plaintiff") (collectively, "the Parties") and move the Court to extend the time within which the Parties are required to comply with P.R. 4-3 and file the Joint Claim Construction Statement.

II.

The Parties' deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is September 3, 2019. The Parties respectfully request that the deadline be extended to and including September 6, 2019.

III.

There is good cause for this short extension because the parties are continuing to confer and streamline their disputes in light of Honorable Judge Payne's recent Claim Construction Order

entered in a related matter, *Luminati Networks Ltd. v. UAB Tesonet*, 2:18-cv-00299-JRG, Dkt. No. 121. Additionally, good cause supports this extension because of the Labor Day holiday and the Parties' travel schedules.

    WHEREFORE, the Parties respectfully pray that the deadline for compliance with P.R. 4-3 to file a Joint Claim Construction Statement be extended to and including September 6, 2019.

Dated: September 3, 2019

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Debby Gunter (State Bar No. 24012752)
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

**COUNSEL FOR DEFENDANT BISCIENCE**

By: */s/ Robert Harkins*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350

Berkeley, CA  94702  
(510) 944-0190  
Email: sunnyc@ruyakcherian.com  
Email: bobh@ruyakcherian.com

Ronald Wielkopolski  
RuyakCherian LLP  
1700 K St. NW, Suite 810  
Washington, DC 20006  
Email: ronw@ruyakcherian.com

***COUNSEL FOR PLAINTIFF LUMINATI NETWORKS LTD.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Defendant in accordance with the Federal Rules of Civil Procedure.

/s/   *Eric H. Findlay*  
Eric H. Findlay

3