# Luminati Networks Ltd. Technology Tutorial

**U.S. Patent No. 9,241,044; 9,742,866**

October 15, 2019

Luminati Networks Ltd. v. BI SCIENCE INC.
Case 2:18-cv-00483-JRG-RSP

1

## Asserted Patents

- Asserted Patents are Divisionals
- Same Inventors
  - Derry Shribman
  - Ofer Vilenski
- Same Specification
- Same Provisional Application
- Same Priority Date
  - Aug. 26, 2013



# The '044 Patent



(12) **United States Patent**
Shribman et al.

(10) Patent No.:     **US 9,241,044 B2**
(45) Date of Patent:     **Jan. 19, 2016**

(54) **SYSTEM AND METHOD FOR IMPROVING INTERNET COMMUNICATION BY USING INTERMEDIATE NODES**

(60) Provisional application No. 61/870,815, filed on Aug. 28, 2013.

(57)     **ABSTRACT**

A method for fetching a content from a web server to a client device is disclosed, using tunnel devices serving as intermediate devices. The client device access an acceleration server to receive a list of available tunnel devices. The requested content is partitioned into slices, and the client device sends a request for the slices to the available tunnel devices. The tunnel devices in turn fetch the slices from the data server, and send the slices to the client device, where the content is reconstructed from the received slices. A client device may also serve as a tunnel device, serving as an intermediate device to other client devices. Similarly, a tunnel device may also serve as a client device for fetching content from a data server. The selection of tunnel devices to be used by a client device may be in the acceleration server, in the client device, or in both. The partition into slices may be overlapping or non-overlapping, and the same slice (or the whole content) may be fetched via multiple tunnel devices.

- '044 Patent directed to using intermediate devices to request content from target servers over the Internet

3

# The '866 Patent



(12) **United States Patent**
Shribman et al.

(10) Patent No.: **US 9,742,866 B2**
(45) Date of Patent: ***Aug. 22, 2017**

(54) **SYSTEM AND METHOD FOR IMPROVING INTERNET COMMUNICATION BY USING INTERMEDIATE NODES**

**Related U.S. Application Data**

(62) Division of application No. 14/468,836, filed on Aug. 26, 2014, now Pat. No. 9,241,044.

(Continued)

(57) **ABSTRACT**

A method for fetching a content from a web server to a client device is disclosed, using tunnel devices serving as intermediate devices. The client device access an acceleration server to receive a list of available tunnel devices. The requested content is partitioned into slices, and the client device sends a request for the slices to the available tunnel devices. The tunnel devices in turn fetch the slices from the data server, and send the slices to the client device, where the content is reconstructed from the received slices. A client device may also serve as a tunnel device, serving as an intermediate device to other client devices. Similarly, a tunnel device may also serve as a client device for fetching content from a data server. The selection of tunnel devices to be used by a client device may be in the acceleration server, in the client device, or in both. The partition into slices may be overlapping or non-overlapping, and the same slice (or the whole content) may be fetched via multiple tunnel devices.

- '866 Patent directed to partitioning of content into content slices for use with intermediate devices

4

# The '044 Patent



**FIG. 2 (Prior Art)**

The Internet is a global system of interconnected computer networks that use the standardized Internet Protocol Suite (TCP/IP), including Transmission Control Protocol (TCP) and the Internet Protocol (IP), to serve billions of users world-wide. 25

1:24-28

5

## IP Addresses and Communications Over The Internet

- Every Device/Server on the Internet has an IP Address, which is a string of 4 numbers separated by periods.

- While websites are frequently remembered by their uniform resource identifier ("URL"), each URL is associated with a server with its own IP address.

- This IP address also has certain information that can be used to geolocate the device/server with that IP address.

- For example, the URL of www.target.com has a server with an IP address of 161.225.130.163 corresponding to a location in Minneapolis, MN.



### IP Lookup Result

☐ Share The Result

| | |
|---|---|
| Permalink | https://www.ip2location.com/161.225.130.163 |
| ☑ IP Address | 161.225.130.163 |
| ☑ Country | 🇺🇸 United States [US] ⓘ |
| ☐ Region | Minnesota |
| ☐ City | Minneapolis |
| ☐ Coordinates of City | 44.972600, -93.285900 (44°58'21"N  93°17'9"W) |
| ☐ ISP | Target Corporation |
| ☐ Local Time | 12 Jun, 2019 11:45 AM (UTC -05:00) |
| ☐ Domain | target.com |
| ☐ Net Speed | (COMP) Company/T1 |
| ☐ IDD & Area Code | (1) 612/651 |
| ☐ ZIP Code | 55403 |

https://www.ip2location.com/demo/72.21.215.90

6

## Requests and Responses Transmitted Over Internet Using IP Packets

- Communications over the Internet use IP packets.

- IP packets include an IP Header and Payload

- The IP header includes the IP addresses of the Sending and Receiving device / server.

- The Payload contains the data being transmitted, such as a request for content or content



Fig. 2A

7

# Requests Over the Internet

- A Requestor requests content by sending a request containing both its IP address as well as the IP address of the receiving Target server to the Target Server.
- Normally, the Target server receives the request and sends the requested content back to the IP address of the Requestor.

The Internet Protocol (IP) is the principal communications protocol used for relaying datagrams (packets) across a network using the Internet Protocol Suite. Responsible for routing packets across network boundaries, it is the primary protocol that establishes the Internet. IP is the primary protocol in the Internet Layer of the Internet Protocol Suite and has the task of delivering datagrams from the source host to the destination host based on their addresses. For this purpose, IP defines addressing methods and structures for datagram encapsulation. Internet Protocol Version 4 (IPv4) is the domi-

3:18-27



**FIG. 11c**

U.S. Patent

Jan. 19, 2016

Sheet 23 of 134

US 9,241,044 B2

8

## Problem: The Data Server Can Block Requests Based Upon the Requestor.

- If the data server does not want to send the requested content, it can simply block the content from being sent to the requestor.

- This could happen when, for example, the requestor is identified as a competitor.

- In one hypothetical example to the right, a client requestor at www.sears.com is requesting content from a target server at www.target.com.

- Because the target server can identify the request as coming from its competitor, the target server blocks the request.



FIG. 11c

9

## Solution: The Requestor Can Use a Proxy to Conceal Its Identity.

- To solve this problem, the requestor can send the request to a proxy device (tunnel), which can then send the request to the target server.

- The target server only identifies the request as coming from the proxy device, such as a cell phone owned by a real person.

- The target server does not know that the request originated with a competitor providing the requestor with anonymity.

- Consequently, the content which otherwise would have been blocked is sent to the requestor via the proxy device.



FIG. 11a

10

## Solution: The Requestor Can Use a Proxy to Conceal Its Identity.

- In the example to the right, a client at www.sears.com is requesting content from a server at www.target.com, using a proxy device owned by a real person (Ms. X) at IP address XX.XX.XX.XX located in Washington, DC.

- Because, the Target server identifies Ms. X as a potential customer, the requested content is sent Ms. X's device, which is then sent from Ms.X's device to client Sears.



FIG. 11a

11

## How can a Client Identify an available proxy (tunnel) device?

A system may comprise multiple data servers and multiple client and tunnel devices, each data server may be storing a respective content that may be fetched by the client devices via the Internet. The tunnel devices may be used as intermediate devices (or nodes). Upon initializing of the client and tunnel devices (such as upon powering up or upon launching the applicable software application), they sign-in with an acceleration server, which stores an identification (such as IP address) of each of the client and tunnel devices. A client device, which may be requesting a content from a data server, first communicates with the acceleration server to receive a list of the available tunnel devices. The client device may then select one (or more) tunnel device, and then executes a pre-connection process with the selected tunnel device. Upon determining the need for a content to be fetched from the data server, the client device sends a request to the tunnel device, which in turn fetches the required content from the data server, and sends the fetched content to the client device. Each of the devices (client or tunnel) and each of the servers (acceleration or data) may be identified in the Internet using an IP address that may be in an IPv4 or IPv6 form. Alternatively or in addition to using an intermediary device such as the tunnel device (or multiple tunnel devices), the client device may directly access and fetch content from the data server, without using any intermediate device such as a tunnel device. A device may be both a client device and a tunnel device, and the roles may be assumed one at a time, or may be employed in parallel using multitasking or multiprocessing.

(Line numbers in right margin: 20, 25, 30, 35, 40, 45)

- A client device can identify an available and suitable proxy (tunnel) device by first logging onto an acceleration server.

- The acceleration server "stores an identification (such as IP address) of each of the client and tunnel devices."



'044 Patent at 51:19-46

'866 Patent at 52:33-61

**FIG. 5**

12

## Problem #2 – A Data server may block a request based on other criteria

- In addition to blocking a request based on the identity of the requestor, a target data server may also block requests based upon other criteria.

- Such criteria may include the geographic location or geographic proximity of the requestor.

- A data server designed to receive requests from within a geographic area, may block requests that are deemed to fall outside that area.

- For example, www.craigslist.com, has a plurality of pages designed to service to distinct cities.

- The following slides show a second example demonstrating the use of intermediate proxy residential devices to overcome geographic restrictions using a map of the United States as a real-world example of Figures 11a and 11c above.

13

## Example #2: User in Seattle, WA requests content from Craigslist server in Texas



14

## Example #2: Craigslist server blocks user, because user is outside of Texas



**Example #2: User sends the request via proxy device 2, located in Marshall, Texas and Craigslist server sends response to proxy device 2 as both are located in Texas.**



16

**Example #2: Proxy device 2 sends the requested content back to the user in Seattle, WA.  Geographic restrictions are circumvented by the use of local proxy devices.**



17

# The '866 Patent – Content Partitioning

Case 2:18-cv-00299    Document 1-1    Filed 07/19/18    Page 164 of 227 PageID #: 180

US 9,241,044 B2

51 / 52

52:19-30

- Content can also be partitioned into multiple content slices.

    The content requested by the client device may be partitioned into multiple parts or 'slices'. Any number of slices may be used. The slicing may be in a bit, nibble (4-bits), byte (8-bits), word (multiple bytes), character, string, or a file level. The partition may be into equal length parts, or may use different length slicing. The content may be composed of inherent or identifiable parts or segments, and the partition may make use of these parts. The content may be a website content composed of multiple webpages, and each slice may include one (or few) webpages. Further, the partition may be sequential or non-sequential in the content. The partitioning may be non-overlapping or overlapping.

18

## The '866 Patent – Content Partitioning

- The partitioning of content into multiple content slices permit the use of multiple requests through different proxy devices.

- Fig. 10 shows the use of three proxy devices (Tunnel #1 - #3) to fetch the partitioned content.

- The content can then be constructed from the content slices.



FIG. 10

## Example #3: The user can partition the content into content slices and request the content slices using multiple proxy devices



20

**THE END**