IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.   § | |
| § | |
| v.   § | Case No. 2:18-CV-0483-JRG |
| § | |
| BI SCIENCE INC.   § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF LUMINATI'S OPENING CLAIM CONSTRUCTION BRIEF**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati") and submit this declaration in support of Luminati's Opposition to Defendant's Motion to Remove the Confidential Designation to Plaintiff Luminati Networks Ltd.'s Infringement Contentions [Dkt. 65].

3. Plaintiff's Exhibit A hereto is a true and correct copy of U.S. Patent No. 9,241,044.

4. Plaintiff's Exhibit B hereto is a true and correct copy of U.S. Patent No. 9,742,866.

5. Plaintiff's Exhibit C hereto is a true and correct copy of the August 20, 2019 claim construction order filed in Luminati Networks Ltd. v. UAB Tesonet and UAB Metacluster LT., case no. 2:18-cv-299-JRG (E.D. Tex, August 20, 2019).

6.   Plaintiff's Exhibit D hereto is a true and correct copy of the September 6, 2019 Declaration of Dr. Vernon Thomas Rhyne Jr. in Support of Plaintiff Luminati Network Ltd.'s Claim Constructions.

7.   Plaintiff's Exhibit E hereto is a true and correct copy of the webpage at https://www.itu.int/net/ITU-R/asp/terminology-definition.asp?lang=en&rlink=%7b46309866-F797-45BC-81E9-2B6B2DAC1F32%7d accessed on or about August 12, 2019.

8.   Plaintiff's Exhibit F hereto is a true and correct copy of the webpage at https://www.itu.int/net/ITU-R/asp/terminology-definition.asp?lang=en&rlink=%7b0A3C5266-56D4-4ED8-9076-A4345192D7EB%7d accessed on or about August 12, 2019.

9.   Plaintiff's Exhibit G hereto is a true and correct copy of the webpage at https://www.itu.int/net/ITU-R/asp/terminology-definition.asp?lang=en&rlink=%7b5C58FBE6-BE32-4E31-81CE-676FCB191E2B%7d accessed on or about August 12, 2019.

10.  Plaintiff's Exhibit H hereto is a true and correct copy of the webpage at https://www.itu.int/net/ITU-R/asp/terminology-definition.asp?lang=en&rlink=%7bA842D85F-D255-4218-98D1-D8AD272C9067%7d accessed on or about August 12, 2019.

11.  Plaintiff's Exhibit I hereto is a true and correct copy of the webpage at www.electropedia.org/iev/iev.nsf/display?openform&ievref=732-01-12 accessed on or about August 12, 2019.

12.  Plaintiff's Exhibit J hereto is a true and correct copy of the webpage at www.electropedia.org/iev/iev.nsf/display?openform&ievref=171-05-69 accessed on or about August 12, 2019.

13. Plaintiff's Exhibit K hereto is a true and correct copy of the webpage at https://www.merriam-webster.com/dictionary/multitasking accessed on or about August 12, 2019.

14. Plaintiff's Exhibit L hereto is a true and correct copy of the webpage at https://www.dictionary.com/browse/proximity?s=t accessed on or about August 12, 2019.

Executed: October 15, 2019

                                        */s/ Ronald Wielkopolski*
                                        Ronald Wielkopolski