# EXHIBIT E

Definition

**English** - عربي - 中文 - Español - Français - Русский

**Sector** : **Standardization (ITU-T)** - **Recommended**

**Abbreviation** : *None*

**Term** : content

**Definition** : A combination of audio, still image, graphic, video, or data.
NOTE – A variety of formats is classified as the "data" (e.g., text, encoded values, multimedia description language introduced by ITU-T H.760).

---

**Publications :**
ITU-T H.780 (06/2012)

Report a problem - Close