# EXHIBIT F

Definition

**English** - عربي - 中文 - Español - Français - Русский

**Sector** : Standardization (ITU-T)

**Abbreviation** : *None*

**Term** : content

**Definition** : The information conveyed by the document, other than the structural information, and that is intended for human perception.

---

**Source** : T.411 (93), 3.39

Report a problem - Close

LUM_BSI-00016936