# EXHIBIT G

Definition

English - عربي - 中文 - Español - Français - Русский

**Sector** : Standardization (ITU-T)

**Abbreviation** : ID

**Term** : identifier

**Definition** : An unambiguous name, in a given naming context (see 12.2 of ITU-T Rec. X.902 | ISO/IEC 10746-2).

---

**Source** : X.902 (95), 12.2; X.910 (98), 6.2

Report a problem - Close

LUM_BSI-00016917