# EXHIBIT H

Definition

**English** - عربي - 中文 - _Español_ - _Français_ - _Русский_

**Sector** : Standardization (ITU-T)

**Abbreviation** : _None_

**Term** : identifier (ID)

**Definition** : A character, or group of characters, used to identify or name an item of data and possibly to indicate certain properties of that data.

---

**Source** : Q.9 (88), 6108; Glos. VI.7, VI.8, VI.9 (88)

Report a problem - Close

LUM_BSI-00016959