# EXHIBIT I

**International Electrotechnical Commission**

| Area | Computer network technology / General concepts |
|---|---|
| IEV ref | 732-01-12 |
| en | **server** <br> functional unit that provides services to workstations, to personal computers or to other functional units in a computer network <br><br> Note 1 – Services may be dedicated services or shared services. <br><br> Note 2 – Examples of servers are a file server, a print server, a mail server. |
| fr | **serveur**, m <br> unité fonctionnelle qui fournit des services à des stations de travail, à des ordinateurs individuels ou à d'autres unités fonctionnelles dans un réseau d'ordinateurs <br><br> Note 1 – Les services peuvent être des services spécialisés ou des services partagés. <br><br> Note 2 – Un serveur de fichiers, un serveur d'impression, un serveur de messagerie sont des exemples de serveurs. |
| ar | خادم |
| de | Server, m |
| es | servidor |
| fi | palvelin |
| ko | 서버 |
| ja | サーバ |
| pl | serwer |
| pt | servidor |

LUM_BSI-00017052

| sr | сервер, м јд |
|---|---|
| sv | server |
| zh | 服务器 |

Publication date: 2010-06

Copyright © IEC 2019. All Rights Reserved.

LUM_BSI-00017053