# EXHIBIT J



## International Electrotechnical Commission

| | |
|---|---|
| **Area** | Digital technology – Fundamental concepts / Software |
| **IEV ref** | **171-05-69** |
| **en** | **multitasking**<br>concurrent or interleaved execution of two or more tasks on a single computer |
| **fr** | **fonctionnement multitâche**, m<br>exécution concurrente ou imbriquée de plusieurs tâches sur un seul ordinateur |
| **ar** | تعدد المهام |
| **de** | Multitasking, n<br>Mehrprozessbetrieb, m |
| **ja** | マルチタスキング<br>多重タスキング |
| **pl** | wielozadaniowość, f |
| **pt** | funcionamento multitarefa<br>*multitasking* |
| **zh** | 多任务 |

Publication date: 2019-03-29

Copyright © IEC 2019. All Rights Reserved.

LUM_BSI-00017076