Case 2:18-cv-00483-JRG    Document 109-12    Filed 10/15/19    Page 1 of 10 PageID #: 3318



SINCE 1828

Menu

- 
- 
- 

- JOIN MWU

  Gain access to thousands of additional definitions and advanced search features—ad free! JOIN NOW

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- MORE
  WORD OF THE DAY   WORDS AT PLAY   TIME TRAVELER
- TIME TRAVELER

Facebook   Twitter   YouTube   Instagram

multitasking



dictionary thesaurus

- JOIN MWU
- GAMES
- THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- TIME TRAVELER

Follow:  Facebook   Twitter   YouTube   Instagram

# multitasking

LUM_BSI-00017077

noun, often attributive

mul·ti·task·ing | \ ˈməl-tē-ˌta-skiŋ 🔊 , -ˌtī-\

## Definition of *multitasking*

1 **:** the concurrent performance of several jobs by a computer
2 **:** the performance of multiple tasks at one time The job requires a person who is good at multitasking.

⬇ Other Words from *multitasking*  ⬇ More Example Sentences  ⬇ Learn More about *multitasking*

Keep scrolling for more

## Other Words from *multitasking*

multitask \ ˈməl-tē-ˌtask 🔊 , -ˌtī- \ intransitive verb

## Examples of *multitasking* in a Sentence

The job requires someone who is good at *multitasking*.

Recent Examples on the Web

Playing with a global view would allow for more information than a human player is normally allowed to take in, with faster reaction times and easier *multitasking*. — Ron Amadeo, *Ars Technica*, "DeepMind AI is secretly lurking on the public StarCraft II 1v1 ladder," 11 July 2019 The rollout of iOS 11 in 2017, for example, introduced features like a dock at the bottom of the home screen and drag-and-drop *multitasking*. — Lauren Goode, *WIRED*, "iPadOS Isn't Just a Name. It's a New Direction for Apple," 9 June 2019

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'multitasking.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕⊖

## First Known Use of *multitasking*

1966, in the meaning defined at sense 1

Keep scrolling for more

## Learn More about *multitasking*

Share *multitasking*

Post the Definition of multitasking to Facebook    Share the Definition of multitasking on Twitter

Resources for *multitasking*

LUM_BSI-00017078

 Time Traveler! Explore the year a word first appeared

# Dictionary Entries near *multitasking*

multisystem

multitalented

multitasker

multitasking

multitentacled

multiterminal

multitiered

# Statistics for *multitasking*

Last Updated

4 Aug 2019

Look-up Popularity

Bottom 50% of words

Time Traveler for *multitasking*

# The first known use of *multitasking* was in 1966

See more words from the same year

Keep scrolling for more

More Definitions for *multitasking*

multitasking

*noun*



# English Language Learners Definition of *multitasking*

**:** the ability to do several things at the same time

See the full definition for *multitasking* in the English Language Learners Dictionary

Keep scrolling for more

More from Merriam-Webster on *multitasking*

LUM_BSI-00017079

Nglish: Translation of *multitasking* for Spanish Speakers

Britannica English: Translation of *multitasking* for Arabic Speakers

Britannica.com: Encyclopedia article about *multitasking*

Comments on *multitasking*

What made you want to look up *multitasking*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS

**WORD OF THE DAY**

plaintive 

expressive of suffering or woe

Get Word of the Day daily email!

Your email address     SUBSCRIBE

**Test Your Vocabulary**

### Obscure Shapes

- Something that is **ooid** is shaped like:

  [an egg] [a tennis ball]
  [anything unpleasant] [a wound from shrapnel]

---

Test your vocabulary with our 10-question quiz!

**TAKE THE QUIZ**

---

**Test Your Knowledge** - and learn some interesting things along the way.

**TAKE THE QUIZ**

LUM_BSI-00017081

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

### WORDS AT PLAY

- **Must 'Avid' Mean 'Greedy'?**

  A word eager to transcend its roots

LUM_BSI-00017082

- [The Good, The Bad, & The Semantically Imprecise - 8/9/19](#)

  Words from the week of 8/9/2019

- [Is It 'Doctor's Appointment' or 'Doctor Appointment'?](#)

  The doctor is in, but whose appointment is it?

- [7 Fruity Idioms | Apples and Oranges, Cherry Pick, Etc.](#)

  For a touch of sweetness or acidity

### ASK THE EDITORS

- [On Contractions of Multiple Words](#)

  You all would not have guessed some of these

LUM_BSI-00017083

### A Look at Uncommon Onomatopoeia

Some imitative words are more surprising than others

- ### Literally

  How to use a word that (literally) drives some people nuts.

- ### Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

WORD GAMES

- ### Obscure Shapes

  Surprisingly specific words for shapes.

  **TAKE THE QUIZ**

- ### What's that Smell?! Quiz

  Words for odors and such...

  **TAKE THE QUIZ**

LUM_BSI-00017084

### How Strong Is Your Vocabulary?

Test your vocabulary with our 10-question quiz!

**TAKE THE QUIZ**

### SCRABBLE® Sprint

SCRABBLE® fans, sharpen your skills!

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

LUM_BSI-00017085

**FOLLOW US**

- - - -

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Video | Favorites | Word of the Year | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2019 Merriam-Webster, Incorporated