# EXHIBIT L

**Dictionary.com** *Thesaurus.com*

definitions ▾ | proximity | 🔍

# proximity [ prok-**sim**-i-tee ] SHOW IPA 🔊

EXAMPLES | WORD ORIGIN

SEE MORE SYNONYMS FOR *proximity* ON THESAURUS.COM

### noun

1. nearness in place, time, order, occurrence, or relation.

## RELATED CONTENT

**Is An "Equinox" The Same As A "Solstice"?**

The word equinox comes from Latin and means "equality of night and day." So ... what's a solstice then?

READ MORE

**Redefine Black: Why Dictionary.com Is Updating Its Definition**

When My Black Is Beautiful reached out to Dictionary.com about "Redefine Black," we saw an opportunity to revisit our current entry of the

READ MORE

## RELATED WORDS

closeness, concurrence, propinquity, juxtaposition, togetherness, adjacency, contiguity, immediacy

LUM_BSI-00017122

NEARBY WORDS

proximal, proximate, proximately, proximation, proxime accessit, **proximity**, proximity fuse, proximity fuze, proximity talks, proximo, proximo-

ORIGIN OF PROXIMITY

First recorded in 1475–85, PROXIMITY is from the Latin word *proximitās* nearness, vicinity. See proximal, -ity

RELATED FORMS

**non·prox·im·i·ty**, noun

DICTIONARY.COM UNABRIDGED

BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY, © RANDOM HOUSE, INC. 2019

EXAMPLES FROM THE WEB FOR PROXIMITY

She sends a miniature of her own image to the court, envious that it will enjoy a *proximity* she will never attain.
SOR JUANA: MEXICO'S MOST EROTIC POET AND ITS MOST DANGEROUS NUN | KATIE BAKER | NOVEMBER 8, 2014 | DAILY BEAST

They make us realize, he explains, that "*proximity* is important to entrepreneurship."
HOW YOUNG PEOPLE ARE DESTROYING LIBERTY | JAMES POULOS | OCTOBER 11, 2014 | DAILY BEAST

Afterwards, unable to live in *proximity* to their killers, she moved into this village.
AFTER THE GENOCIDE, RWANDA'S WIDOWS AGING ALONE | NINA STROCHLIC | AUGUST 31, 2014 | DAILY BEAST

"[Obama] had to do [strike] because of the *proximity* of the ISIS Howitzers to our defensive areas and our own people," he said.
MCCAIN CALLS OBAMA'S 'PINPRICK' IRAQ STRIKES 'MEANINGLESS' AND 'ALMOST WORSE THAN NOTHING' | JOSH ROGIN | AUGUST 8, 2014 | DAILY BEAST

LUM_BSI-00017123

SEE MORE EXAMPLES



EXPLORE DICTIONARY.COM

 Do You Know The Hidden Meanings Of These Popular Emoji?

 11 Unique Words Or Phrases For Wedding Vows And Toasts

 Toni Morrison Quotes To Remember and Share

 What's Your Sign? The 12 Emoji Of The Zodiac

 Empathy vs. Sympathy: Which Word To Use And When

 Are These Words Already Part Of Your Vocabulary?

BRITISH DICTIONARY DEFINITIONS FOR PROXIMITY

# proximity  / (prɒkˈsɪmɪtɪ) /

*noun*

1. nearness in space or time
2. nearness or closeness in a series

WORD ORIGIN FOR PROXIMITY

C15: from Latin *proximitās* closeness; see proximate

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

OTHERS ARE READING



LUM_BSI-00017124


What Is "Stochastic Terrorism," And Why Is It Trending?


Test The Perfection Of Your Intellection With This Week's Quiz!

WORD OF THE DAY

# subitize

*verb (used without object)* | [**soo**-bi-tahyz]

SEE DEFINITION


How The Letter "X" Creates More Gender-Neutral Language


What's The Difference Between "i.e." And "e.g."?

LUM_BSI-00017125

Browse the Dictionary:  # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse by Category:  Slang   Emoji   Acronyms   Pop Culture   More

About     Careers     Contact Us     Cookies, Terms, & Privacy

© 2019 Dictionary.com, LLC