# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> Plaintiff, <br> v. <br><br> BI SCIENCE INC., <br><br> Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

## DEFENDANTS' UNOPPOSED MOTION TO AMEND THE FIRST AMENDED DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

I.

COME NOW Defendants BI Science Inc. and BI Science (2009) Ltd. (collectively, "BI Science") and file this Unopposed Motion to Amend the First Amended Docket Control Order and would show the Court as follows:

II.

On October 15, 2019, Luminati Networks Ltd. ("Luminati") filed its Opening Claim Construction Brief (Dkt. No. 109). Pursuant to First Amended Docket Control Order (Dkt. No. 102), BI Science has up to, and including, October 29, 2019 to file its Responsive Claim Construction Brief and Luminati has up to, and including, November 5, 2019 to file its Reply Claim Construction Brief. Additionally, the Parties are to submit their P.R. 4-5(d) Joint Claim Construction Chart on November 12, 2019.

III.

Good cause exists to extend certain deadlines in the Court's Docket Control Order. A member of the defense counsel team who is integral in the claim construction of this case has undergone neck surgery the day after Luminati filed its Opening Claim Construction Brief, on October 16, 2019. To allow time for defense counsel's recovery, BI Science requests a short six (6) day extension to file its Responsive Claim Construction Brief. BI Science has conferred with Plaintiff, and Plaintiff has agreed, to extend this deadline to November 4, 2019. Additionally, the Parties have agreed to request the Court to extend Luminati's deadline to file its Reply Claim Construction Brief to November 14, 2019 and the Parties' deadline to submit their Joint Claim Construction Chart to November 15, 2019.

IV.

WHEREFORE, BI Science respectfully requests that the Court enter a Second Amended Docket Control Order extending the respective deadline as follows:

| Event | Deadline |
| --- | --- |
| P.R. 4-5(b) Responsive Claim Construction Brief | November 4, 2019 |
| P.R. 4-5(c) Reply Claim Construction Brief | November 14, 2019 |
| P.R. 4-5(d) Joint Claim Construction Statement | November 15, 2019 |

Dated:  October 18, 2019          By:     */s/ Eric H. Findlay*
                                          Eric H. Findlay (TX Bar No. 00789886)
                                          Brian Craft (TX Bar No. 04972020)
                                          Debby Gunter (TX Bar No. 24012752)
                                          FINDLAY CRAFT, P.C.
                                          102 North College Avenue, Suite 900
                                          Tyler, Texas 75702
                                          Tel: (903) 534-1100
                                          Fax: (903) 534-1137
                                          Email: efindlay@findlaycraft.com
                                          Email: bcraft@findlaycraft.com

                                          Ronald Abramson
                                          M. Michael Lewis

        Liston Abramson LLP
        405 Lexington Ave.
        46th Floor
        New York,, NY 10174
        212-257-1630
        Fax: 917-633-5568
        ron.abramson@listonabramson.com
        michael.lewis@listonabramson.com

        *ATTORNEYS FOR BISCIENCE DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

        */s/  Eric H. Findlay*
        Eric H. Findlay