# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC., BI SCIENCE (2009) LTD., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and Local Rule CV-72 for the Assignment of Matters to Magistrate Judges, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for the limited purpose of conducting a Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.

**So ORDERED and SIGNED this 22nd day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE