**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:18-cv-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

The Court appoints Don Tiller as the technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant BI Science Inc. ("BI Scicence") (collectively, the "Parties") and timely paid as billed.

The Parties are **ORDERED** to send courtesy copies of any claim construction filings, exhibits, and technology tutorials no later than two business days after the date of their filing or the date of this Order, whichever is earlier. The courtesy copies should be sent in PDF form to don.tiller@dtillerlawpllc.com. Courtesy copies of all documents filed with the Court should bear CM/ECF headings.

**SIGNED this 22nd day of October, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE