IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>　　　　Plaintiff,<br>v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience"), files this Notice of Appearance, and hereby notifies the Court that Kelce S. Wilson, of counsel with the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: kwilson@findlaycraft.com has entered this action as counsel for BIScience. In connection with this notice, Mr. Wilson requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: November 7, 2019

Respectfully submitted,

By: /s/ *Kelce Wilson*
Kelce Wilson, Of Counsel
State Bar No. 24048891
Findlay Craft, P.C.
102 North College Avenue
Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137 FAX
kwilson@findlaycraft.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Kelce Wilson*
Kelce Wilson
