IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br>        Plaintiff, <br> v. <br><br> BI SCIENCE INC., <br><br>        Defendant. | Civil Action No.: 2:18-CV-00483-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

    Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience"), files this Notice of Appearance, and hereby notifies the Court that Debby Gunter, with the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: dgunter@findlaycraft.com has entered this action as counsel for BIScience.  In connection with this notice, Ms. Gunter requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: November 7, 2019

                                            Respectfully submitted,

                                            By: /s/ *Debby Gunter*
                                            Debby Gunter
                                            State Bar No. 24012752
                                            Findlay Craft, P.C.
                                            102 North College Avenue
                                            Suite 900
                                            Tyler, TX  75702
                                            (903) 534-1100
                                            (903) 534-1137 FAX
                                            dgunter@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Debby Gunter*
Debby Gunter
