**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |
| | § | |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Luminati Networks Ltd. and Defendant BI Science (2009) Ltd., also known as BI Science Inc., respectfully move the Court for an order amending the Docket Control Order as set forth below. Since the parties proposed amended docket control order includes new deadlines for dispositive motions and *Daubert* briefing, the parties hereby set forth their showing of good cause.

Since both parties are headquartered in Israel, the parties agreed to depose the parties' Israeli-based witnesses over respective two-week periods in Israel. (Dkt. 62 at 5(c)). The parties have worked together diligently to schedule depositions to accommodate both parties, however given the holiday season and the difficulties in scheduling international travel, the parties agree that they cannot realistically meet the current fact discovery deadline of January 13, 2020. Additionally, lead trial counsel for Luminati in this matter has a jury selection date of February 3, 2020 in a separate case for Luminati pending in this Court styled *Luminati v. UAB Teso LT et al.*, Case No. 2:18-cv-299-JRG. Lead trial counsel's commitments in the Tesonet litigation have also increased the complexity of the scheduling issues in this case. The parties' jointly request moving the fact discovery deadline to February 28, 2020, permitting the depositions to take place after trial in the Tesonet litigation.

Based on the requested adjustment of the fact discovery deadline, the parties jointly request that the Court modify the ensuing deadlines in this case as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| January 13, 2020 | February 28, 2020 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| January 13, 2020 | February 28, 2020 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| February 10, 2020 | March 13, 2020 | Serve Disclosures for Rebuttal Expert Witnesses |
| February 24, 2020 | March 20, 2020 | Deadline to Complete Expert Discovery |
| February 24, 2020 | March 27, 2020 | *File Dispositive Motions |

| Current Deadline | New Deadline | Event |
|---|---|---|
| February 24, 2020 | March 27, 2020 | *File Motions to Strike Expert Testimony (including *Daubert* Motions) |
| March 9, 2020 | April 17, 2020 | *Response to Dispositive Motions (including *Daubert* Motions). |
|  | April 21, 2020 | Reply to Dispositive Motions (including Daubert Motions).  Replies to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(f), not to exceed the deadline as set forth in this Docket Control Order. |
|  | April 23, 2020 | Surreply to Dispositive Motions (including Daubert Motions).  Surreplies to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(f), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| March 16, 2020 | April 6, 2020 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| March 23, 2020 | April 10, 2020 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| April 6, 2020 | April 15, 2020 | Serve Objections to Rebuttal Pretrial Disclosures |
| April 6, 2020 | April 13, 2020 | File Motions *in Limine* |

Under the proposed schedule, the parties would complete all briefing in advance of the April 27, 2020 pretrial conference in this case. Accordingly, the proposed amendments to the Docket Control Order should not affect the proceedings as the remaining deadlines in the case would remain unchanged. A proposed Amended Docket Control Order is attached hereto for the Court's consideration.

Dated: November 15, 2019                Respectfully submitted,

By: */s/ Ronald Wielkopolski*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

*Attorneys for Plaintiff*
*Luminati Networks Ltd.*

Dated: November 15, 2019                Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

*ATTORNEYS FOR BISCIENCE DEFENDANTS*