**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| v.  § | Case No. 2:18-CV-0483-JRG |
| § | |
| BI SCIENCE INC.  § | |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Docket Control Order (Dkt. 113) and P.R. 4-5(d), Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant BI SCIENCE INC. ("BI SCIENCE" or "Defendant") hereby submit this Joint Claim Construction Chart.

The claim construction hearing on November 26, 2019 is scheduled to address 31 disputed claim terms from U.S. Patent No. 9,241,044 ("the '044 Patent") and U.S. Patent No. 9,742,866 ("the '866 Patent"). The agreed and disputed terms are listed in Exhibit A hereto.

| | |
|---|---|
| Dated: November 15, 2019 | Respectfully submitted, |
| By: /s/ *Ronald Wielkopolski* <br> S. Calvin Capshaw <br> State Bar No. 03783900 <br> Elizabeth L. DeRieux <br> State Bar No. 05770585 <br> Capshaw DeRieux, LLP <br> 114 E. Commerce Ave. <br> Gladewater, TX 75647 <br> Telephone: 903-845-5770 <br> ccapshaw@capshawlaw.com <br> ederieux@capshawlaw.com | */s/ Eric H. Findlay* <br> Eric H. Findlay (TX Bar No. 00789886) <br> Brian Craft (TX Bar No. 04972020) <br> Debby Gunter (TX Bar No. 24012752) <br> FINDLAY CRAFT, P.C. <br> 102 North College Avenue, Suite 900 <br> Tyler, Texas 75702 <br> Tel: (903) 534-1100 <br> Fax: (903) 534-1137 <br> efindlay@findlaycraft.com <br> bcraft@findlaycraft.com <br> dgunter@findlaycraft.com |
| Amadou Kilkenny Diaw <br> Ronald Wielkopolski <br> RuyakCherian LLP <br> 1700 K St. NW, Suite 810 <br> Washington, DC 20006 | ATTORNEYS FOR BISCIENCE DEFENDANTS |
| Korula T. Cherian <br> Robert Harkins <br> RuyakCherian LLP <br> 1936 University Ave, Ste. 350 <br> Berkeley, CA  94702 | |
| *Attorneys for Plaintiff* <br> Luminati Networks Ltd. | |