# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § | |

## DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. On October 15, 2019, counsel for BI Science (2009) Ltd. sent an email to Luminati stating "[w]e are currently having some technical difficulties with document production, so unfortunately we will not be able to make a production today. However, we should be able to make a production in the next few days." Exhibit 1 is a true and correct copy of a letter from Luminati to BI Science dated October 23, 2019.  Exhibit 2 is a true and correct copy of an excerpt of email correspondence between the parties from November 5, 2019 to November 6, 2019 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 14, 2019 in Washington, DC.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski