

1700 K St. NW, Suite 810
Washington, DC 20006
Office: 202.838.1568
Mobile: 907.952.4866

**Ronald R. Wielkopolski**

October 23, 2019

VIA EMAIL

**Eric H. Findlay**
**Brian Craft**
**Debby Gunter**
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, Texas 75702
(903)534-1100 office
(903)534-1137 fax
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

**Ronald Abramson**
**Michael Lewis**
Liston Abramson LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
(212)257-1630
ron.abramson@listonabramson.com
michael.lewis@listonabramson.com

**Counsel for Defendant BI Science (2009) Ltd., aka BI Science Inc.,**

RE: *Luminati Networks Ltd. v. BI Science Inc.*, Case No. 2:18-CV-0483-JRG

Dear Counsel:

Pursuant to local rule CV-26(d) and paragraph 3(b) of the Discovery Order entered in this case, Defendant is required to produce all relevant documents without the need for a request for production. Pursuant to that Discovery Order and the Docket Control Order entered in this case, BI Science (2009) Ltd. ("BI Science" or "Defendant") was required to substantially complete the production of all relevant documents by October 15, 2019.

On October 15, 2019, counsel for BI Science informed us that you were having "technical difficulties" but would be sending us the production within the "next few days." Having not received any substantial document production in this case from BI Science, we are gravely concerned. Despite Luminati sending a letter on September 18, 2019 identifying categories of documents relevant to this action, BI Science appears to have failed to meet its discovery obligations in this case. Pursuant to Local Rule 7(h), we request a meet and confer regarding the

October 23, 2019<br>Page 2

deficiencies in BI Science's production and seek the immediate production of all documents relevant to the pleaded claims or defenses in this case pursuant to the Discovery Order. If we are unable to promptly resolve the deficiencies in this production, Luminati Networks Ltd. ("Luminati" or "Plaintiff") anticipates filing a motion to compel discovery.

Please provide us with your availability to meet and confer with lead and local counsel.

Regards,

Ron Wielkopolski