## Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Wednesday, November 6, 2019 8:54 AM |
| **To:** | Robert Harkins; Elizabeth DeRieux; Sunny Cherian; Heidi Peterson; Ron Wielkopolski; Debby Gunter; Calvin Capshaw |
| **Cc:** | Ron Wielkopolski; michael.lewis@listonabramson.com; ron.abramson@listonabramson.com; Brian Craft |
| **Subject:** | RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter |

Ron,

Thank you for your time on the call yesterday afternoon.  While the summary below is largely accurate, I do want to emphasize that given 1) the additional production of documents; 2) our specific request to let us know if there particular documents or category of documents that you believe you should have, that you don't; and 3) my assertion on the call that we believe more of the relevant documents may be found in email production—which the parties have not started yet— that any motion to compel filed at this point is improper and not ripe. The parties are not an am impasse.  Moreover, since we have agreed to move the fact discovery deadline, and certain other dates, there is certainly no reasonable basis to suggest that Luminati *has* to file a motion to compel at this point.

Finally, to simply file a motion to compel, when the parties are not at an impasse, under the guise of "protecting your rights" ( I think that was how you put it) with the rationale that you "can take it down" later is in our view improper and an abuse of the Rules.  And it's not missed on our side that it's a tactic you have used before.  Should we be forced to respond to a motion to compel at this point, we will of course raise all the above with the Court.

If you want to discuss this further, we are always available.

Best,

Eric

Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

On November 5, 2019 at 3:30:34 PM, Ron Wielkopolski (ronw@ruyakcherian.com) wrote:

> Eric,
>
>
>
> To summarize the discussion during the meet and confer:
>
>
>
> Document Production
>
> - The substantial completion of discovery deadline was October 15, 2019.  As of Luminati's October 23, 2019 discovery deficiency letter, very few documents had been produced in this

case.  At this point, Luminati is already jammed up by the lack of documents and the looming close of fact discovery deadline on January 15.

- Since the document deficiency letter, BI Science has made one production of around a few hundred documents, promised another production today, and requested that Luminati review these productions before filing a motion to compel.  BI Science has also reviewed the list of categories identified in Luminati's earlier letter and has indicated that it will "shake the tree" for specific categories should Luminati indicate any documents that Luminati believes BI Science to have in its possession.

Motion to Compel

- Given the current state of production, Luminati intends to file a motion to compel documents, which will also seek to move back the fact discovery deadlines with the understanding that Luminati could withdraw the motion in view of later productions by BI Science.

Docket Control Order

- Both parties agree that the discovery deadlines should be extended.  Luminati has agreed to send proposed dates.

Depositions

- Luminati reiterated its earlier proposal to hold the depositions at counsel's office in the US with a reduced number of deponents.
- BI Science agreed to take this proposal back to the client.

Thank you,

Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



**From:** Debby Gunter <dgunter@findlaycraft.com>
**Sent:** Monday, November 4, 2019 2:24 PM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>
**Cc:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com
**Subject:** RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter

2:00 CST will work for us.

**From:** Ron Wielkopolski [mailto:ronw@ruyakcherian.com]
**Sent:** Monday, November 04, 2019 12:52 PM
**To:** Debby Gunter <dgunter@findlaycraft.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>
**Cc:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter

Debby,

We are available generally after 1 pm Central tomorrow.  Please let us know what time works for your lead and local counsel.

Thanks,

Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



**From:** Debby Gunter <dgunter@findlaycraft.com>
**Sent:** Wednesday, October 30, 2019 5:26 PM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>
**Cc:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com
**Subject:** RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter


Ron,

We are doing our best on our end to avoid motion practice and planning to make a modest production tomorrow.  It appears that email production will likely result in a higher volume than the document production.  However, we are scheduled to speak with the client regarding document production tomorrow and hopefully will have more information on further production in the next day or two.  We appreciate your patience in this respect.  On availability for a meet and confer conference, right now we could have a call on Tuesday, November 5th.

I have also attached our identification of email custodians.

Best regards,

Debby


**From:** Ron Wielkopolski [mailto:ronw@ruyakcherian.com]
**Sent:** Wednesday, October 30, 2019 8:13 AM
**To:** Debby Gunter <dgunter@findlaycraft.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>
**Cc:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter


Debby,


Following up on the below email and correspondence, what is BI Science's availability for a lead and local meet and confer on the document production?


Thank you,

Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



---

**From:** Debby Gunter <dgunter@findlaycraft.com>
**Sent:** Wednesday, October 23, 2019 11:58 AM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Heidi Peterson <hpeterson@capshawlaw.com>
**Cc:** Eric Findlay <EFindlay@FindlayCraft.com>; Brian Craft <BCraft@FindlayCraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com
**Subject:** RE: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter

Ron and all:

An incorrect email is being used for me in the below email correspondence.  I think it started on our end by accident, but if you could please note that, I would appreciate it.

Thank you,

Debby

> **From:** Ron Wielkopolski <ronw@ruyakcherian.com>
> **Date:** October 23, 2019 at 10:43:36 AM CDT
> **To:** Eric Findlay <EFindlay@FindlayCraft.com>, Debby Gunter <Debby@yw-lawfirm.com>, Brian Craft <BCraft@FindlayCraft.com>, Ronald Abramson <ron.abramson@listonabramson.com>, "michael.lewis@listonabramson.com" <michael.lewis@listonabramson.com>
> **Cc:** Sunny Cherian <sunnyc@ruyakcherian.com>, Robert Harkins <bobh@ruyakcherian.com>, Calvin Capshaw <ccapshaw@capshawlaw.com>, Elizabeth DeRieux <ederieux@capshawlaw.com>, Heidi Peterson <hpeterson@capshawlaw.com>, Ron Wielkopolski <ronw@ruyakcherian.com>
> **Subject: Luminati v. BI Science - Document Deficiency Letter and Custodian List Letter**
>
> Counsel,

Please see the attached correspondence served in the above matter.


Thank you,

Ron


**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866