# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE INC. | § § § | FILED UNDER SEAL |

## ORDER GRANTING PLAINTIFF LUMINATI'S OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

CAME ON FOR CONSIDERATION, Plaintiff Luminati's Opposed Motion to Compel Production of Documents. Having considered the motion, it is hereby GRANTED.