**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF**
**DOCUMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COME, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") and respectfully requests that the Court enter an Order extending the deadline for Defendant to file its Response in Opposition to Plaintiff Luminati Networks Ltd.'s ("Luminati" or "Plaintiff") Motion to Compel Production of Documents from November 28, 2019 to December 3, 2019.

II.

On November 14, 2019, Plaintiff filed its Motion to Compel Production of Documents (Dkt. No. 120). Pursuant to Local Rule CV-7(e), Defendant has fourteen (14) days to file its Responsive Brief to Plaintiff's Motion. Defendant's current deadline to file its Response in Opposition to Plaintiff's Motion to Compel Production of Documents is November 28, 2019.

III.

Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendant's Response Brief five (5) days until December 3, 2019. Due to the current deadline falling on the Thanksgiving holiday, Defendant respectfully requests this short five (5) day extension. Good cause additionally supports this short extension of the briefing schedule on Plaintiff's Motion to provide adequate time for Defendant to consider the issues raised in Plaintiff's Motion.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the respective deadline as follows:

| Event | Deadline |
|---|---|
| Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents | December 3, 2019 |

Dated: November 19, 2019                    Respectfully submitted,

*/s/ Eric H. Findlay*_____
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Debby Gunter (State Bar No. 24012752)
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

Ronald Abramson
M. Michael Lewis
Liston Abramson LLP
405 Lexington Ave.
46th Floor
New York,, NY 10174
212-257-1630
Fax: 917-633-5568
ron.abramson@listonabramson.com
michael.lewis@listonabramson.com

*COUNSEL FOR DEFENDANT*
*BISCIENCE*


## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Plaintiff in accordance with the Federal Rules of Civil Procedure.

*/s/  Eric H. Findlay*
Eric H. Findlay