IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

On this day came on to be considered Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion to Compel Production of Documents and the Court being of the opinion that the Motion should be GRANTED, it is, therefore,

ORDERED, ADJUDGED, and DECREED that Defendant BIScience be given to and including December 3, 2019 to file its Response in Opposition to Plaintiff's Motion to Compel Production of Documents.