# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
(Referred for Markman only)
November 26, 2019

**OPEN:**   1:30 pm                                                    **ADJOURN:**   2:15 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bob Harkins |
| | Calvin Capshaw |
| ATTORNEY FOR DEFENDANTS: | Eric Findlay |
| | Kelce Wilson |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERK: | Nate Legum |
| | Matt Wood |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Calvin Capshaw announced ready and introduced co-counsel.  Eric Findlay announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.  Bob Harkins presented argument on behalf of Plaintiff.  Eric Findlay presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.