**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

### NOTICE OF PLAINTIFF LUMINATI NETWORKS LTD.'S *MARKMAN* HEARING SLIDES

COMES NOW, Luminati Networks Ltd. and attaches hereto its *Markman* hearing slides from the November 26, 2019 hearing.

| | |
|---|---|
| Dated: December 1, 2019 | By: */s/ Robert Harkins*<br>S. Calvin Capshaw<br>State Bar No. 03783900<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: 903-845-5770<br>ccapshaw@capshawlaw.com<br>ederieux@capshawlaw.com<br><br>Korula T. Cherian<br>Robert Harkins<br>CA State Bar No. 179525<br>RuyakCherian LLP<br>1936 University Ave, Ste. 350<br>Berkeley, CA 94702<br>(510) 944-0190<br>Email: sunnyc@ruyakcherian.com<br>Email: bobh@ruyakcherian.com |

1

        Ronald Wielkopolski
        RuyakCherian LLP
        1700 K St. NW, Suite 810
        Washington, DC 20006
        Email: ronw@ruyakcherian.com

Attorneys for Plaintiff