# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby files this response to Plaintiff Luminati Networks Ltd.'s ("Luminati") Motion to Compel Production of Documents.

## I.     INTRODUCTION

Plaintiff Luminati Networks Ltd. ("Luminati") is the largest proxy service provider in the world. Luminati was acquired by EMK Investment in 2017 at a $200 million valuation. Upon information and belief Luminati's sole business involves the residential proxy service. In contrast, BIScience is a much smaller company that also provides a proxy service, but at a much smaller scale than Luminati. BIScience's proxy service software (the accused instrumentality), GeoSurf, is only a part of BIScience's business. BIScience has a handful of employees dedicated to GeoSurf compared to the hundreds of people Luminati employs. Despite BIScience's size and lack of personnel to locate and retrieve documents, BIScience has in good faith made a concerted effort to locate and produce documents. BIScience has produced 2,977 documents in this case generally including, but not limited to:

- organizational chart for BIScience,
- usage information per client in the U.S.,
- usage per Gateway in the U.S.,
- residential monthly revenue per customer in U.S.,
- documents reflecting development of GeoSurf,
- marketing materials and advertisements related to GeoSurf,
- agreements with third parties related to distribution,
- GeoSurf website information and structure,
- employment agreements with former Luminati employees.

These documents are in addition to the source code produced by BIScience which Luminati reviewed for *11 days*.

Many of the documents and information requested by Luminati will more likely be found through email production, the production of which has not yet been started by either side at this point. This point was discussed during Luminati's meet and confer conference call. Additionally, during the meet and confer conference call, the parties agreed to move the discovery deadline along with other dates (subject to the Court's approval of course) to give both sides more time to complete discovery and depositions, more time to produce documents, and with the realization of the upcoming mediation (December 18, 2019) and the hope that those discussions might resolve the case. BIScience contends that the parties are not at a true impasse regarding production of documents and that Luminati is merely using this tactic as leverage. For that reason, BIScience respectfully requests that the Court deny Luminati's Motion to Compel.

## II.   DISCOVERY AND DOCUMENTS AT ISSUE

### A.   Financial Documents

Luminati first complains that BIScience has produced no financial documents related to the Accused Instrumentalities other than a spreadsheet and server supplier invoices. The spreadsheet, however, does provide extensive financial information regarding GeoSurf including residential monthly revenue per customer. Luminati also raises the issue of providing customer names, which BIScience has objected to as overly broad and not relevant. The spreadsheet lists customers by an identification number rather than a personal name. Luminati and BIScience are engaged in businesses where anonymity is paramount. Providing customer names is not relevant to any claim or defense asserted in this matter. Luminati has not asserted any reason why the customer names are relevant or related to any claim or defense. The invoices supporting the

financial spreadsheet are in the *tens of thousands*. These voluminous invoices are being produced to Luminati on an ongoing basis with the first production expected to be made during the week of December 2nd.

### B. BIScience Organizational Documents

Luminati claims that BIScience did not produce any documents identifying its organizational structure. This is not true. BIScience produced an organizational chart (BISCI_001442-1443) which provided information on BIScience's organizational structure including management roles, persons currently serving in those roles, sales and customer service managers and leaders, marketing personnel, and research and development personnel. Luminati in its Motion requested information related to Urban Cyber Security, which is an entity related to BIScience. BIScience is diligently researching whether it has any documents related to Urban Cyber Security and will produce such documents if they exist.

### C. Third Party Developers and Partners

Luminati complains about knowing that BIScience has affiliated or partnered with certain third parties such as Ciklum UK and Jetstar Media, but that BIScience has not produced any "subsequent documents" identifying work performed on behalf of BIScience. Luminati claims that BIScience should produce "all agreements regarding development of the Accused Instrumentalities or any purported design-arounds as relevant to infringement." BIScience has in fact produced the consulting agreement between BIScience and Ciklum UK, but has been unable to locate any other documents reflecting agreements with third party developers or partners. BIScience explored, but never entered into any agreement with Jetstar Media. However, BIScience has provided Luminati all names of third party developers and partners in a spreadsheet which was has been produced. (BISCI_002975 – BISCI_002977)

### D.   Technical Documents

With respect to technical documents, the majority of BIScience's technical information is contained within the source code which Luminati has scoured and reviewed repeatedly. The remaining part of BIScience's technical information is contained within a computer program called JIRA which is a task and resource management software with internal and external developers. BIScience is currently working to extrapolate this information to a document type format for Luminati's review. This is an extensive, time consuming and expensive process, but BIScience is currently undertaking the appropriate steps to obtain such information in a usable format for production to Luminati.

### E.   Documents, Correspondence, and Advertisements referencing Luminati, the Asserted Patents or this Litigation

This is a very broad topic for a category of documents. It appears that the main complaint is the lack of production of advertisements referencing Luminati. BIScience has produced a spreadsheet which includes its advertisements that are actually text advertisements as opposed to actual documents. The text of each of these advertisements is contained within the spreadsheet. (BISCIENCE03)

### F.   Documents Related to Luminati's Trade Secrets Claim

Luminati complains that BIScience has not provided any documents related to its trade secret claim, except for a "few agreements between Defendant and certain former Luminati employees." Luminati's expectations in this respect are misplaced. BIScience produced its employment agreements with each of the former Luminati employees. There are no other existing documents related to Luminati's trade secrets claim in BIScience custody or control. There are no documents or information gathered from Luminati's computer system in BIScience's possession.

### G.     Luminati's "Catch All"

Luminati complains that BIScience has not produced documents related to policies and practices related to licensing and intellectual property, secondary considerations of non-obviousness, BIScience's contentions that it does not infringe the asserted patents, BIScience's other affirmative defenses and any purported design arounds.  BIScience does not have any documents reflecting policies and practices related to licensing and intellectual property.  As stated previously, BIScience is a smaller company and does not have documented policies such as those requested by Luminati. With respect to the other categories, BIScience does not have any responsive documents.

### H.     Documents Related to Mr. Moyal's Investigation of Luminati

Luminati complains that BIScience has not produced documents or correspondence related to an investigation of Luminati.  BIScience is not in possession of any documents or correspondence related to any investigation of Luminati.  BIScience is also not in possession of any documents or correspondence regarding iAngels or Ms. Moyal related to an investigation of Luminati.

### CONCLUSION

For all of these reasons, BIScience respectfully requests that the Court deny Plaintiff Luminati Networks Ltd.'s Motion to Compel Production of Documents, Dkt. No. 120.

Dated:  December 3, 2019

Respectfully submitted,

By:  */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

Ronald Abramson
M. Michael Lewis
Liston Abramson LLP
405 Lexington Ave.
46th Floor
New York,, NY 10174
212-257-1630
Fax: 917-633-5568
ron.abramson@listonabramson.com
michael.lewis@listonabramson.com

***ATTORNEYS FOR DEFENDANT BISCIENCE***

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Defendant in accordance with the Federal Rules of Civil Procedure.

*/s/   Eric H. Findlay*
Eric H. Findlay