# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § § | |

## ORDER

Previously, the Court appointed Don Tiller as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Tiller's invoice for services through December 4, 2019 in the amount of $33,299.00 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $16,649.50 |
| Defendants: | $16,649.50 |

Send payment to Mr. Don Tiller at the following address:

1525 Merrimac Circle, Suite 210
Fort Worth, TX 76107

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Tiller on behalf of all Defendants.

**SIGNED this 5th day of December, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE