IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS, LTD** | § | |
| | § | |
| **V.** | § | **CASE NO. 2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE, INC.** | § | |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on December 18, 2019.  All appropriate parties appeared and participated.  Although progress was made, no settlement was reached, and I suspended the mediation session.  I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on December 30, 2019.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR