IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL INTERROGATORY RESPONSES**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A is a true and correct copy of a letter from Luminati to BI Science (2009) Ltd. ("BI Science") dated December 9, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2020 in Washington, DC.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski