# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § § | |
| v. § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE INC. § § § | |

## ORDER GRANTING PLAINTIFF LUMINATI'S OPPOSED MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

CAME ON FOR CONSIDERATION, Luminati's Opposed Motion to Compel Responses to Plaintiff's First Set of Interrogatories. Having considered the motion, it is hereby GRANTED.