IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ELECTRONIC DISCOVERY**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A is an excerpt from a true and correct copy of a letter from Luminati to BI Science (2009) Ltd. ("BI Science") dated October 29, 2019. Luminati served a letter on November 5, 2019 adding custodians Shai Etzion, Andrey Zherebchenko, and Adi Sapir as custodians to the electronic discovery request utilizing the same search terms in the October 29, 2019 letter.

3. Exhibit B is a true and correct copy of a letter from Luminati to BI Science dated December 12, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2020 in Washington, DC.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski