

1700 K St. NW, Suite 810  
Washington, DC 20006  
Office: 202.838.1568  
Mobile: 907.952.4866  

**Ronald R. Wielkopolski**

October 29, 2019

VIA EMAIL

**Eric H. Findlay**
**Brian Craft**
**Debby Gunter**
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, Texas 75702
(903)534-1100 office
(903)534-1137 fax
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

**Ronald Abramson**
**Michael Lewis**
Liston Abramson LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
(212)257-1630
ron.abramson@listonabramson.com
michael.lewis@listonabramson.com

**Counsel for Defendant BI Science (2009) Ltd., aka BI Science Inc.,**

RE: *Luminati Networks Ltd. v. BI Science Inc.*, Case No. 2:18-CV-0483-JRG

Dear Counsel:

We are still waiting for your list of fifteen custodians under the E-Discovery Order (Dkt. 107). Pursuant to that order, and reserving the right to include additional custodians as permitted under the Order, Luminati identifies the following five custodians for email discovery:
  1. Kfir Moyal (Co-Founder of BI Science)
  2. Assaf Toval (Co-Founder of Tesonet)
  3. Alon Ghelber (Current employee of BI Science and former Luminati employee)
  4. Sameul Levy (Current employee of BI Science and former Luminati employee)
  5. Vadim Feldman (Current employee of BI Science and former Luminati employee)

For each of the above custodians, Luminati proposes the following ten search terms pursuant to the E-Discovery Order (Dkt. 107), covering the period from January 1, 2013 to present,

October 29, 2019
Page 2

understanding that Luminati reserves the right to amend these search terms based upon the volume of emails returned:

1. Luminati! or לומינטי

2. Hola! or הולה

3. EMK!

4. (Patent! or פטנט) and (Ofer! or עופר or Vilenski! or וילנסקי or Derry! or דרי or Shribman! or שריבמן or *044 or *866)

5. (((residential or רזידנטיאל) w/5 (IP! or אייפי or איי פי ס or proxy or פרוקסי or proxies or פרוקסים)) or RPN or "Geosurf" or ג'אוסרף or "Adclarity" or אדלקריטי) w/20 (server! or סרבר or SDK or "software development kit" or IP or אייפי or איי פי ס or program! or תוכנית)

6. (((residential or רזידנטיאל) w/5 (IP! or אייפי or איי פי ס or proxy or פרוקסי or proxies or פרוקסים)) or RPN or "Geosurf" or ג'אוסרף or "Adclarity" or אדלקריטי) w/20 (sale! or מכירה or מכירות or revenue! or הכנסה or הכנסות or profit! or רווח or רווחים or cost! or עלות or עלויות or rate! or מחיר or valu! or ערך or estimat! or הערכה or licens! or רישיון or רשיון or agreement! or הסכם or contract! or חוזה)

7. (Alon or אלון or Ghelber or גלבר or Samuel or סמואל or שמאול or Levy or לוי or Vadim or ואדים or וואדים or Feldman or פלדמן) w/10 (contact or תקשורת or customer or לקוח or client)

8. iAngels or איי איינג'לס

9. (Oxylab! or אוקסילבס or Tesonet or or Teso or טסונט or metacluster or מטאקלסטר or shader or שיידר or קוד 200 or קוד200 or code200 or אוקסיסיילס or oxysale! or מטהקלסטר or nordvpn or נורד וי פי אן or נורד ויפיאן)

10. (Jetstar! Or ג'טסטאר or Lachman or Garry or גרי or גארי) and (residential or רזידנטיאל or IP! or ג'אוסרף or "Geosurf" or RPN or פרוקסים or proxies or פרוקסי or proxy or איי פי ס or אייפי or "Adclarity" or אדלקריטי or service or שירות or licens! or רישיון or רשיון or contract! or חוזה or agreement! or הסכם or meeting or פגישה)

In addition to the Boolean operators of "and" and "or," "!" designates a string following the term (ex. Patent! = Patent, Patents, Patented etc.), and "*" designates a string preceding a term (ex. *044 = 044, 9241044, 9,241,044 etc.). "w/x" designates that two adjacent terms are within x words of one another (ex. Residential w/3 IP! = residential IPs, residential proxy IPs etc.).

Please provide us with your list of 15 custodians as soon as possible.