# RUYAK CHERIAN LLP

1700 K St. NW, Suite 810
Washington, DC 20006
Office: 202.838.1568
Mobile: 907.952.4866

**Ronald R. Wielkopolski**

December 12, 2019

VIA EMAIL

| | |
|---|---|
| **Eric H. Findlay** | **Ronald Abramson** |
| **Brian Craft** | **Michael Lewis** |
| **Debby Gunter** | Liston Abramson LLP |
| Findlay Craft, P.C. | 405 Lexington Avenue, 46th Floor |
| 102 N. College Ave, Ste 900 | New York, New York 10174 |
| Tyler, Texas 75702 | (212)257-1630 |
| (903)534-1100 office | ron.abramson@listonabramson.com |
| (903)534-1137 fax | michael.lewis@listonabramson.com |
| efindlay@findlaycraft.com | |
| bcraft@findlaycraft.com | |
| dgunter@findlaycraft.com | |

**Counsel for Defendant BI Science (2009) Ltd., aka BI Science Inc.,**

> RE: *Luminati Networks Ltd. v. BI Science Inc.*, Case No. 2:18-CV-0483-JRG
> <u>Deficiencies in Electronic Discovery</u>

Dear Counsel:

     Pursuant to paragraph 9(a) of the Discovery Order, this letter serves to notify BI Science that its electronic discovery production has been wholly deficient. Under the local rules, the parties are required to promptly meet and confer, so please let us know when you can discuss this week. If this is not resolved and the deficiencies cured promptly, we will need to file a motion to compel.

     Pursuant to the E-Discovery Order (Dkt. 107), Luminati served a letter on October 29, 2019 identifying an initial five custodians – Kfir Moyal, Assaf Toval, Alon Ghelber, Samuel Levy, and Vadim Feldman - and ten search terms for electronic discovery followed by a subsequent November 5, 2019 letter identifying three additional custodians – Shai Etzion, Andrey Zherebchenko, and Adi Sapir – for electronic discovery using the same search terms. As of the date of this letter, more than thirty days later, despite serving no objections, BI Science has not produced any electronic discovery in response to these requests. As a result, BI Science has waived any objections, and there is no dispute that the e-discovery is past due, so unless we can resolve this by receipt of the sought discovery immediately, we will have to take up the issue with the Court.

December 12, 2019
Page 2

      We already moved deposition dates back because of discovery that BI Science still has not delivered and is part of a motion to compel that is still pending with the Court, and this delay in producing e-discovery is highly prejudicial to Luminati's ability to prepare under the new schedule.

Regards,

Ron Wielkopolski