# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § § § v. § § BI SCIENCE INC. § § | Case No. 2:18-CV-00483-JRG |

## ORDER GRANTING PLAINTIFF LUMINATI'S OPPOSED MOTION TO COMPEL PRODUCTION OF ELECTRONIC DISCOVERY

CAME ON FOR CONSIDERATION, Luminati's Opposed Motion to Compel Production of Electronic Discovery. Having considered the motion, it is hereby GRANTED.