# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO COMPEL PRODUCTION OF ELECTRONIC DISCOVERY

Before the Court is Plaintiff's Opposed Motion to Compel Production of Electronic Discovery, Dkt. No. 134.

After considering the briefing the Court is of the opinion that the Motion should be and is hereby DENIED.