**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LUMINATI NETWORKS LTD.

        Plaintiff,

      v.

BI SCIENCE INC.,

        Defendants.

Case No.  2:18-CV-00483-JRG

JURY TRIAL DEMANDED

**UNOPPOSED MOTION FOR HEARING TO RESOLVE PENDING DISCOVERY DISPUTES**

With close of discovery scheduled for February 28, 2020 (Dkt. 124) and Plaintiff having noticed depositions in the second week of February in Israel, Plaintiff Luminati Networks Ltd. ("Plaintiff") moves the Court to schedule a hearing to resolve the pending discovery disputes, including Plaintiff's Motion to Compel Production of Documents (Dkt. 120), Motion to Compel Responses to Plaintiff's First Set of Interrogatories (Dkt. 133); and Motion to Compel Production of Electronic Discovery (Dkt. 134).

Without conceding the merits of Plaintiff's pending motions to compel, Defendant is not opposed to the Court setting a hearing.  However, for efficiency and to avoid a subsequent hearing, Defendant contends that the hearing should include a general discussion of the status of the case as well as a possible motion for protective order subject to a meet and confer conference which the parties currently have planned for tomorrow, Friday, January 24, 2020.

Plaintiff respectfully requests the scheduling of a hearing to resolve the pending discovery motions so that a resolution can be obtained prior to international travel and depositions.

Dated:  January 23, 2020

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com


Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

 Ronald Wielkopolski
 RuyakCherian LLP
 1700 K St. NW, Suite 810
 Washington, DC 20006
 Email: ronw@ruyakcherian.com

Attorneys for Plaintiff