UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>BI SCIENCE INC.,<br><br>    Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR HEARING TO RESOLVE PENDING DISCOVERY DISPUTES**

CAME ON FOR CONSIDERATION, the Unopposed Motion for Hearing to Resolve Pending Discovery Disputed.  Having considered the motion, it is hereby GRANTED.