## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE INC.,  BI SCIENCE (2009)** | § | |
| **LTD.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Hearing to Resolve Pending Discovery Disputes (the "Motion"). (Dkt. No. 137.) The Motion is **GRANTED**.

It is therefore **ORDERED** that the parties shall appear at a hearing regarding pending discovery disputes (Dkt. Nos. 120, 133, 134) **SET** for **Monday February 3, 2020 at 2:00 p.m. in Marshall, Texas**.

The parties are further **ORDERED** to meet and confer, in person with lead and local counsel, in the Court's attorney conference room beginning at 11:00 a.m. on the date of such hearing and continuing until the time of the hearing, at which point the Court will, if necessary, hear argument on any remaining and unresolved disputes. This order is in addition to, and does not take the place of, the parties' existing obligations under the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes.

**So ORDERED and SIGNED this 30th day of January, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE