IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order Granting Unopposed Motion for Hearing to Resolve Pending Discovery Disputes (Dkt. No. 139), Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience"), hereby file this Notice that on Saturday, February 1, 2020, the undersigned, lead counsel for BIScience, had a telephonic meet and confer with Korula "Sunny" Cherian and Calvin Capshaw and discussed the outstanding motions.  Both sides continue to work in an attempt to narrow their differences and pursuant to this Honorable Court's order, will continue those discussions in person Monday, February 3, 2020 in Marshall, Texas.

Dated:  February 3, 2020                             Respectfully submitted,

By:   *Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Email: dgunter@findlaycraft.com

**ATTORNEYS FOR DEFENDANT BI SCIENCE**

By: */s/ Korula T. Cherian*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

**COUNSEL FOR PLAINTIFF LUMINATI NETWORKS LTD.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 3, 2020.

*/s/ Eric H. Findlay*
Eric H. Findlay