# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS, LTD. | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:18-cv-0483-JRG |
| BI SCIENCE INC. | § | |

## MINUTES FOR MOTION HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 3, 2020

**OPEN: 3:00 p.m.**                                                                                      **ADJOURN: 3:33 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Matthew Wood |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 3:00 p.m. | Counsel announced ready for hearing. The Court held the hearing on Plaintiff Luminati's Opposed Motion to Compel Production of Documents (Dkt. No. 120); Plaintiff Luminati's Opposed Motion to Compel Responses to Plaintiff's First Set of Interrogatories (Dkt. No. 133); and the Opposed Motion to Compel Production of Electronic Discovery filed by Luminati Networks Ltd. (Dkt. No. 134). Messrs. Cherian and Harkins spoke on behalf of Plaintiff. Mr. Findlay spoke on behalf of Defendant. |
| | The Court ORDERED production of documents agreed to by the parties by 12:00 p.m., (Pacific Standard Time), on February 14, 2020. Noninfringing alternatives to be disclosed by 12:00 p.m., Monday, February 10, 2020. Depositions to be taken in Plaintiff's Washington, D.C. office. |
| | The Court GRANTED the Unopposed Motion for Extension of Time to File Response/Reply as to 120 Sealed Motion to Compel Production of Documents filed by BI Science (2009) Ltd., BI Science Inc. (Dkt. No. 125). |
| 3:33 p.m. | Court adjourned. |