02/03/2020, 02:00 PM
2:18-cv-00483-JRG
Luminati Networks Ltd. v. BI Science Inc.
Motion Hearing

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| K.T. Cherian | Luminati |
| Elizabeth DeRosa | " |
| Robert Harkins | " |
| Eric Findlay | BIScience |
| Debby Gunter | " |