**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.  2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER MEMORIALIZING

Before the Court is (1) Plaintiff's Motion to Compel Production of Documents (Dkt. No. 120); (2) Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories (Dkt. No. 133); (3) Plaintiff's Motion to Compel Production of Electronic Discovery (Dkt. No. 134) (collectively, the "Motions to Compel"); and (4) Defendant's Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion to Compel Production of Documents (Dkt. No. 125) (the "Motion to Extend"). The Court held a hearing on the Motions on Monday, February 3, 2020. This Order memorializes the Court's rulings as announced into the record at the conclusion of the hearing. This Order does not limit the rulings as announced into the record from the bench. Accordingly, it is hereby **ORDERED** as follows:

The Motions to Compel (Dkt. Nos. 120, 133, 134) are **GRANTED-IN-PART** to the extent of the parties' agreement as announced into the record. Such stipulated agreement is **ADOPTED** by the Court and is considered an enforceable order of the Court.

Additionally, Defendant shall complete all agreed production by **Friday, February 14, 2020, at 12:00 p.m. PST**. By this date and time, Defendant shall also produce profitability and other financial data related to its GeoSurf data center proxy service.

Defendant shall serve its election of non-infringing alternatives by **Monday, February 10, 2020, at 12:00 p.m. PST**. If Defendant elects the GeoSurf data center proxy service as a non-infringing alternative, it shall comply with all discovery requests that form the basis of the Motions to Compel related to such service by **Friday, February 14, 2020, at 12:00 p.m. PST**.

The depositions of certain witnesses originally noticed to be taken outside of the United States shall occur at the offices of Plaintiff's counsel located in the Washington, D.C. metro area.

The Motion to Extend (Dkt. No. 125) is **GRANTED,** and the Court considers Defendant's response referenced therein to be timely filed.

**So ORDERED and SIGNED this 4th day of February, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE