# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:18-CV-00483-JRG** |
| § | |
| **BI SCIENCE INC.,** § | |
| § | |
| **Defendant.** § | |

## ORDER

The Court issues this Order *sua sponte*. The Court held a hearing in the above-captioned case on Monday, February 3, 2020. (Dkt. No. 142.) In light of the Court's discussions with counsel for the parties at such hearing, the Court is of the opinion that this case could benefit from renewed mediation efforts.

It is therefore **ORDERED** that the parties shall conduct a mediation session with Mediator William Cornelius not later than ten (10) days after the deadline to complete fact discovery. (*See* Dkt. No. 124.)

**So ORDERED and SIGNED this 4th day of February, 2020.**

　　　　　　　　　　　　　　　　　　　RODNEY GILSTRAP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE