# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>    Defendant. | Case No. 2:18-CV-483<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Amadou Kilkenny Diaw, enters his appearance in this matter as counsel for Plaintiff, Luminati Networks Ltd., for the purpose of receiving notices and orders from the Court.

Dated: February 7, 2020

By: */s/ Amadou Diaw*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702
Email: sunnyc@ruyakcherian.com
Emai: bobh@ruyakcherian.com

Ronald Wielkopolski
Amadou Diaw
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com
Email: Amadoukd@ruyakcherian.com

Attorneys for Plaintiff