**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL**

Plaintiff, Luminati Networks Ltd. ("Plaintiff"), hereby requests that Robert Harkins be designated as lead counsel in this matter.  Korula T. Cherian was previously designated as lead counsel (Dkt. 5), however Plaintiff requests to substitute Robert Harkins as lead counsel. Defendants are unopposed to this request.

Dated:  February 10, 2020

Respectfully submitted,

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525

RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email:  bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

Attorneys for Plaintiff