IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

CAME ON FOR CONSIDERATION, Plaintiff, Luminati Networks Ltd.'s ("Plaintiff's"), Unopposed Motion for Substitution of Lead Counsel. Having considered the motion, it is hereby GRANTED.

Accordingly, the Court hereby designates Robert Harkins as lead counsel for Plaintiff Luminati Networks Ltd.