IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.** § | |
| § | |
| **Plaintiff,** § | |
| § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § | |
| v. § | |
| § | JURY TRIAL DEMANDED |
| **BISCIENCE INC.** § | |
| § | |
| **Defendant.** § | |

**DEFENDANT'S UNOPPOSED MOTION TO FILE EXCESS PAGES**

NOW COMES, Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") and respectfully requests that the Court allow BIScience to exceed the fifteen (15) page limit set out in Local Rule CV-7(a)(2) in connection with BIScience's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § 101.  BIScience requests an additional four (4) pages to adequately address all of the facts supporting BIScience's motion.  To reduce the number of pages would be prejudicial to BIScience and would restrain BIScience's ability to address fully all of the facts pertinent to BIScience's motion. The motion to exceed the page limit is unopposed by Plaintiff, as parties have agreed that, subject to this Court's approval, the Plaintiff will have the same number of excess pages to respond.

WHEREFORE, BIScience respectfully requests that the Court grant this Motion and allow BIScience to exceed the fifteen page (15) page limitation by four (4) pages.  BIScience also respectfully requests that this Court grant the Plaintiff leave to exceed the page limitation in any response by the same amount of pages.

-2-

Dated:  February 10, 2020

Respectfully submitted,

*/s/   Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Debby Gunter (State Bar No. 24012752)
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

Ronald Abramson
M. Michael Lewis
Liston Abramson LLP
405 Lexington Ave.
46th Floor
New York,, NY 10174
212-257-1630
Fax: 917-633-5568
ron.abramson@listonabramson.com
michael.lewis@listonabramson.com

***COUNSEL FOR DEFENDANT BISCIENCE***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Defendant in accordance with the Federal Rules of Civil Procedure.

*/s/   Eric H. Findlay*
Eric H. Findlay