**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO FILE EXCESS PAGES**

CAME TO BE CONSIDERED Defendant's Unopposed Motion to File Excess Pages in connection with Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § 101. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED.**

IT IS THEREFORE ORDERED that Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § is authorized to exceed the fifteen (15) page limit by four (4) pages.

IT IS THEREFORE ORDERED that Plaintiff's Response Brief is also authorized to exceed the page limit by four (4) pages.

1