IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER RULE 12(c) AND 35 U.S.C. § 101**

CAME ON FOR CONSIDERATION, Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § 101. After careful consideration of the motion, response, replies and arguments of counsel, if any, the Court hereby finds that the motion should be **GRANTED**.

It is **THEREFORE ORDERED** that Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § 101 is **GRANTED**, and Plaintiff Luminati Networks Ltd.'s patent infringement claims are hereby dismissed.