## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT BISCIENCE'S MOTION TO COMPEL SETTLEMENT AGREEMENT AND DEPOSITIONS AND TO SHORTEN RESPONSE PERIOD

CAME ON FOR CONSIDERATION, Defendant BIScience's Motion to Compel Settlement Agreement and Depositions and to Shorten Response Period. After careful consideration of the motion and response, the Court hereby finds that the motion should be **GRANTED**.

It is **THEREFORE ORDERED** that Defendant's Motion to Compel Settlement Agreement and Depositions and to Shorten Response Period is **GRANTED**, and Plaintiff is to produce the settlement agreement and license agreement with Tesonet within 5 days of this order. The deposition transcripts of Edmund Lazarus and Mark Joseph from the *Tesonet* case are to be produced within 5 days of this order and Mr. Lazarus and Mr. Joseph are to submit to a deposition in the Washington D.C. metro area during a mutually convenient time, if the noticed deposition dates and times are not convenient.

It is **THEREFORE ORDERED** that any opposition to Defendant's Motion to be filed no later than February 14, 2020.