# EXHIBIT 1

| | |
|---|---|
| **From:** | Robert Harkins <bobh@ruyakcherian.com> |
| **Sent:** | Thursday, February 6, 2020 11:24 AM |
| **To:** | Eric Findlay; Sunny Cherian |
| **Cc:** | Calvin Capshaw; Elizabeth DeRieux; Ron Wielkopolski; Debby Gunter |
| **Subject:** | RE: Luminati v BIScience |

Eric,

As to the items you raise below:

1. We explained earlier this week that we do not represent EMK and do not have their permission to share the deposition transcripts containing confidential information with anyone including BI Science.
2. I believe we also told you earlier this week that the terms of the dismissal, etc., in Tesonet are under seal and strictly confidential to both sides.  We cannot waive Tesonet's confidentiality nor violate the Court's order that maintains the proceedings under seal, so we also cannot provide that information to you either.

As for a time to meet and confer, Sunny is out sick today so we will have to get back you.

Regards,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187



**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Thursday, February 6, 2020 7:38 AM
**To:** Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** RE: Luminati v BIScience

Sunny and Bob,

Following up on this.  Let me know your position.

Thanks,

Eric


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702

1

(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Eric Findlay
**Sent:** Tuesday, February 4, 2020 12:51 PM
**To:** Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** Luminati v BIScience

Sunny and Bob,

Trust you had a safe trip home.

Following up on some issues from yesterday:

- Please let me know by EOB tomorrow if you will produce:
    - the EMK depositions from the Tesonet case;
    - the settlement, license and/or resolution agreement with Tesonet. I note that the case has now been dismissed with prejudice.

If the answer is no to either of the above items, please provide a time on Thursday or Friday when you are available to meet and confer.

Also, please let us know when you anticipate producing Luminati's responsive emails per our list of custodians and search terms.

Thank you,

Eric


Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com