UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BI SCIENCE INC.,<br><br>　　　　　　Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S OPPOSITION TO DEFENDANT BI SCIENCE'S
MOTION TO SHORTEN RESPONSE PERIOD**

Defendant BI Science (2009) Ltd. ("BI Science") provided notice <u>for the first time</u> on Friday, February 7, 2020 that it seeks the depositions of third party EMK Capital ("EMK") witnesses.  Despite informing BI Science last month that the undersigned do not represent EMK which is based in the United Kingdom, BI Science filed its "Motion to Shorten Response Period"[1] one business day later, without any indication of whether BI Science has contacted third parties EMK, UAB Teso Lt ("Teso"), and/or UAB Metacluster ("Metacluster") (collectively, "Impacted Third Parties") to seek permission to access their confidential information or notified them of BI Science's motions (Dkt. 151)[2].  To the extent that BI Science complains that the fact discovery deadline is February 28, 2020, BI Science has not been diligent. Its failure to timely notify

---

[1] BI Science improperly filed its "Motion to Shorten Response Period" together with its "Motion to Compel" in violation of Local Rule CV-7.  This opposition addresses only the Motion to Shorten Response Period, which must necessarily be opposed separately from the substantive Motion to Compel.  Luminati will file an Opposition to the Motion to Compel in accordance with the local rules and applicable Court orders.

[2] The Certificate of Service attached to the Motions (Dkt. 151 at 5) does not indicate that that these third parties or anyone other than the parties that have appeared in this case have received service of the motions.

1

Luminati or serve discovery requests and the underlying motions on any of these third parties is a problem of BI Science's own making.  Luminati respectfully requests that BI Science's Motion to Shorten Response Period be denied.

Dated: February 11, 2020

Respectfully submitted,

By: /s/ Korula T. Cherian

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

*Attorneys for Plaintiff
Luminati Networks Ltd.*