UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>   Plaintiff,<br><br>   v.<br><br>BI SCIENCE INC.,<br><br>   Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT BI SCIENCE'S
MOTION TO SHORTEN RESPONSE PERIOD**

CAME ON FOR CONSIDERATION, Defendant BI Science (2009) Ltd. ("BI Science's") Motion to Shorten Response Period to its Motion to Compel. Having considered the motion, it is hereby DENIED.