IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

  Before the Court is Plaintiff's Unopposed Motion for Substitution of Lead Counsel (the "Motion"), wherein Plaintiff requests—without any explanation—that Robert Harkins be substituted as lead counsel in place of Korula Cherian. (Dkt. No. 147.) The Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff may refile a similar motion so long as it includes a substantive showing of good cause for such relief.

  **So ORDERED and SIGNED this 11th day of February, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE