### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### ORDER

Before the Court is Defendant's Motion to Compel Settlement Agreement and Depositions

and to Shorten Response Period (the "Motion"). (Dkt. No. 151.) The Court hereby **ORDERS** that

Luminati shall file its response to the Motion no later than **Tuesday, February 18, 2020**.

**So ORDERED and SIGNED this 11th day of February, 2020.**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE