# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| **BI SCIENCE INC.,** | § § | |
| **Defendant.** | § § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to File Excess Pages (the "Motion"), wherein Defendant "requests an additional four (4) pages to adequately address all of the facts supporting" Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) and 35 U.S.C. § 101. (Dkt. No. 149; *see also* Dkt. No. 150.) The Court assumes that Defendant means that it requires the additional pages to address allegations made in the pleadings, rather than extra-record facts, in support of its motion filed under Rule 12. With this clarification, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendant has leave to file its motion under Local Rule CV-7(a)(2) not to exceed a total of 19 pages. (*See* Dkt. No. 150.)

**So ORDERED and SIGNED this 11th day of February, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE