# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.** § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § | |
| v. § | |
| § | JURY TRIAL DEMANDED |
| **BISCIENCE INC.** § | |
| § | |
| Defendant. § | |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AMENDED INFRINGEMENT CONTENTIONS

On this day came on to be considered Defendant's Motion to Strike Plaintiff's Amended Infringement Contentions, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that

Defendant's Motion to Strike Plaintiff's Amended Infringement Contentions is hereby GRANTED.