# EXHIBIT A

# Brian Craft

| | |
|---|---|
| **From:** | Ron Wielkopolski <ronw@ruyakcherian.com> |
| **Sent:** | Tuesday, January 14, 2020 7:59 AM |
| **To:** | Eric Findlay |
| **Cc:** | Debby Gunter; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com; Sunny Cherian; Robert Harkins; Ron Wielkopolski |
| **Subject:** | RE: BI Science - Amended Infringement Contentions |

Eric,

The infringement contentions were amended pursuant to P.R. 3-6(a)(1).

Regards,
Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Tuesday, January 14, 2020 8:19 AM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** Debby Gunter <dgunter@findlaycraft.com>; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>
**Subject:** Re: BI Science - Amended Infringement Contentions

Ron,

I don't think I've seen a response to this. Please let me know your position.

Thanks,

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702

1

(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com


On Jan 8, 2020, at 4:19 PM, Eric Findlay <EFindlay@FindlayCraft.com> wrote:

Ron,

What is the basis for your claim that you are entitled to amend the contentions without seeking leave from the Court to do so?

Thank you.

Eric


Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*


On Jan 6, 2020, at 5:07 PM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:

Debby,

The Amended Infringement Contentions for the '866 Patent have been further amended in light of the claim construction order and are available at the below password-protected link:

https://ruyak.box.com/s/m9434dmj96jr10fvrh9ovlbydvzuhri0

This link will be available for the next two weeks.  The password will follow in a subsequent email.

Thank you,
Ron

**Ronald Wielkopolski**
Associate


RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006

2