# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S PRELIMINARY CLAIM CONSTRUCTIONS

Pursuant to the Court's Docket Control Order and the Rules of Practice for Patent Cases before the Eastern District of Texas ("Patent Rules" or "P.R."), Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby discloses its Preliminary Claim Constructions for the currently asserted claims of U.S. Patent No. 9,241,044 ("'044 Patent") and U.S. Patent No. 9,742,866 ("'866 Patent"). The following list of terms is based upon information currently available to BIScience, and BIScience reserves the right to seek a construction from the Court for any term or claim element identified by Luminati or any other term or claim element about which a meaningful dispute arises. BIScience also reserves the right to revise this P.R. 4-2 disclosure based on Luminati's claim construction positions, additional discovery, mutual agreement of the parties, and/or the Court's rulings on claim construction and indefiniteness in *Luminati Networks Ltd. v. UAB Tesonet*, Case No. 2:18-cv-299-JRG. Nothing in this submission should be construed to be an admission by BIScience.

BIScience proposes the following preliminary constructions of the following terms:

| | **CLAIM TERMS, PHRASES OR CLAUSES AND PRELIMINARY CONSTRUCTIONS** <br><br> **U.S. Patent No. 9,241,044 ("'044 Patent")** | | |
|---|---|---|---|
| | **Claim Term, Phrase or Clause** | **Preliminary Construction** | **Claims** |
| 1 | Preamble | The preamble is limiting. | 81 |
| 2 | Preamble | The preamble is limiting. | 108 |
| 3 | "first device" | Indefinite under 35 U.S.C. §112 <br><br> Alternatively: <br> A device, separate from the second device, the first server, and the second server, that receives the internet content from the second device. | 81, 108 |
| 4 | "second device" | Indefinite under 35 U.S.C. §112 <br><br> Alternatively: <br> A device, separate from the first device, the first server, and the second server, that is communicatively positioned between the first device and the second server. | 81, 108 |
| 5 | "first server" | Indefinite under 35 U.S.C. §112 <br><br> Alternatively: <br> A server, separate from the first device, the second device, and the second server. | 81, 108 |
| 6 | "second server" | Indefinite under 35 U.S.C. §112 <br><br> Alternatively: <br> A server, separate from the first device, the second device, and the first server, from which the internet content is fetched. | 81, 108 |
| 7 | "first content identifier" | Identification of the internet content that is to be fetched. | 81 |
| 8 | "identified in the Internet by a first identifier" | Identified by a first identifier that is different than the third identifier, although there may be some overlap. | 81, 108 |
| 9 | "identified in the Internet by a third identifier" | Identified by an address of the second server that is different than the first identifier address, although there may be some overlap. | 81, 108 |

2

| 10 | "identified in the Internet by a second identifier" | Identified by information that includes an address of the second device. | 81, 108 |
|---|---|---|---|
| 11 | "sending a first request to the first server" | Sending, by the first device to the first server, a request for a list of available devices that may be used as the second device. | 81 |
| 12 | "receiving the second identifier from the first server" | Receiving, by the first device from the first server, identification of the second device that includes an address of the second device. | 81 |
| 13 | "sending a second request to the second device using the second identifier, the second request includes the first content identifier and the third identifier" | Sending, by the first device to the second device, using the address of the second device that was received from the first server, a request for the internet content which is to be fetched that includes both (1) identification of the internet content that is to be fetched and also (2) the address of the second server. | 81 |
| 14 | "sending the first content identifier to the second server using the third identifier" | Sending, by the second device to the second server, identification of the internet content that is to be fetched, using the address of the second server. | 82 |
| 15 | "step (f) is preceding step (d)" | The step of "sending the first content identifier to the second server using the third identifier" (in claim 82) is a separate step and occurs prior to the step of "sending a second request to the second device using the second identifier, the second request includes the first content identifier and the third identifier" (in claim 81). | 83 |
| 16 | "step (f) is following step (e)" | The step of "sending the first content identifier to the second server using the third identifier" (in claim 82) is a separate step and occurs after the step of "receiving the first content from the second device" (in claim 81). | 84 |
| 17 | "receiving the fourth identifier from the first server" | This is in addition to the same actor also "receiving the second identifier from the first server" | 87 |
| 18 | "sending the second identifier to the first server" | Sending, by the second device to the first server, identification of the second device that includes an address of the second device. | 108 |
| 19 | "receiving a second request from the first device, the second | Receiving, by the second device from the first device, a request for the internet | 108 |

3

| | | | |
|---|---|---|---|
| | request includes the first content identifier and the third identifier" | content that includes both (1) identification of the internet content that is to be fetched and also (2) the address of the second server. | |
| 20 | "in response to receiving the first content, sending the first content to the first device using the first identifier" | After the second device receives the internet content, the second device forwards the internet content to the first device using an address of the first device. | 108 |

| CLAIM TERMS, PHRASES OR CLAUSES AND PRELIMINARY CONSTRUCTIONS U.S. Patent No. 9,742,866 ("'866 Patent") | | | |
|---|---|---|---|
| | Claim Term, Phrase or Clause | Preliminary Construction | Claims |
| 1 | Preamble | The preamble is limiting | 15 |
| 2 | "first server" | A server, separate from the first device, the second device, and the group of multiple devices, from which the internet content is fetched. | 15 |
| 3 | "identified in the Internet by a second identifier" | Identified by information that includes an address of the first server. | 15 |
| 4 | "a group of multiple devices" | A plurality of devices that are able to fetch the internet content from the first server and which does not include the first device and the second server. | 15 |
| 5 | "partitioning the content into a plurality of content slices" | Indefinite under 35 U.S.C. §112- "partitioning the content"<br><br>Alternatively:<br>Dividing, by a group of multiple devices that is fetching internet content, the internet content to be fetched into a plurality (more than just one) of portions, although the portions can have overlapping content. | 15 |
| 6 | "each content slice containing at least part of the content" | Each portion contains at least part of the internet content. | 15 |
| 7 | "each content slice … identified using a content slice identifier" | Each portion is identified uniquely relative to the other portions. | 15 |
| 8 | "a plurality of content slices … and for each of the content slices" | Performing the following steps for each of the plurality of content slices (portions), rather than just a single time | 15 |

4

| | | for the entirety of the fetched internet content. | |
|---|---|---|---|
| 9 | "selecting a device from the group" | Selecting, by some node other than the first server and one of the group of multiple devices, a device within the group of multiple devices. | 15 |
| 10 | "sending over the Internet a first request to the selected device using the group device identifier of the selected device" | Sending, by some node other than the first server and one of the group of multiple devices, to the selected device, a request to fetch the internet content device within the group of multiple devices and that uses the selected device's unique identification. | 15 |
| 11 | "the first request including the content slice identifier and the second identifier" | The request for fetching the internet content, that is sent to the selected device, includes (1) the content slice identifier and (2) information that includes the address of the first server. | 15 |
| 12 | "constructing the content from the received plurality of content slices" | Indefinite under 35 U.S.C. §112- "constructing the content"<br><br>Alternatively:<br>Rebuilding, at a node different that the first server, the fetched internet content using the plurality (more than just one) of portions. | 15 |
| 13 | "each of the devices in the group is a client device" | Each of the plurality of devices, from which the selected device is selected, operates as a client device and not as a server. | 15 |
| 14 | "the partitioning is based webpages level" | Each of the plurality (more than just one) of portions of the fetched internet content corresponds to one or more webpages. | 18 |
| 15 | "all of the parts of the content are included in all of the content slices" | Indefinite under 35 U.S.C. §112 | 19 |
| 16 | "all of the content slices have the same size" | Each of the plurality (more than just one) of portions of the fetched internet content has the same number of bits. | 20 |
| 17 | "part of the content is included in two or more content slices" | At least two of the plurality (more than just one) of portions of the fetched internet content have overlapping content. | 22 |
| 18 | "the number of content slices is equal to the number of devices in the group" | The number of different portions of the fetched internet content is the same as the | 25 |

5

| | | number of the different devices in the group of devices. | |
|---|---|---|---|
| 19 | "a distinct device is selected for each content slice" | For each of the plurality (more than just one) of portions of the fetched internet content, a different device is selected from the group of devices. | 26 |

In accordance with the DCO and P.R. 4-2, BIScience hereby discloses the following extrinsic evidence upon which it may rely:

- RFC 7230

BIScience reserves the right to rely on additional extrinsic evidence as may be required to respond to Luminati's claim constructions or as may be warranted by additional discovery.

Dated:  August 13, 2019

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Debby Gunter (State Bar No. 24012752)
Findlay Craft, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

**COUNSEL FOR DEFENDANT BISCIENCE**

**CERTIFICATE OF SERVICE**

This is to certify that on August 13, 2019, all counsel of record were served with the foregoing document *via* electronic mail.

*/s/ Eric H. Findlay*
Eric H. Findlay

6