IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BI SCIENCE'S MOTION TO COMPEL SETTLEMENT AGREEMENT AND DEPOSITIONS**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A is a true and correct copy of a letter from Steven Bauer to Robert Harkins dated February 3, 2020.

3. Exhibit B is a true and correct copy of Luminati's Objections and Responses to Defendants' Notice of Deposition of Edmund Lazarus served on counsel of record in this litigation on February 17, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2020 in Washington, DC.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski