**Proskauer>>**  Proskauer Rose LLP  One International Place, Boston MA 02110

Steven M. Bauer
Partner
d 617.526.9700
SBauer@proskauer.com
www.proskauer.com

February 3, 2020

Robert M. Harkins, Esq.
RuyakCherian LLP
1936 University Ave, Suite 350
Berkeley, CA 94704

Re:    Request in BI Science Case

Dear Mr. Harkins:

We represent EMK Capital on various legal matters.

EMK Capital is in receipt of Luminati Networks Ltd.'s request that EMK Capital give Luminati permission to produce the deposition transcripts of Mark Joseph and Edmund Lazarus from the case *Luminati Networks Ltd. v. UAB Tesonet et al.*, Case No. 2:18-cv-299, to defendant BI Science in the case *Luminati Networks Ltd. v. BI Science Inc.*, Case No. 2:18-cv-483, currently pending in U.S. District Court for the Eastern District of Texas.

Both transcripts were designated Restricted – Attorneys' Eyes Only pursuant to the protective order in the Tesonet case, and they include EMK confidential information in addition to information confidential to Luminati. Due to the confidential EMK information disclosed during the depositions, EMK does not grant Luminati permission to produce the deposition transcripts to BI Science.

Very truly yours,

Steven M. Bauer