IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE INC. | § | |

**PLAINTIFF LUMINATI'S OBJECTIONS AND RESPONSES TO
DEFENDANTS' NOTICE OF DEPOSITION OF EDMUND LAZARUS**

Pursuant to Federal Rules of Civil Procedure 30(b)(1) and the Discovery Order entered in this action, Luminati Networks Ltd. ("Luminati" or "Plaintiff") hereby objects to Defendant's Notice of Deposition of Edmund Lazarus ("Notice").

Luminati does not represent EMK Capital LLP ("EMK") and objects to the Notice to the extent it seeks discovery regarding EMK. The Certificate of Service attached to the Notice does not indicate that the Notice was served on EMK.

Paragraph 9(c) of the Discovery Order (Dkt. 62) includes the following provision:

> To the extent that party witnesses are located in the party's state of incorporation (i.e. Israel for Luminati and BIScience), the party defending the depositions will endeavor to make the deponents available over a two-week period for deposition in that party's state of incorporation. The parties shall endeavor and cooperate in the planning and scheduling of foreign depositions to minimize the need for foreign travel. Foreign located witnesses, such as those situated in Israel may be made available for deposition at a mutually agreeable location, outside their state of incorporation.

As Mr. Lazarus is a resident of the U.K., Luminati also objects to the Notice as improper to the extent that it unilaterally seeks the deposition of Mr. Lazarus in Washington, D.C. The February 4, 2020 Order (Dkt. 142) is expressly limited to "the depositions of certain witnesses originally noticed to be taken outside of the United States" and does not apply to the Notice.

In addition, Luminati objects to the Notice as untimely, given that it was only served on February 7, 2020 after the February 3, 2020 Discovery Hearing. The agreement entered into the record at the February 3, 2020 Discovery Hearing only addressed BI Science's failure to produce discovery in this litigation and the necessary remedies that would apply as described in Luminati's motions to compel (Dkt. Nos. 120, 133, and 134). Having argued at the Discovery Hearing for additional time to meet its discovery obligations, BI Science pushed Luminati's time to take depositions up to the close of fact discovery on February 28, 2020 leaving BI Science no time left within fact discovery to take the deposition requested by the Notice.

Luminati is willing to meet and confer with Defendant regarding the possibility of taking the requested deposition outside of fact discovery at a time and location to be agreed upon by the parties, including EMK.

Dated: February 17, 2020

By: */s/ Ronald Wielkopolski*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins

2

RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Attorneys for Plaintiff
Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for Defendants via electronic mail on this February 17, 2020.

*/s/ Ronald Wielkopolski*