UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>BI SCIENCE INC.,<br><br>    Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT BI SCIENCE'S MOTION TO COMPEL
SETTLEMENT AGREEMENT AND DEPOSITIONS**

CAME ON FOR CONSIDERATION, Defendant BI Science's Motion to Compel Settlement Agreement and Depositions.  Having considered the motion, it is hereby DENIED.