# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **BISCIENCE INC.** | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR PROTECTIVE ORDER

On this day came on to be considered BIScience's Opposed Motion for Protective Order. Having considered BIScience's Motion and all responsive pleadings, the Court is of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that BIScience's Motion for Protective Order is GRANTED.