# EXHIBIT 1

| Plaintiff's Notices of Deposition Served On BIScience | | |
|---|---|---|
| Deponent | Proposed Date | Location |
| Kfir Moyal | February 20, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Assaf Toval | February 21, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| 30(b)(6) Notice for BIScience | February 24, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Alon Ghelber | February 25, 2020, 8:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Shelly Hod Moyal | February 25, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Samuel Levy | February 25, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Eran Netzerel | February 25, 2020, 1:00 pm | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Yossi Nachum | February 26, 2020, 8:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Vadim Feldman | February 26, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Natalie Harari | February 26, 2020, 1:00 pm | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Ben Linik | February 27, 2020, 8:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Adi Sapir | February 27, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Ryan Bloom | February 27, 2020, 1:00 pm | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Victoria Lapidus | February 28, 2020, 8:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| Shai Etzion | February 28, 2020, 9:00 am | Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 2006 |
| **Third Party Subpoenas for Deposition Issued by Luminati** | | |
| Third Party | Proposed Date | Location |
| Import.io Global Inc. | February 24, 2020, 9:00 am | Ruyak Cherian LLP, 1936 University Avenue, Suite 350, Berkeley, CA 94704 |
| Import.io Corporation | February 24, 2020, 9:00 am | Ruyak Cherian LLP, 1936 University Avenue, Suite 350, Berkeley, CA 94704 |
| Actonia, Inc. | February 26, 2020, 9:00 am | Rosemont Regus, 5600 N. River Road, Suite 800, Rosemont, IL, 60018 |
| Edward Lee | February 28, 2020, 9:00 am | Regus Conference Space, 10 Dorrance St., Suite 700, Providence, RI 02903 |
| John Lewandowski | February 28, 2020, 9:00 am | Regus Conference Space, 240 Elm Street; 2nd and 3rd, Somerville, MA 02144 |
| Jordan Rimsa | February 28, 2020, 9:00 am | Regus Conference Space, 2615 Medical Center Parkway; Suite 1560, Murfreesboro, TN 37129 |