# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

### PLAINTIFF'S UPDATED NOTICE OF DEPOSITION OF KFIR MOYAL

Plaintiff Luminati Networks Ltd. ("Luminati") hereby provides notice pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the February 4, 2020 Order (Dkt. 142) of its intention to take the deposition upon oral examination of Kfir Moyal.

The deposition will be conducted pursuant to the Federal Rules of Civil Procedure and will be conducted in the English language before a notary public or other officer authorized to administer oaths. Plaintiff requests that Defendant notify counsel for Plaintiff, no later than ten business days prior to Defendant's scheduled deposition of the need (if any) for an English-language interpreter for the witness, and of the specific language and/or dialect in which the witness will testify.

The deposition will commence on February 20, 2020 at 9:00 a.m. at the law firm offices of Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 20006 or at a date, time, and location to be agreed upon by counsel. The deposition will take place before a court reporter, notary public, or other officer authorized to administer oaths under law, and will continue day to day until completed with adjournments as to time and place that may be necessary. The deposition may be recorded by stenographic means, audiotaped, videotaped, and/or transcribed using real-time interactive transcription (*e.g.*, LiveNote).