# EXHIBIT 3

| | |
|---|---|
| **From:** | ERIC FINDLAY <ericfindlay@me.com> |
| **Sent:** | Wednesday, February 12, 2020 9:56 AM |
| **To:** | Robert Harkins |
| **Cc:** | Eric Findlay; Ron Wielkopolski; Sunny Cherian; Calvin Capshaw; Elizabeth DeRieux; Debby Gunter; fcadmin |
| **Subject:** | Re: Luminati v BIScience |

Bob,

The courtesy of a response and your position to the below emails would be appreciated. Otherwise I will presume we are at an impasse.

And on the depositions, we need to have a call to coordinate the time and dates on both sides. Both sides have international travel that needs to be set. Let me know when you can visit about this.

I'm open all day tomorrow. Or late today.

Eric

Sent from my iPhone

| | |
|---|---|
| **From:** | Eric Findlay |
| **Sent:** | Monday, February 17, 2020 3:40 PM |
| **To:** | Ron Wielkopolski; Robert Harkins; Sunny Cherian |
| **Cc:** | Calvin Capshaw; Elizabeth DeRieux; Debby Gunter; fcadmin |
| **Subject:** | Re: Luminati v BIScience |

Bob,

We still haven't heard from you on these issues. And on the depositions, we've asked to speak regarding them on several occasions, but you've not responded. To be clear, they cannot go forward until we have a discussion regarding the dates, times, and locations, on both sides. And I think the sooner we do this the better. Moreover, as we've indicated previously and as I hope you'll be in a position to do given our production, we think the number of depositions should be significantly limited.

I'm traveling most of the day tomorrow, but could be available later in the afternoon Central time.

Please let us know what works for you.

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*