# EXHIBIT 4

| | |
|---|---|
| **From:** | Eric Findlay |
| **Sent:** | Tuesday, February 18, 2020 11:06 AM |
| **To:** | Robert Harkins |
| **Cc:** | Ron Wielkopolski; Sunny Cherian; Calvin Capshaw; Elizabeth DeRieux; Debby Gunter; fcadmin |
| **Subject:** | Re: Luminati v BIScience |

Bob,

As you well know, these sorts of tactics don't work in this District.  The Court expects us to work together to schedule depositions, even more so when witnesses are traveling from overseas. Neither side gets to unilaterally set a date, and take the position it's non-negotiable.   Moreover,  we've been trying to engage you in this discussion, only to be ignored.

I should be able to talk at 4:30PM Central.

When we talk be prepared to discuss the dates and locations for your witnesses, as well as meet and confer on the number of BIScience witnesses you have noticed.   As indicated previously we will be moving the Court on both in absence of an agreement.

Eric

Sent from my iPhone

On Feb 18, 2020, at 11:04 AM, Robert Harkins <bobh@ruyakcherian.com> wrote:

> Eric,
>
> I am in the office and can talk today.  To be clear, we have dates, times and places already for Kfir Moyal (this Thursday, 2/20), Assaf Toval (Friday, 2/21), and the 30b6 witness (Monday, 2/24), who we sent amended notices for earlier to ensure their availability.  We left the last four days of the schedule for after we reviewed the documents produced midday one business day ago (Feb. 14).  Then yesterday we sent you the list of other deponents who will be scheduled for Tuesday through Friday of next week.  We arranged the schedule to ensure you had time to bring those witnesses to the United States given the extreme lateness of the document production.
>
> So, when you say the depositions "cannot go forward" without further conversation, that would be a violation of the Federal Rules and the Court's order, after we provided ample and appropriate notice regarding the depositions for later this week and the beginning of next week.  We worked through the weekend and I traveled out to Washington DC yesterday in part because we had already previously scheduled the first three depositions on this timetable.  We require the time set forth in those notices to complete our depositions of BI Science witnesses.  Under the discovery order we were entitled to a two-week block to take company witness depositions, but we already truncated that schedule to seven business days that take us through the last day of fact discovery.  We expect your witnesses to be in attendance for their depositions this week and Monday irrespective of any other witness scheduling issues.
>
> Please let us know when this afternoon you can be on a call.