# Exhibit A Remains Under Seal