IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § § v. § § BI SCIENCE INC. § § § | Case No. 2:18-CV-00483-JRG  **FILED UNDER SEAL** |

**ORDER GRANTING PLAINTIFF LUMINATI'S OPPOSED MOTION TO COMPEL DOCUMENTS FROM DEFENDANT BI SCIENCE**

CAME ON FOR CONSIDERATION, Plaintiff Luminati's Opposed Motion to Compel Documents from Defendant BI Science. Having considered the motion, it is hereby GRANTED.