IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § § | |

**DECLARATION OF ROBERT HARKINS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ELECTRONIC DISCOVERY**

Pursuant to 28 U.S.C. § 1746, I, Robert Harkins, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am a partner with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. In preparation for depositions, including the depositions of Kfir Moyal and Assaf Toval noticed for February 20, 2020 and February 21, 2021, I travelled from RuyakCherian's office in Berkeley, California to RuyakCherian's Washington D.C. office, where the depositions were to take place pursuant to the Court's February 4, 2020 Order.

3. Exhibit A is a true and correct copy of an document produced by Defendant on February 14, 2020 identified as BISCI_006217.

4. Exhibit B is a true and correct copy of an February 18, 2020 email from opposing counsel to me. At no point before opposing counsel sent this February 18, 2020 email at 6:52 pm Eastern was I made aware by opposing counsel of its intent not to make Kfir Moyal and Assaf Toval available for deposition in RuyakCherian's Washington DC office on February 20, 2020 and February 21, 2020.

5.  Exhibit C is a true and correct copy of an February 11, 2020 email from opposing counsel to me.

6.  Exhibit D is a true and correct copy of an January 23, 2020 email from counsel for RuyakCherian to opposing counsel.

7.  Exhibit E is a true and correct copy of an February 13, 2020 email from me to opposing counsel.

8.  Exhibit F is a true and correct copy of an February 19, 2020 email from me to opposing counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 19, 2020 in Washington, DC.


*/s/ Robert Harkins*
Robert Harkins