**Ron Wielkopolski**

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Tuesday, February 18, 2020 6:52 PM |
| **To:** | Robert Harkins |
| **Cc:** | Debby Gunter; Ron Wielkopolski; Elizabeth DeRieux; Calvin Capshaw; Sunny Cherian |
| **Subject:** | Re: Luminati / BI Science Call |

Bob, You must not read be reading my emails.  Depositions are not going forward this week as I have made abundantly plain, repeatedly.

But, I want to be very clear, because below you seem to be intentionally misrepresenting my communications. Absent some other agreement, and subject to an anticipated motion for protective order as to the number of witnesses you are attempting to depose, those witnesses from BIscience that we do present for deposition will be produced at your Washington DC offices as Judge Gilstrap ordered.  But, again, that will happen at a date and time convenient for all involved, not at your unilateral dictate.  And like you we are fully willing to adjust the schedule in a manner that works for both sides in order to accomplish this.

And as to Sunny not being copied, I replied to all to your last email.  If he wasn't copied, its because you didn't have him on the email.

Eric

Sent from my iPhone

> On Feb 18, 2020, at 4:14 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>
> Eric,
>
> We have depositions starting at 9 am ET the day after tomorrow at our offices here in Washington, DC, so as long as we will be proceeding, we are ok having the call tomorrow morning at 9:30 am CT.  We can use the same dial-information.
>
> However, please note that due to not receiving the vast majority of BI Science documents until midday Friday (2/14), we were left with very limited time in the schedule to get the depositions done by the close of fact discovery on 2/28.  So, it is important to us if you are planning on not presenting any of the noticed witnesses at our DC offices as ordered by the Court, we know ASAP so we can seek immediate resolution with the Court.
>
> Also, you did not copy Sunny Cherian on the email.  He continues to be lead counsel and needs to be included on all emails in this case.
>
> Thanks,
>
> Bob Harkins
> bobh@ruyakcherian.com
> (510) 944-0187
>
>
> -----Original Message-----
> From: Eric Findlay <EFindlay@FindlayCraft.com>

> Sent: Tuesday, February 18, 2020 4:56 PM
> To: Robert Harkins <bobh@ruyakcherian.com>
> Cc: Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski
> <ronw@ruyakcherian.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>;
> Calvin Capshaw <ccapshaw@capshawlaw.com>
> Subject: Re: Luminati / BI Science Call
>
> Bob, I'm going to need to do this call in the morning. Can you do 9:30 AM central?
>
> Eric
>
> Sent from my iPhone
>
>> On Feb 18, 2020, at 12:14 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>>
>> Alt. dial in 202-800-9984 code 858272 <meeting.ics>

2