# Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Tuesday, February 11, 2020 12:46 PM |
| **To:** | Robert Harkins |
| **Cc:** | Ron Wielkopolski; Sunny Cherian; Calvin Capshaw; Elizabeth DeRieux; Debby Gunter; fcadmin |
| **Subject:** | Re: Luminati v BIScience |

Bob,

Apologies for the multiple emails, but I've learned from my client that the following folks are not employed by BI Science. You would obviously then need to arrange for their attendance yourself.

**Adi Sapir**
**Dan Schreiber**
**Dana Mizrahi**
**Michael Murzakhanov**
**Samuel Levy**
**Shai Etzion**
**Vadim Feldman**
**Shelly Hod Moyal (never has been an employee of BIScience)**

On a related note, if you're willing to consider one, I have a proposal on the depositions that we might be able to agree upon. Are you available for a call this afternoon or tomorrow morning?

Best,

Eric

Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com


> On Feb 11, 2020, at 10:30 AM, Eric Findlay <EFindlay@FindlayCraft.com> wrote:
>
> Bob,
>
> As you know, we served the email custodians and search terms for your client on February 3, 2020. We have asked when we can expect to have email production from you all and have not been given an answer. In light of the upcoming depositions and our forthcoming email production on or before this Friday, the 14th, we expect to have your client's email production by February 14 at 12:00 p.m. PST. Please confirm your expected production date and time.

Additionally, as we discussed in person on February 3, 2020, and have previously requested via email you have an obligation to produce relevant materials from the Tesonet litigation. While you have provided some materials, we do not see in what you've produced the invalidity report(s) submitted by Tesonet. Dr. Rhyne's rebuttal report has been produced, but not that of Dr. Freedman.  Moreover, their depositions have not been produced as well. We would not expect that these would contain confidential information, but to the extent they do, we are bound by the protective order in this case.  If for some reason, you contend that the protective order does not provide adequate protection, please propose a solution or redact the alleged confidential portion(s).  Please confirm the date and time for production of these materials.  If you're refusing to, please provide a time to meet and confer this afternoon.

Finally, as it stands now, there are at least 15 noticed depositions by BIScience.  As we have discussed before, the sheer number is unreasonable, unnecessary, and disproportionate to the needs, costs and alleged damages in this case.  At the very least, we request that you make a decision as to which depositions Luminati contends are necessary by 9 a.m. PST on February 14.  Because of the time frame involved, travel and costs involved, it is not practical or reasonable for this decision to be made late in the day on Friday, February 14.   Please let us know your position.

Best,

Eric


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Eric Findlay
**Sent:** Monday, February 10, 2020 10:47 AM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** Ron Wielkopolski <ronw@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Debby Gunter <dgunter@findlaycraft.com>; fcadmin <fcadmin@FindlayCraft.com>
**Subject:** Re: Luminati v BIScience

Bob,

I agree that, based on our previous discussions and your stated positions, the meet and confer is not necessary.  We will put you down as opposed.

We are also asking for expedited briefing; a response due on Feb 14, and absent leave no reply or sur-reply.  Please let me know your position.

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

On Feb 10, 2020, at 10:21 AM, Robert Harkins <bobh@ruyakcherian.com> wrote:

Eric,

As we previously told you and addressed in the email below, we do not represent EMK Capital and are not authorized to disclose the deposition transcripts of Edmund Lazarus and Mark Joseph.  What is your basis for taking their depositions?

We do not believe a meet and confer is necessary as we previously talked in person about the EMK transcripts during the meet and confer prior to the February 3rd hearing.  Also, to the extent you stated that the Court's order has any bearing on EMK depositions, we disagree.  The Court's order was only about the depositions we previously noticed and came before you noticed any depositions.

However, during that meet and confer you also advanced the idea that BI Science might be willing to forgo live depositions of the EMK witnesses if they would agree to release the transcripts of their prior depositions.  While we do not represent them, we are willing to reach out to their counsel and see if they are willing to disclose the deposition transcripts of their employees in lieu of deposition.  Is that an offer we can tell them BI Science is making?

Sunny is still ill, but if necessary he will participate.

Regards,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Monday, February 10, 2020 6:51 AM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** Robert Harkins <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Debby Gunter <dgunter@findlaycraft.com>; fcadmin <fcadmin@FindlayCraft.com>; ERIC FINDLAY <ericfindlay@me.com>
**Subject:** Re: Luminati v BIScience

Ron,

Again, sorry to hear about Sunny, but we can't wait on the motion given the deadlines.  We'll put you down as opposed, or we can simply have the call without Sunny.   I certainly will not suggest that you haven't complied with the local rules.

Also, we issued deposition notices on Friday for Mr. Lazarus and Mr. Joseph to be taken, per the Court's instructions, at your offices in DC.  Will you commit to present them there, at a time and date convenient within the deadlines, or do we need to add that to the Motion to Compel?

Please let me know as soon as you can.

Eric


Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com



> On Feb 9, 2020, at 12:17 PM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:
>
> Eric,
>
> I spoke with Sunny.  He is still sick, but he asked me to reach out to you.  Do you have any availability after 1 pm tomorrow Pacific?
>
> Thanks,
> Ron
>
> **Ronald Wielkopolski**
> Associate
>
>
> RuyakCherian LLP
> 1700 K St NW, Suite 810
> Washington, DC 20006
> O:  (202) 838-1568
> M:  (907) 952-4866
> <image001.png>
>
> ---
> **From:** Eric Findlay <EFindlay@FindlayCraft.com>
> **Sent:** Friday, February 7, 2020 5:10 PM
> **To:** Robert Harkins <bobh@ruyakcherian.com>

4

**Cc:** Sunny Cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; fcadmin <fcadmin@FindlayCraft.com>
**Subject:** RE: Luminati v BIScience

Bob,

Thank you.  Let's shoot for 11am Central.

888-557-8511
3186805


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*


**From:** Robert Harkins [mailto:bobh@ruyakcherian.com]
**Sent:** Friday, February 7, 2020 4:07 PM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>
**Cc:** Sunny Cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** Re: Luminati v BIScience

Eric,

Sunny was out again today but let's set something for late Monday morning.

Bob

> On Feb 7, 2020, at 1:46 PM, Eric Findlay <EFindlay@findlaycraft.com> wrote:
>
>
> All,
>
> We heard nothing from you in response to my email below.  We will be filing a motion to compel

5

on Monday on the below. Please provide a time to meet and confer Monday morning, or we will simply put you down as opposed.

Thanks,

Eric

Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Eric Findlay
**Sent:** Thursday, February 6, 2020 11:28 AM
**To:** 'Robert Harkins' <bobh@ruyakcherian.com>; Sunny Cherian <sunnyc@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** RE: Luminati v BIScience

Ron,

Sorry to hear about Sunny. Provide a time to meet confer tomorrow, as we'll be moving the Court on both of these issues.

Best,

Eric

Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

**From:** Robert Harkins [mailto:bobh@ruyakcherian.com]
**Sent:** Thursday, February 6, 2020 11:24 AM
**To:** Eric Findlay <EFindlay@FindlayCraft.com>; Sunny Cherian <sunnyc@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** RE: Luminati v BIScience

Eric,

As to the items you raise below:

1. We explained earlier this week that we do not represent EMK and do not have their permission to share the deposition transcripts containing confidential information with anyone including BI Science.
2. I believe we also told you earlier this week that the terms of the dismissal, etc., in Tesonet are under seal and strictly confidential to both sides. We cannot waive Tesonet's confidentiality nor violate the Court's order that maintains the proceedings under seal, so we also cannot provide that information to you either.

As for a time to meet and confer, Sunny is out sick today so we will have to get back you.

Regards,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Thursday, February 6, 2020 7:38 AM
**To:** Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** RE: Luminati v BIScience

Sunny and Bob,

Following up on this. Let me know your position.

Thanks,

Eric


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Eric Findlay
**Sent:** Tuesday, February 4, 2020 12:51 PM
**To:** Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth DeRieux <ederieux@capshawlaw.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** Luminati v BIScience

Sunny and Bob,

Trust you had a safe trip home.

Following up on some issues from yesterday:

- Please let me know by EOB tomorrow if you will produce:
    - the EMK depositions from the Tesonet case;
    - the settlement, license and/or resolution agreement with Tesonet. I note that the case has now been dismissed with prejudice.

If the answer is no to either of the above items, please provide a time on Thursday or Friday when you are available to meet and confer.

Also, please let us know when you anticipate producing Luminati's responsive emails per our list of custodians and search terms.

Thank you,

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com