# Ron Wielkopolski

| | |
|---|---|
| **From:** | Ron Wielkopolski |
| **Sent:** | Thursday, January 23, 2020 2:31 PM |
| **To:** | Eric Findlay |
| **Cc:** | Debby Gunter; Sunny Cherian; Robert Harkins; Calvin Capshaw; Ron Wielkopolski |
| **Subject:** | RE: BI Science - Draft Motion for Hearing |

Eric,

We need to get the motion for a hearing on file today.  If you need to make edits, please send us the draft redlines right away.

With regard to your new request for a protective order, under paragraph 5 of the Discovery Order Luminati is permitted up to 65 hours of non-expert depositions from Defendant, with the parties to endeavoring to schedule the depositions over a two-week period.  There is no limit based on the number of deponents.   The current number of depositions could certainly be done within the time period as a half day should be sufficient for many of the deponents.

We have previously proposed narrowing the scope of the depositions to a single week (we most recently repeated this request during our call on Monday), and are still open to narrowing the depositions to a reasonable number of deponents in a week if it is mutual and the deponents are available during that week.  However, we won't be in a position to reduce the number of deponents until we receive the discovery that is the subject of the pending motions to compel.  Regardless, we know for sure that we'll need the depositions of  Messrs. Kfir Moyal and Assaf Toval.

If necessary, we can be available tomorrow afternoon for a meet and confer.

Regards,
Ron


**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



---

**From:** Eric Findlay <EFindlay@FindlayCraft.com>
**Sent:** Thursday, January 23, 2020 12:48 PM
**To:** Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** Debby Gunter <dgunter@findlaycraft.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>
**Subject:** Re: BI Science - Draft Motion for Hearing

Ron,

We intend to file a motion for protective order in light of the 15 deposition notices Luminati has issued. We will want that issue included in any motion asking for a hearing. Accordingly, let us know times you are available tomorrow for a meet and confer please.

Thanks,

Eric


Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*



> On Jan 23, 2020, at 8:27 AM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:
>
> Eric,
>
> Following up on the below motion, please send us your edits this morning.
>
> Thank you,
> Ron
>
> **Ronald Wielkopolski**
> Associate
>
> RuyakCherian LLP
> 1700 K St NW, Suite 810
> Washington, DC 20006
> O:  (202) 838-1568
> M:  (907) 952-4866
> <image001.png>
>
> ---
>
> **From:** Eric Findlay <EFindlay@FindlayCraft.com>
> **Sent:** Wednesday, January 22, 2020 3:21 PM
> **To:** Ron Wielkopolski <ronw@ruyakcherian.com>
> **Cc:** Debby Gunter <dgunter@findlaycraft.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Robert Harkins <bobh@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>
> **Subject:** Re: BI Science - Draft Motion for Hearing
>
> Ron,
>
> I'm on the road right now but will have edits to this. I'll get them to you as soon as I can.

Eric

Sent from my iPhone

On Jan 22, 2020, at 1:59 PM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:

> Eric,
>
> As discussed, please see the attached draft motion for a hearing.  Please confirm that we can file this unopposed.
>
> Thank you,
> Ron
>
> **Ronald Wielkopolski**
> Associate
>
>
> RuyakCherian LLP
> 1700 K St NW, Suite 810
> Washington, DC 20006
> O:  (202) 838-1568
> M:  (907) 952-4866
> <image001.png>
>
> <2020.01.22 Unopp Motion for Hearing Draft.doc>