## Ron Wielkopolski

| | |
|---|---|
| **From:** | Robert Harkins |
| **Sent:** | Wednesday, February 19, 2020 1:57 PM |
| **To:** | Eric Findlay; Ron Wielkopolski |
| **Cc:** | Brian Craft; ron.abramson@listonabramson.com; michael.lewis@listonabramson.com; Debby Gunter; Corrine Davis; Sunny Cherian; Calvin Capshaw; Elizabeth DeRieux; Heidi Peterson |
| **Subject:** | Lumianti v. BI Science - Follow Up to Meet and Confer |

Eric,

Following up on our meet and confer call earlier today, when BI Science originally failed to produce documents, we attempted to avoid judicial intervention by moving the schedule back by six weeks to allow for depositions.  That put the close of discovery at February 28, 2020, and at the February 2, 2020 hearing the Court ordered during that time for BI Science to produce its witnesses at our DC offices, which is why I flew out this week to take the depositions.  We are not inclined to move the schedule again.  We do not see how delaying the schedule by two more weeks will help when BI Science has not complied with the fact discovery schedule already delayed by six weeks.

Based on our call today, we reviewed the situation with the various witnesses we have noticed and subpoenaed, and further narrow discovery as follows:
1. As to witnesses Shai Etzion and Adi Sapir, if you provide us with a statement from BI Science under oath as to when they left their employment at BI Science and that there are no plans for them to rejoin the company, we will withdraw those notices.
2. As to witnesses Samuel Levy and Vadim Feldman, we understood from our prior notices and the lack of objection at the Court hearing on February 3, 2020 that BI Science would produce them in Washington, DC.  They are former Luminati employees that left for BI Science, and they are critical witnesses.  If BI Science is unable to produce them and similarly willing to provide us a representation under oath as to when they left their employment at BI Science and that there are no plans for them to rejoin the company, we will seek to obtain their depositions outside of the current discovery schedule.
3. As to the amended list of witnesses and notices we previously provided, we are willing to further reduce the number by foregoing the depositions of Natalie Herari and Victoria Lapidus.  We are still seeking seven people from BI Science that you agree still work for the company, which is <u>half the number</u> of our original list prior to the February 3, 2020 hearing.  Those people are Kfir Moyal, Assaf Toval, Alon Ghelber, Yossi Nachum, Ben Linik, Eran Netzerel, and Ryan Bloom, as well as the previously noticed Rule 30(b)(6) deposition.
4. Regarding third party subpoenas, we issued five, but we are willing to commit to proceed with no more than three as we serve the subpoenas and negotiate third party availability.  As you may recall, we were unable to issue this discovery earlier because the names were redacted from prior BI Science productions and we only received the majority of the documents on February 14, 2020.
5. We still have the outstanding issues about documents we still have not received as we wrote to you and discussed during the meet and confer, and we intended to move to compel them, but if you produce them we will be happy to withdraw that portion of the motion.

We understood from the call that BI Science is refusing to produce any of its witnesses in the current discovery period, and that the company further is refusing in any event to provide more than two company witnesses, so we will be moving to compel and for sanctions as discussed on the call, but our motion will be taking into account the above, and to the extent you are planning to file a protective order motion, please also take this email into account as well.

Thank you,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187

