# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ELECTRONIC DISCOVERY

CAME ON FOR CONSIDERATION, Plaintiff's Motion to Compel Electronic Discovery. Having considered the motion, it is hereby GRANTED.