# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG-RSP |
| | § | |
| BI SCIENCE INC. | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines be and hereby is GRANTED, and that all deadlines in this case are stayed for thirty (30) days.