# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. (Dkt. No. 166.) The Motion is **GRANTED**. It is therefore **ORDERED** that all deadlines in the above-captioned case are **STAYED** for thirty (30) days from the issuance of this Order, during which time appropriate dismissal papers shall be filed.

The hearing scheduled for Monday, February 24, 2020 in the above-captioned case is **CANCELLED**.

**So Ordered this**
**Feb 23, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE