IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS, LTD** | § | |
| | § | |
| **V.** | § | **CASE NO. 2:18-CV-00483-JRG** |
| | § | |
| **BI SCIENCE, INC.** | § | |

## SUPPLEMENTAL MEDIATOR'S REPORT

After Mediation was conducted on December 18, 2019, continuing discussions, negotiations, and a mediator's proposal have resulted in settlement of all claims.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on February 24, 2020.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR