# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| v. § | Case No. 2:18-CV-00483-JRG |
| § | |
| BI SCIENCE INC. § | |

## PLAINTIFF'S UPDATED NOTICE OF DEPOSITION OF KFIR MOYAL

Plaintiff Luminati Networks Ltd. ("Luminati") hereby provides notice pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the February 4, 2020 Order (Dkt. 142) of its intention to take the deposition upon oral examination of Kfir Moyal.

The deposition will be conducted pursuant to the Federal Rules of Civil Procedure and will be conducted in the English language before a notary public or other officer authorized to administer oaths. Plaintiff requests that Defendant notify counsel for Plaintiff, no later than ten business days prior to Defendant's scheduled deposition of the need (if any) for an English-language interpreter for the witness, and of the specific language and/or dialect in which the witness will testify.

The deposition will commence on February 20, 2020 at 9:00 a.m. at the law firm offices of Ruyak Cherian, 1700 K St NW, Ste. 810, Washington, DC 20006 or at a date, time, and location to be agreed upon by counsel. The deposition will take place before a court reporter, notary public, or other officer authorized to administer oaths under law, and will continue day to day until completed with adjournments as to time and place that may be necessary. The deposition may be recorded by stenographic means, audiotaped, videotaped, and/or transcribed using real-time interactive transcription (*e.g.*, LiveNote).

Dated: February 4, 2020

    By: */s/ Ronald Wielkopolski*

    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Capshaw DeRieux, LLP
    114 E. Commerce Ave.
    Gladewater, TX 75647
    Telephone: 903-845-5770
    ccapshaw@capshawlaw.com
    ederieux@capshawlaw.com

    Ronald Wielkopolski
    RuyakCherian LLP
    1700 K St. NW, Suite 810
    Washington, DC 20006

    Korula T. Cherian
    Robert Harkins
    RuyakCherian LLP
    1936 University Ave, Ste. 350
    Berkeley, CA  94702

    Attorneys for Plaintiff
    Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for BI Science Inc. via electronic mail on this February 4, 2020.

/s/ *Ronald Wielkopolski*