# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | Case No. 2:18-CV-00483-JRG |
| v. § | |
| § | **FILED UNDER SEAL** |
| BI SCIENCE INC. § | |
| § | |

## ORDER DENYING BI SCIENCE INC.'S MOTION FOR PROTECTIVE ORDER

CAME ON FOR CONSIDERATION, BI Science Inc.'s Opposed Motion for Protective Order. Having considered the motion, it is hereby DENIED.