IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE BRIEFING ON PLAINTIFF
LUMINATI NETWORKS LTD.'S MOTION TO ENFORCE SETTLEMENT
AGREEMENT**

Plaintiff Luminati Networks Ltd. ("Luminati") respectfully requests that the Court order expedited briefing on Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement (the "Motion") (ECF No. 170), filed on March 18, 2020.  Luminati and BI Science (2009) Ltd., also known as BI Science Inc. ("BI Science")(together, the "Parties") have agreed that the Defendant will file any response to that Motion on or before noon Central on Wednesday, March 25, 2020.

Dated: March 19, 2020

Respectfully submitted,

By: */s/ Korula T. Cherian*
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Plaintiff
Luminati Networks Ltd.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the counsels for the parties have complied with Local Rule CV-7(h).  Following an exchange of email on March 18, 2020, Calvin Capshaw on behalf of Plaintiff and Eric Findlay on behalf of Defendant engaged in a telephonic meet and confer on March 19, 2020.


/s/ Korula T. Cherian