# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE BRIEFING ON PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Unopposed Motion to Expedite Briefing on Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement. Having considered the motion, it is hereby GRANTED.

Accordingly, Defendant shall file any response to the Motion on or before noon Central on Wednesday, March 25, 2020. All further briefing is waived.