# Exhibits A, C-J, N, and P-R Remain Under Seal