# Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Sunday, February 23, 2020 9:56 AM |
| **To:** | William Cornelius, Jr |
| **Cc:** | Calvin Capshaw; Sunny Cherian; Robert Harkins; Ron Wielkopolski |
| **Subject:** | Re: Luminati v BI |

Thanks for all your hard work Bill.

Sent from my iPhone

> On Feb 23, 2020, at 8:48 AM, William Cornelius, Jr <wc@wilsonlawfirm.com> wrote:
>
> Counsel, I am very pleased to report that the mediator's proposal has resulted in a settlement. Incorporated into that is [REDACTED].
>
> Unless you object, I will notify Judge Gilstrap of the settlement and request that he cancel Monday's hearing. I will tell him a motion to stay is forthcoming. I will advise if he wants it filed before he will cancel the hearing.
>
> Congrats to you all for getting this resolved.
>
> Best regards
>
> Sent from my iPhone