# Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Sunday, February 23, 2020 1:13 PM |
| **To:** | William Cornelius; Calvin Capshaw |
| **Cc:** | Sunny Cherian; Ron Wielkopolski; Robert Harkins |
| **Subject:** | Re: Luminati v BI |

Thanks Bill.

Calvin, given this can we both also agree that we won't file the 6am notice that was called for in his Order?

Eric


Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*




> On Feb 23, 2020, at 12:10 PM, William Cornelius, Jr <wc@wilsonlawfirm.com> wrote:
>
> All:  just heard from Judge who is traveling this weekend. He will cancel hearing.
>
> Bill
>
> Sent from my iPhone