# Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <EFindlay@FindlayCraft.com> |
| **Sent:** | Sunday, February 23, 2020 10:49 AM |
| **To:** | Ron Wielkopolski |
| **Cc:** | Debby Gunter; Sunny Cherian; Robert Harkins; Calvin Capshaw; Elizabeth DeRieux; Heidi Peterson; William Cornelius |
| **Subject:** | Re: BI Science - Joint Motion to Stay |

Approved.

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

> On Feb 23, 2020, at 9:43 AM, Ron Wielkopolski <ronw@ruyakcherian.com> wrote:
>
> Eric,
>
> Please see the attached joint motion to stay.  Do we have your approval to file?
>
> Thank you,
> Ron
>
> **Ronald Wielkopolski**
> Associate
>
> RuyakCherian LLP
> 1700 K St NW, Suite 810
> Washington, DC 20006
> O:  (202) 838-1568
> M:  (907) 952-4866
> <image001.png>
>
> <2020 02 23 Jnt Mtn to Stay All DLs.docx><2020 02 23 Proposed Order Jnt Mtn to Stay All DLs.docx>