# Ron Wielkopolski

| | |
|---|---|
| **From:** | Robert Harkins |
| **Sent:** | Thursday, February 27, 2020 5:01 PM |
| **To:** | Eric Findlay |
| **Cc:** | William Cornelius, Jr; Sunny Cherian; Debby Gunter; Ron Wielkopolski |
| **Subject:** | RE: Luminati / BI Science Follow Up |
| **Attachments:** | 2020.02.27_Settlement Agreement_DRAFT.docx |

Eric,

Per your request for a more formal version of the settlement agreement, please see attached.  This tracks the terms and language that the parties agreed to and Bill Cornelius confirmed in writing.  If this is acceptable please have your client sign and return.  If you think any edits are required, please send those for our review.

Thanks,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187



---

**From:** Ron Wielkopolski <ronw@ruyakcherian.com>
**Sent:** Thursday, February 27, 2020 6:47 AM
**To:** Eric Findlay <efindlay@findlaycraft.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati / BI Science Follow Up

Eric,

We will send you a draft shortly.

Thanks,
Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866



**From:** Eric Findlay <efindlay@findlaycraft.com>
**Sent:** Thursday, February 27, 2020 9:09 AM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ███████████████████████████; Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** Re: Luminati / BI Science Follow Up

Bob,

███████████████████████████████████████████████████████████████████████  In the meantime, we think a more formal agreement setting forth the details and particulars of how the settlement is put into effect in needed.  We will work on the initial draft and endeavor to get it to you as soon as we can.

Regards,

Eric

Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

> On Feb 25, 2020, at 3:50 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>
> Thanks for the response.  It is our understanding we have a final deal, but in any event why don't we talk tomorrow to at least know where we all are.  We can have the call at 11:30 am CT.  Here is the dial-in information: 800-356-8278 code 858272.
> **Bob Harkins**
> bobh@ruyakcherian.com
> (510) 944-0187
> <image001.png>
>
> **From:** Eric Findlay <efindlay@findlaycraft.com>
> **Sent:** Tuesday, February 25, 2020 1:23 PM
> **To:** Robert Harkins <bobh@ruyakcherian.com>
> **Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ███████████████████████████; Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
> **Subject:** Re: Luminati / BI Science Follow Up
>
> Bob,

███ hopefully being able to finalize the formal settlement agreement, and get dismissal papers on file. I can get on the phone anytime tomorrow to discuss how to make that happen. ███

I'll stand by for details for a call.

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

> On Feb 25, 2020, at 2:50 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>
> Eric,
>
> We received the completed settlement as confirmed by Bill Cornelius that both sides had agreed. We think we should make sure we also have it with our client's signatures. That should also streamline moving forward on executing on the terms. The agreement from Bill ███. Can you please have your client sign and send back ASAP?
>
> ███ What time can you do that?
>
> Thanks,
> **Bob Harkins**
> Partner
> RuyakCherian LLP
> 1936 University Ave, Suite 350
> Berkeley, CA 94704
> (510) 944-0187
> <image001.png>
>
> <Mediated Settlement (w signature blocks)-1.pdf>