**Ron Wielkopolski**

| | |
|---|---|
| **From:** | Eric Findlay <efindlay@findlaycraft.com> |
| **Sent:** | Wednesday, March 11, 2020 5:15 PM |
| **To:** | Robert Harkins; Sunny Cherian; Calvin Capshaw |
| **Cc:** | Ron Wielkopolski; Debby Gunter; William Cornelius, Jr |
| **Subject:** | Re: Luminati / BI Science Follow Up--FRE 408 Settlement Negotiations |
| **Attachments:** | Luminati.BISci.Revised Settlement3.11.2020.docx |

Bob, Sunny and Calvin,



Best,

Eric

Eric H. Findlay
**Findlay Craft PC**

1

102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

On Mar 10, 2020, at 10:32 AM, Sarah Hene <shene@findlaycraft.com> wrote:

Mr. Harkins,

I am responding on Eric's behalf as he is in Court today. He will touch base with you when he is available.

Thanks,
Sarah

Sarah Hene
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 312-2030
www.findlaycraft.com

*National Experience. Local Expertise.*

---

**From:** Robert Harkins [mailto:bobh@ruyakcherian.com]
**Sent:** Monday, March 9, 2020 2:58 PM
**To:** Eric Findlay <efindlay@findlaycraft.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati / BI Science Follow Up

Eric,

We have not heard from you since the below message a week ago.  While we are still waiting on a signed copy of the settlement agreement signed by Bill Cornelius, to move things along we have attached a proposed ████████████████████████ to coordinate the parties in executing the terms of the February 23, 2020 settlement agreement from over two weeks ago.  Obviously, ████████████████████████████████████████████████████████████████████████████

While we believe it is unnecessary to complete the settlement, we are sending this at your request to solidify the ████████████████████, including proposed dates for execution.

Please send us a signed copy of the settlement agreement and get back to us on the ▮▮▮▮▮. If BI Science can't confirm the Settlement Agreement and ▮▮▮▮▮ by Wednesday, we may run out of time and have to consider raising the issue with Judge Gilstrap.

Thanks,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

**From:** Robert Harkins
**Sent:** Monday, March 2, 2020 3:49 PM
**To:** Eric Findlay <efindlay@findlaycraft.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati / BI Science Follow Up

Eric,

In the past we have had issues ▮▮▮▮▮. There was no negotiation ▮▮▮▮▮. BI Science should not have an issue with this, however, because the terms ▮▮▮▮▮.

We are not able to add anything beyond the deal that was reached.

Regards,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

**From:** Eric Findlay <efindlay@findlaycraft.com>
**Sent:** Monday, March 2, 2020 2:14 PM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** Re: Luminati / BI Science Follow Up

Bob,

We are asking for clarification on the terms, that is the normal process that happens in working out a final agreement as you know as well as I.

To that end we want to have it more clearly set forth ▮▮▮▮▮. ▮▮▮▮▮.

Eric

Sent from my iPhone

On Mar 2, 2020, at 3:51 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:

Eric,

We recited exactly the terms that Bill Cornelius had in his proposal that the parties expressly agreed to, and we are not going to renegotiate or add to those terms.  Unless you think there is a mistake in the document, we would like to get this done as soon as possible, so please have your client sign and return the document and we will then do the same.

Thank you,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

---

**From:** Eric Findlay <efindlay@findlaycraft.com>
**Sent:** Sunday, March 1, 2020 6:51 AM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** Re: Luminati / BI Science Follow Up

Bob,

A question, can you provide more detail ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I think we should list those criteria out in some detail.

Eric


Eric H. Findlay
**Findlay Craft  PC**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

National Experience. Local Expertise.

> On Feb 27, 2020, at 4:01 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>
> Eric,
>
> Per your request for a more formal version of the settlement agreement, please see attached.  This tracks the terms and language that the parties agreed to and Bill Cornelius confirmed in writing.  If this is acceptable please have your client sign and return.  If you think any edits are required, please send those for our review.
>
> Thanks,

4

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

---

**From:** Ron Wielkopolski <ronw@ruyakcherian.com>
**Sent:** Thursday, February 27, 2020 6:47 AM
**To:** Eric Findlay <efindlay@findlaycraft.com>; Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ████████████████ Sunny Cherian <sunnyc@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Luminati / BI Science Follow Up

Eric,

We will send you a draft shortly.

Thanks,
Ron

**Ronald Wielkopolski**
Associate

RuyakCherian LLP
1700 K St NW, Suite 810
Washington, DC 20006
O:  (202) 838-1568
M:  (907) 952-4866
<image001.png>

---

**From:** Eric Findlay <efindlay@findlaycraft.com>
**Sent:** Thursday, February 27, 2020 9:09 AM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ████████████████ Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
**Subject:** Re: Luminati / BI Science Follow Up

Bob,

██████████████████████████████
██████████████████████████████
██████████ In the meantime, we think a more formal agreement setting forth the details and particulars of how the settlement is put into effect in needed.  We will work on the initial draft and endeavor to get it to you as soon as we can.

5

Regards,

Eric

Eric H. Findlay
**Findlay Craft PC**
102 N. College Avenue, Suite 900
Tyler, Texas 75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

> On Feb 25, 2020, at 3:50 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:
>
> Thanks for the response.  It is our understanding we have a final deal, but in any event why don't we talk tomorrow to at least know where we all are.  We can have the call at 11:30 am CT.  Here is the dial-in information: 800-356-8278 code 858272.
> **Bob Harkins**
> bobh@ruyakcherian.com
> (510) 944-0187
> <image001.png>
>
> ---
>
> **From:** Eric Findlay <efindlay@findlaycraft.com>
> **Sent:** Tuesday, February 25, 2020 1:23 PM
> **To:** Robert Harkins <bobh@ruyakcherian.com>
> **Cc:** William Cornelius, Jr <wc@wilsonlawfirm.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Sunny Cherian <sunnyc@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; Debby Gunter <dgunter@findlaycraft.com>
> **Subject:** Re: Luminati / BI Science Follow Up
>
> Bob,
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hopefully being able to finalize the formal settlement agreement, and get dismissal papers on file.  I can get on the phone anytime tomorrow to discuss how to make that happen. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> I'll stand by for details for a call.
>
> Eric
>
> Eric H. Findlay
> **Findlay Craft PC**

6

102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience. Local Expertise.*

On Feb 25, 2020, at 2:50 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:

Eric,

We received the completed settlement as confirmed by Bill Cornelius that both sides had agreed. We think we should make sure we also have it with our client's signatures.  That should also streamline moving forward on executing on the terms.  The agreement from Bill ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Can you please have your client sign and send back ASAP?



▮▮▮?  What time can you do that?

Thanks,
**Bob Harkins**
Partner
RuyakCherian LLP
1936 University Ave, Suite 350
Berkeley, CA 94704
(510) 944-0187
<image001.png>

<Mediated Settlement (w signature blocks)-1.pdf>

<2020.02.27_Settlement Agreement_DRAFT.docx>