IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement.  Having considered the motion, it is hereby GRANTED.