**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 2:18-CV-00483-JRG** |
| **v.** | § | |
| | § | |
| **BI SCIENCE INC. ET AL,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

TO THE HONORABLE COURT:

Plaintiff hereby notifies the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Plaintiff, Luminati Networks Ltd. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: March 23, 2020                   Respectfully submitted,


By: _____ */s/ J. Mark Mann* _____
**J. Mark Mann**
State Bar No. 12926150
mark@themannfirm.com
**G. Blake Thompson**
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 23rd day of March, 2020.


_____ */s/ J. Mark Mann* _____
**J. Mark Mann**