# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § § § *Plaintiff*, § § v. § § BI SCIENCE INC., BI SCIENCE (2009) § LTD., § § § *Defendants*. § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Expedite Briefing on Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement. (Dkt. No. 171.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Defendant BI Science (2009) Ltd., also known as BI Science Inc., will file any response to Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement (Dkt. No. 170) on or before noon Central on Wednesday, March 25, 2020.

**So Ordered this**

**Mar 23, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE