## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.,** § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:18-CV-00483-JRG |
| v. § | |
| § | |
| **BI SCIENCE INC. ET AL,** § | |
| § | |
| Defendants. § | |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Plaintiff hereby notifies the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Plaintiff, Luminati Networks Ltd. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: March 29, 2020                          Respectfully submitted,

                                               By:       */s/ G. Blake Thompson*
                                                          **G. Blake Thompson**
                                                          State Bar No. 24042033
                                                          blake@themannfirm.com
                                                          **J. Mark Mann**
                                                          State Bar No. 12926150
                                                          mark@themannfirm.com
                                                          **MANN | TINDEL | THOMPSON**
                                                          300 West Main Street
                                                          Henderson, Texas 75652
                                                          (903) 657-8540
                                                          (903) 657-6003 (fax)

                                                     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 29th day of March, 2020.

                                                        */s/ G. Blake Thompson*
                                                         **G. Blake Thompson**