# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

## NOTICE OF ADDITIONAL ACTIONS IN RELATED MATTERS

In Plaintiff Luminati Networks Ltd.'s ("Luminati") Motion to Enforce (Dkt. # 170), Luminati informed this court that it faced a looming deadline to file preliminary responses in IPR proceedings initiated by Defendant BI Science, Inc.  A panel of the Patent Trial and Appeal Board (PTAB) held a telephone hearing on March 30, 2020, to consider Luminati's request to extend the deadlines.  The panel issued the order attached as Exhibit A in the two IPR proceedings granting Luminati an extension of 30 days to respond to the IPRs.

Dated: March 31, 2020

Respectfully submitted,

By: /s/ *Korula T. Cherian*
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Plaintiff
Luminati Networks Ltd.