Trials@uspto.gov                                                Paper No. 12
571-272-7822                                         Entered. March 31, 2020

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

BI SCIENCE (2009) LTD.,
Petitioner

v.

LUMINATI NETWORKS LTD.,
Patent Owner

_____

Case IPR2020-00166[1] (Patent 9,241,044 B2)
Case IPR2020-00167 (Patent 9,742,866 B2)

_____

BEFORE THOMAS L. GIANNETTI, *Administrative Patent Judge*.

ORDER
Conduct of the Proceeding
*37 C.F.R. § 42.5*

---

[1] The parties are not authorized to use this caption.

IPR2020-00166 (Patent 9,241,044 B2)
IPR2020-00167 (Patent 9,742,866 B2)

      The panel held a telephonic conference with counsel for the parties on March 30, 2020. The purpose of the call was to discuss Patent Owner's request for an extension of time for filing preliminary responses to the petitions in each of these proceedings. The stated purpose of the requested extension is to permit the District Court to rule on a pending motion brought by Patent Owner in the parallel proceeding in the Eastern District of Texas. Patent Owner's counsel stated that the motion once resolved will result in requests to terminate these proceedings. Counsel stated that the motion is being expedited by the District Court and should be decided shortly.

      Petitioner does not oppose the request.

      After considering the presentations of the parties the panel granted the extension.

      It is, therefore,

      ORDERED that the due date for Patent Owner's preliminary responses to the petitions in these cases is extended to April 30, 2020; and

      FURTHER ORDERED that the parties will notify the Board promptly when the District Court decides the pending motion, at which time the Board will determine whether to modify the schedules further.

IPR2020-00166 (Patent 9,241,044 B2)
IPR2020-00167 (Patent 9,742,866 B2)

FOR PETITIONER:

Ronald Abramson
Ari J. Jaffess
M. Michael Lewis
Rebecca Claire Rothkopf
Liston Abramson LLP
ron.abramson@listonabramson.com
ari.jaffess@listonabramson.com
michael.lewis@listonabramson.com
rebecca.rothkopf@listonabramson.com


FOR PATENT OWNER:

Thomas M. Dunham
Don F. Livornese
RuyakCherian LLP
tomd@ruyakcherian.com
donl@ruyakcherian.com

3