**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS, LTD. | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:18-cv-0483-JRG |
| BI SCIENCE INC. | § | |

---

**MINUTES FOR VIDEO MOTION HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**April 13, 2020**

**OPEN: 3:09 p.m.**                                        **ADJOURN: 4:10 p.m.**

| ATTORNEYS FOR PLAINTIFF: | Robert Harkins<br>Sunny Cherian<br>Amadou Diaw<br>Ron Wielkopolski<br>Calvin Capshaw |
|---|---|
| ATTORNEYS FOR DEFENDANT: | Eric Findlay<br>Debbie Gunter |
| MEDIATOR: | Bill Cornelius |
| LAW CLERKS: | Taylor Mauze<br>Adrienne Dellinger |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 3:09 p.m. | Counsel announced ready for hearing.  The Court held the hearing Plaintiff Luminati Networks Ltd.'s  Motion to Enforce Settlement Agreement (Dkt. No. 170).  **The Courtroom was sealed for the hearing.**  Mr. Harkins argued on behalf of Plaintiff.  Mr. Findlay argued on behalf of Defendant. |
| | The Court ruled on the motion for the reasons forth in the hearing. |
| | **The Courtroom was unsealed.** |
| 4:10 p.m. | Court adjourned. |