IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § <br> § <br> v.   § <br> § <br> BI SCIENCE INC.  § | Case No. 2:18-CV-0483-JRG |

**PLAINTIFF LUMINATI NETWORK LTD.'S NOTICE OF RELEVENT DETERMINATION**

Pursuant to the Court's standing order, Plaintiff hereby notifies the Court and counsel of record of the April 28, 2020 Decisions in IPR2020-00167 and IPR2020-00168 issued by the U.S. Patent and Trademark Office (attached hereto as Exhibits A and B) regarding Patent Nos. 9,241,044 and 9,742,866 (the Patents-in-Suit in this action) and ordering the termination of each proceeding.

Dated: April 28, 2020

Respectfully submitted,

By: /s/ *Korula T. Cherian*
Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

        Capshaw DeRieux, LLP
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        Robert Ruyak
        Amadou Kilkenny Diaw
        Corrine Saylor Davis
        Ronald Wielkopolski
        RuyakCherian LLP
        1700 K St. NW, Suite 810
        Washington, DC 20006

        Korula T. Cherian
        Robert Harkins
        RuyakCherian LLP
        1936 University Ave, Ste. 350
        Berkeley, CA  94702

        Attorneys for Plaintiff
        Team Worldwide Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 28th day of April 2020, with a copy of this document via CM/ECF.

        */s/ Korula T. Cherian*
        Korula T. Cherian