# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | FILED UNDER SEAL |
| Defendant. | § | |

## PLAINTIFF LUMINATI NETWORKS LTD.'S OPPOSED MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND ARBITRATOR'S AWARD

During the April 13, 2020 hearing, Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant BI Science (2009) Ltd., also known as BI Science Inc. ("BI Science"), ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████." Dkt. 183 at 43:8-15. ████ ██████████████████████, Luminati submits as Exhibit A the February 24, 2020 Settlement Agreement signed by Mr. Cornelius and the Final Arbitration Award dated April 28, 2020 as Exhibit B, ████████████████████████████████████████████ ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████

Luminati respectfully requests that the Court enter a Court Order enforcing the Settlement Agreement (Exhibit A) and Arbitration Award (Exhibit B).

Dated: April 29, 2020

Respectfully submitted,

By: */s/ J. Mark Mann*
J. Mark Mann
State Bar. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main St.
Henderson, TX 75652
Telephone: 903-657-8540
Facsimile: 903-657-6003

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702

Attorneys for Plaintiff
Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 29th day of April 2020, with a copy of this document via CM/ECF.

/s/ *J. Mark Mann*
**J. Mark Mann**

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

/s/ *J. Mark Mann*
**J. Mark Mann**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the counsels for the parties have complied with Local Rule CV-7(h). Counsel participating on the April 29, 2020 meet and confer included: Mark Mann on behalf of Plaintiff; Eric Findlay on behalf of Defendant.

/s/ *J. Mark Mann*
**J. Mark Mann**