# Exhibits A-C Remain Under Seal