# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
|     Defendant. | § | |

## ORDER GRANTING PLAINTIFF LUMINATI NETWORKS LTD.'S OPPOSED MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND ARBITRATOR'S AWARD

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Opposed Motion for Enforcement of Settlement Agreement and Arbitrator's Award. Having considered the motion, it is hereby GRANTED.

Accordingly, the Court orders the Parties to comply with the terms of the Settlement Agreement and Arbitrator's Award, Exhibits A and B to the Motion, which is found to be a valid and enforceable agreement.