IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
|     Defendant. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION FOR SANCTIONS**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A is a true and correct copy of the Settlement Agreement between the parties as confirmed by mediator William Cornelius on February 24, 2020.

3. Exhibit B is a true and correct copy of email correspondence from opposing counsel dated February 23, 2020 with the subject line Re: Luminati v. BI.

4. Exhibit C is a true and correct copy of an email chain with the most recent email dated March 11, 2020 from opposing counsel with the subject line Re: Luminati / BI Science Follow Up.

5. Exhibit D is a true and correct copy of an email chain with the most recent email dated March 26, 2020 from opposing counsel with the subject line Re: Luminati / BI Science- IPR Response Deadline.

6. Exhibit E is a true and correct copy of an email dated April 20, 2020 from opposing counsel to William Cornelius with the subject line Re: Luminati / BI Science- Settlement Arbitration Positions.

7. Exhibit F is a true and correct copy of the April 22, 2020 opening arbitration brief from BI Science (2009) Ltd.

8. Exhibit G is a true and correct copy of the Arbitration Award dated April 29, 2020.

9. Exhibit H is a true and correct copy of an email chain with the most recent email dated March 24, 2020 from opposing counsel with the subject line Re: Luminati v. BI Science- extension on answers.

10. Exhibit I is a true and correct copy of an email chain with the most recent email dated February 23, 2020 from opposing counsel with the subject line Re: BI Science – Joint Motion to Stay.

11. Exhibit J is a true and correct copy of an email chain with the most recent email dated April 17, 2020 from Arbitrator William Cornelius with the subject line Re: Luminati Arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2020 in Washington, DC.

                                                */s/ Ronald Wielkopolski*
                                                Ronald Wielkopolski