# Exhibits A, E, F, G, and J Remain Under Seal