# Ron Wielkopolski

| | |
|---|---|
| **From:** | Eric Findlay <efindlay@findlaycraft.com> |
| **Sent:** | Thursday, March 26, 2020 4:26 PM |
| **To:** | Robert Harkins |
| **Cc:** | Debby Gunter; Ron Wielkopolski; Sunny Cherian; Calvin Capshaw; Elizabeth DeRieux; ron.abramson@listonabramson.com; Tom Dunham |
| **Subject:** | Re: URGENT: Luminati / BI Science ▮▮▮▮▮▮▮▮▮ |

Bob,

Given Luminati's actions per the below, and more, my client is not willing to assist with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Regards,

Eric


Eric H. Findlay
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 571-6963
www.findlaycraft.com

*National Experience  Local Expertise*


> On Mar 26, 2020, at 2:19 PM, Eric Findlay <EFindlay@FindlayCraft.com> wrote:
>
> Bob,
>
> This is a predicament of your own making.  Had you shown any good faith willingness over the past several weeks to negotiate a comprehensive agreement based on the mediator's proposal, and shown any consideration for, among other things, the havoc that the COVID-19 pandemic is having on BIScience's business this likely could have been avoided.  But, even in the face of an urging from Judge Gilstrap, via Bill Cornelius, to try and work it out you refused to do so.
>
> Regardless, I'm trying to get a hold of my client who is 7 hours ahead to discuss this.   I'll get back to you when I can.
>
> Eric
>
>
> Eric H. Findlay
> **Findlay Craft, P.C.**
> 102 N. College Avenue, Suite 900
> Tyler, Texas  75702
> (903) 534-1100  M: (903) 571-6963
> www.findlaycraft.com
>
> *National Experience  Local Expertise*

On Mar 26, 2020, at 2:07 PM, Robert Harkins <bobh@ruyakcherian.com> wrote:

██ Can you please respond?

---

**From:** Robert Harkins
**Sent:** Thursday, March 26, 2020 10:13 AM
**To:** Eric Findlay <efindlay@findlaycraft.com>
**Cc:** Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; sunny cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Betty DeRieux (ederieux@capshawlaw.com) <ederieux@capshawlaw.com>; ron.abramson@listonabramson.com
**Subject:** URGENT: Luminati / BI Science - ██████████
**Importance:** High

Eric,

██████████████████████████ I wrote to you about this a week ago but received no response (see below). You filed a response with the Court yesterday confirming that the parties reached a mediated settlement in accordance with the terms set forth by Bill Cornelius--████████████████████████████████ We are aware that your position is that force majeure applies to performance of some terms and that other details should be filled in, and we disagree with those positions, but what is clearly apparent and beyond dispute is that ██████████████ is NOT a term you dispute or seek to modify or excuse.

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please confirm that ████████████████████████████████████████████████████████████████████████████████████████████████████

Thank you,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187

**From:** Robert Harkins
**Sent:** Thursday, March 19, 2020 10:06 AM
**To:** Eric Findlay <efindlay@findlaycraft.com>
**Cc:** Debby Gunter <dgunter@findlaycraft.com>; Ron Wielkopolski <ronw@ruyakcherian.com>; sunny cherian <sunnyc@ruyakcherian.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Betty DeRieux (ederieux@capshawlaw.com) <ederieux@capshawlaw.com>
**Subject:** Luminati / BI Science - ████████████

Eric,

████████████████████████████████████████

███████████████████████████████ we would seek reimbursement for any fees, including expert fees, expended.

████████████████████████████████████████

Please let us know what your position is on this and what your proposal is.

Thank you,
**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187
<image001.png>

<Email to PTAB.docx>