| | |
|---|---|
| **From:** | Calvin Capshaw |
| **To:** | "Debby Gunter"; Elizabeth DeRieux |
| **Cc:** | Eric Findlay |
| **Bcc:** | Calvin Capshaw |
| **Subject:** | RE: Luminati v. BIScience- extension on answers |
| **Date:** | Tuesday, March 24, 2020 11:34:45 AM |

Our position is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ you don't need to answer the complaints but if you feel you need to answer then Luminati won't oppose a two day extension or Luminati will not seek a default or argue you defaulted if you wait until Friday to answer.

**From:** Debby Gunter <dgunter@findlaycraft.com>
**Sent:** Tuesday, March 24, 2020 11:19 AM
**To:** Elizabeth DeRieux <ederieux@capshawlaw.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>
**Cc:** Eric Findlay <efindlay@findlaycraft.com>
**Subject:** Luminati v. BIScience- extension on answers

Betty and Calvin,

We hope you and your families are staying well. We are reaching out to you both asking for a professional courtesy on the two new cases filed against BIScience. To be frank, this working from home situation is a bit cumbersome and difficult at times with intermittent internet issues, coordination, and communication with clients located in Israel. We are requesting a short extension to Friday, so basically 2 additional days on these answers. We would really appreciate the additional time and the courtesies in light of the less than ideal coronavirus situation. Please let us know.

Thank you,
Debby

Debby Gunter
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 570-2133
www.findlaycraft.com

*National Experience. Local Expertise.*

```
--
This email was Anti Virus checked by Astaro Security Gateway.
http://www.sophos.com
```