# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | FILED UNDER SEAL |
|     Defendant. | § | |

## ORDER GRANTING PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION FOR SANCTIONS

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Motion for Sanctions. Having considered the motion, it is hereby GRANTED.