**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BISCIENCE INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT BISCIENCE'S MOTION**
**TO WITHDRAW FINDLAY CRAFT, P.C. AS COUNSEL**
**AND TO STAY CASE FOR SUBSTITUTE COUNSEL TO APPEAR**

On this day came on to be considered BIScience's Opposed Motion to Withdraw Findlay Craft, P.C. as Counsel and to Stay Case for Substitute Counsel to Appear. Having considered the Motion and all responsive pleadings, the Court is of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Findlay Craft is allowed to withdrawal as counsel and the deadlines are stayed for thirty (30) days.