IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| BISCIENCE INC. | § § § | |
| Defendant. | § | |

**DECLARATION OF ERIC H. FINDLAY IN SUPPORT OF THE MOTION FOR WITHDRAWAL OF COUNSEL**

I, Eric H. Findlay, do hereby declare as follows:

1. I am a member in good standing of the State Bar of Texas. I am above the age of 21, have never been convicted of a felony or crime of moral turpitude, and am competent to make this Declaration and to testify to these matters.

2. I am counsel of record for BIScience in the above-referenced civil action. All facts stated herein are within my personal knowledge and are true and correct.

3. I have reviewed the Motion for Withdrawal of Counsel. With respect to the factual statements made in Paragraphs 2 through 5, those statements are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May 2020, in Tyler, Smith County, Texas.

/s/Eric H. Findlay
Eric H. Findlay