IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD.<br>　　　　Plaintiff,<br>v.<br>BI SCIENCE, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-CV-00483-JRG<br>FILED UNDER SEAL |

**PLAINTIFF LUMINATI NETWORKS LTD.'S NOTICE OF**
**ADDENDUM TO FINAL ARBITRATION AWARD**

During the April 13, 2020 hearing, Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant BI Science (2009) Ltd., also known as BI Science Inc. ("BI Science"), ██████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████." Dkt. 183 at 43:8-15. ████ ██████████████████████, Luminati submits the (a) May 1, 2020 Addendum to Final Arbitration Award (Exhibit A) filed under seal and (b) Press Release (Exhibit B) filed under seal.

Dated: May 6, 2020

Respectfully submitted,

By: */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

***Attorneys for Plaintiff***
***Luminati Networks Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 6th day of May 2020, with a copy of this document via CM/ECF.

/s/ J. Mark Mann
**J. Mark Mann**

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document and exhibits are being filed under seal pursuant to the Protective Order entered in this matter.

/s/ J. Mark Mann
**J. Mark Mann**