# Exhibit A

*Document Redacted in Entirety*