# Exhibit B

# PRESS RELEASE

**BI Science (GeoSurf) and Luminati Announce Resolution of Patent Disputes**

Luminati Networks LTD., the leading global provider of residential proxies, and BI Science (2009) Ltd. (GeoSurf), the leading global provider of behavioural and advertising intelligence, are pleased to announce the mutual resolution of all disputes between them.

As part of the resolution, BI Science will:

- focus on its core business of enabling companies to take advantage of advanced marketing analytics to outperform their competitors,
- discontinue its proxy service business, and
- work together with Luminati in a strategic partnership to transition BI Science proxy service customers to Luminati's service.

"We are pleased to have resolved these disputes and look forward to working in partnership with BI Science as we capitalize on our unique capabilities to provide the best possible services to our respective customers", said Or Lenchner, CEO of Luminati.

"We are looking forward to this partnership with Luminati and happy to find mutual ground between the parties. This strategic partnership allows customers around the world to enjoy a best of breed global proxy solution", said Assaf Toval, General Manager of BIScience.

**About Luminati:**

Luminati Networks is the world's leading data collection automation platform dedicated to enable businesses view the internet with complete transparency. The company helps global brands gather publicly available online data in an ethical manner.

Working with over 10,000 customers including market-leaders from the Fortune 500, Luminati's first-of-its-kind data collection automation platform enables organizations to collect data at scale and gain a real and accurate perspective of how their customers are interacting with their brand and with their competitors – without being blocked or served misleading information.

**About BIScience:**

BIScience is an Internet technology company pioneering the world of digital media and audience intelligence, by crunching over 5 petabyte of data every month BIScience is harnessing user centric data at scale in a coherent cross device and cross-geo environment to bring game changing insights into the online marketing industry and audience analytics on behalf of Fortune 500 companies.

Using BIScience solutions, CMOs, research exerts and online marketers can benchmark marketing and advertising effectiveness, perform deep behavioral journey analysis, get an outlook on competitive intelligence, evaluate purchase intent, brand engagement, eCommerce activities, and analyze targeted and behaviour-based online activities.