IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| **BISCIENCE INC.,** | § § § | |
| Defendant. | § § § | |

### UNOPPOSED MOTION TO WITHDRAW RONALD ABRAMSON AND M. MICHAEL LEWIS AS COUNSEL FOR DEFENDANT

1.  COMES NOW Ronald Abramson and M. Michael Lewis ("Abramson and Lewis"), two of the counsel of record in this action for Defendant BIScience (2009) Ltd. (hereinafter referred to as "BIScience"), and hereby seeks leave of this Honorable Court requesting that said counsel be permitted to withdraw from representation of BIScience in this action, and in support thereof states as follows:

2.  Abramson and Lewis were counsel of record for BIScience in two administrative proceedings in the United States Patent and Trademark Office, for *inter partes* review ("IPR") of the patents asserted by the plaintiff in the present case. The IPR proceedings, IPR2020-00166 and IPR2020-00167, have been terminated.

3.  Lead counsel for BIScience in the present case is Findlay Craft LLP ("Findlay Craft"), which has also made a motion to withdraw and requested a 30-day stay.

4.  Abramson and Lewis appeared in the present case, subsequent to the appearance herein by Findlay Craft, for the limited purposes (i) of being able to review confidential

-2-

infringement contentions provided under a protective order herein, insofar as such contentions were relevant to claim construction in the IPRs, and (ii) to be able to issue a subpoena to a third-party witness to develop certain prior art that was of interest in connection with the IPRs. This limited role of Abramson and Lewis has come to an end with the recent termination of the IPRs.

5. Abramson and Lewis have not been retained to represent the defendant generally in this matter, or to represent the defendant in any appeal.

6. Counsel for Plaintiff Luminati do not oppose this request.

## **PRAYER**

For the reasons cited above, Abramson and Lewis respectfully request that the Court grant this Motion to Withdraw.

Dated: May 6, 2020                  Respectfully submitted,

                          By:   */s/ Ronald Abramson*
                                Ronald Abramson

                                */s/M. Michael Lewis*
                                M. Michael Lewis

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will serve all counsel via electronic mail.

>  */s M. M. Lewis*
>  Mord Michael Lewis

-4-

## CERTIFICATE OF CONFERENCE

The Parties have complied with Local Rule CV-7(h). Counsel for BIScience met and conferred with Plaintiff's counsel on May 6, 2020, and Plaintiff does not oppose the relief sought herein.

*/s/Ronald Abramson*
Ronald Abramson
