IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| BISCIENCE INC., | § § § | |
| Defendant. | § § § | |

**UNOPPOSED MOTION TO WITHDRAW RONALD ABRAMSON
AND M. MICHAEL LEWIS AS COUNSEL FOR DEFENDANT**

On this day came on to be considered the unopposed motion by Ronald Abramson and M. Michael Lewis to withdraw as counsel for Defendant BIScience (2009) Ltd. (hereinafter referred to as "BIScience") in this action.

Having considered the motion, and there being no opposition thereto, the Court is of the opinion that the same should be GRANTED, and it is therefore,

ORDERED, ADJUDGED and DECREED that Ronald Abramson and M. Michael Lewis are allowed to withdraw as for Defendant BIScience herein.