IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
|     Defendant. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ARBITRATION AWARD**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A is a true and correct copy of the Settlement Agreement between the parties as confirmed by mediator William Cornelius on February 24, 2020.

3. Exhibit B is a true and correct copy of the Final Arbitration Award dated April 29, 2020.

4. Exhibit C is a highlighted excerpt of a true and correct copy of the April 13, 2020 Hearing transcript (Dkt. 183).

5. Exhibit D is a highlighted true and correct copy of email correspondence from William Cornelius dated April 17, 2020 with the subject line Re: Luminati Arbitration.

6. Exhibit E is a highlighted true and correct copy of the opening arbitration brief from BI Science (2009) Ltd. dated April 22, 2020, but served on April 23, 2020.

7. Exhibit F is a true and correct copy of a letter from William Cornelius dated April 23, 2020.

8. Exhibit G is a true and correct copy of email correspondence between counsel between May 5-6 with the subject line BI Science – Joint Stipulation and Motions to Dismiss.

9. Exhibit H is a true and correct copy of a draft joint stipulation attached to Luminati's April 23, 2020 opening arbitration brief.

10. Exhibit I is a true and correct copy of a draft joint motion for partial dismissal attached to Luminati's April 23, 2020 opening arbitration brief.

11. Exhibit J is a true and correct copy of a draft joint motion for final judgment attached to Luminati's April 23, 2020 opening arbitration brief.

12. Exhibit K is a true and correct copy of email correspondence between counsel between May 6-8 with the subject line Arbitration Luminati.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2020 in Washington, DC.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski