# Exhibits A-K Remain Under Seal