IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | FILED UNDER SEAL |
| Defendant. | § | |

# ORDER GRANTING PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ARBITRATION AWARD

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd. ("Luminati's") Motion to Enforce Settlement Agreement and Arbitration Award. Having considered the motion, it is hereby GRANTED. Pursuant to the Settlement Agreement and Arbitration Award, it is hereby ORDERED as follows:

1. [REDACTED]

2. [REDACTED]

3. [REDACTED]

4. ███████████████████████████████████████████████

   ███████████████████████████████████████████████

   ███████████████████████████████████████████