# Exhibits A and B Remain Under Seal