IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § § | |
| | § | **FILED UNDER SEAL** |
| BI SCIENCE INC. | § § | |

## ORDER DENYING DEFENDANT BI SCIENCE INC.'S MOTION TO WITHDRAW FINDLAY CRAFT, P.C. AS COUNSEL AND TO STAY CASE FOR SUBSTITUTE COUNSEL TO APPEAR

CAME ON FOR CONSIDERATION, Defendant BI Science (2009) Ltd.'s Motion to Withdraw Findlay Craft, P.C. as Counsel and to Stay Case for Substitute Counsel to Appear. Having considered the motion it is hereby DENIED.