# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| BISCIENCE INC. § | FILED UNDER SEAL |
| § | |
| Defendant. § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

On this day came on to be considered Plaintiff Luminati Networks Ltd.'s Motion for Sanctions (Dkt. 187), and the Court being of the opinion that the same should be DENIED, it is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff Luminati Networks Ltd.'s Motion for Sanctions (Dkt. 187), is hereby DENIED in full.