# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | ▮▮▮▮▮▮▮▮▮ |
| | § | |
| Defendant. | § | |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND ARBITRATOR'S AWARD

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby files this response in opposition to Plaintiff Luminati Networks Ltd.'s ("Luminati") Motion to Enforce Settlement Agreement and Arbitrator's Award.

On April 29, Luminati filed a previous Motion for Enforcement of Settlement Agreement and Arbitrator's Award (Dkt. No. 185) requesting that the Court enter an Order "enforcing the Settlement Agreement" and "Arbitration Award." Luminati continues to seek a public court order in its latest Motion to Enforce. Luminati continues to allege that the Court wants an order from the parties. ███████████████████████████████████████████████████████████████████████████████. For that reason, BIScience opposed Luminati's Motion for Enforcement of Settlement Agreement and Arbitrator's Award as stated in its Response.

Here, in Luminati's Motion to Enforce, Luminati requests that the Court issue the following:

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████



BIScience does not oppose the Court dismissing all claims and counterclaims with prejudice, except for claim 108 of the '044 Patent. As stated in previous filings, BIScience is not opposed to an appealable order being entered by this Court.

For these reasons, BIScience respectfully requests that this Honorable Court deny Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement and Arbitrator's Award.

Dated: May 22, 2020

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

***ATTORNEYS FOR DEFENDANT BISCIENCE***

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that this document is being filed under seal pursuant to the Protective Order entered in this matter.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Plaintiff in accordance with the Federal Rules of Civil Procedure.

*/s/  Eric H. Findlay*
Eric H. Findlay
