# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LUMINATI NETWORKS LTD.** | § § § | |
| Plaintiff, | § § § | **CIVIL ACTION NO. 2:18-cv-483-JRG** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **BISCIENCE INC.** | § § § | ▮▮▮▮▮▮▮▮▮▮ |
| Defendant. | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ARBITRATOR'S AWARD

On this day came on to be considered Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement and Arbitrator's Award (Dkt. 194), and the Court being of the opinion that the same should be DENIED, it is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff Luminati Networks Ltd.'s Motion to Enforce Settlement Agreement and Arbitrator's Award (Dkt. 194), is hereby DENIED in full.