# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
|     Defendant. | § | |

### DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF LUMINATI NETWORKS LTD.'S REPLY AND OPPOSED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ARBITRATION AWARD

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit A to the Motion (ECF 185) is a true and correct copy of the Settlement Agreement between the parties as confirmed by mediator William Cornelius on February 24, 2020.

3. Exhibit B to the Motion (ECF 185) is a true and correct copy of the Final Arbitration Award dated April 29, 2020.

4. Exhibit C to the Motion (ECF 185) is a true and correct copy of email correspondence from William Cornelius dated April 17, 2020 with the subject line Re: Luminati Arbitration.

5. Exhibit D to the Reply is a highlighted excerpt of a true and correct copy of the April 13, 2020 Hearing transcript (ECF 183).

6. Exhibit E to the Reply is a highlighted true and correct copy of the opening arbitration brief from BI Science (2009) Ltd. dated April 22, 2020, but served on April 23, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2020 in Washington, DC.

                                              */s/ Ronald Wielkopolski*
                                              Ronald Wielkopolski