# Exhibits D and E Remain Under Seal