# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:18-cv-483-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| BISCIENCE INC. | § | ▮▮▮▮▮▮▮▮ |
| | § | |
| Defendant. | § | |

**<u>DEFENDANT'S REPLY IN SUPPORT OF ITS
MOTION TO WITHDRAW FINDLAY CRAFT P.C. AS COUNSEL AND
TO STAY CASE FOR SUBSTITUTE COUNSEL TO APPEAR</u>**

Defendant BIScience (2009) Ltd. (which Plaintiff alleges is also known as BIScience Inc.) (hereinafter referred to as "BIScience") hereby files this Reply In Support Of Its Motion to Withdraw Findlay Craft P.C. As Counsel And To Stay Case For Substitute Counsel To Appear.

Contrary to Luminati's repeated assertions, this Motion to Withdraw is in no way a means to "obstruct" this litigation. And, unfortunately, even though this case appeared to be drawing to an end, Luminati continues to file multiple motions so unfortunately, due to the ongoing motion practice, this case does not appear to be at its end. Luminati complains about Findlay Craft's withdrawal and the request for a 30 day stay for new counsel to appear as causing delay in this litigation process. Any delay to reach dismissal of this case is on Luminati's part with their serial motion filing, and its failure to simply move to dismiss the case. In cause numbers 2:19-cv-395 and 2:19-cv-352, Luminati followed the Arbitration Award ███████████████████ ███████████████████████. However, Luminati is so intent on its continued motion practice in this cause of action that it has not performed the simple ███████████████.[1] And notably, there has been no explanation as to why Luminati ███████████████████.

Luminati repeatedly states in its Response that "BIScience would already have 30 days to file its notice of appeal after entry of judgment, giving BIScience ample opportunity to find new counsel." Dkt. No. 199, p.8. However, with the current motion practice initiated by Luminati and its aggressive and expensive litigation tactics, it is unclear when this case will come to an end. Regardless, a short stay of 30 days will not result in prejudice to Luminati and will only stay its motion practice for a short time.

---

[1] ███████████████████████████████████████████████

As Luminati admits in its Response, the Fifth Circuit recognizes that good cause may be shown when a client refuses to pay for services. Good cause for withdrawal has been shown. The decision to allow an attorney to withdraw is in the discretion of the Court. *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). The undersigned has knowledge that BIScience has been and is continuing to seek substitute counsel in this matter for an appeal. Considering the multiple pending motions in this case, and the likelihood of additional motion practice, Luminati will not be prejudiced or disadvantaged in any way were this Court to stay the proceedings for 30 days, allow Findlay Craft, P.C. to withdraw and for substitute counsel to appear.

For these reasons, BIScience respectfully requests that this Honorable Court grant this Motion to Withdraw and stay the case for 30 days to allow substitute counsel to appear.

Dated:  May 26, 2020                                Respectfully submitted,

By:  */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Email: dgunter@findlaycraft.com

***ATTORNEYS FOR DEFENDANT BISCIENCE***

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that this document is being filed under seal pursuant to the Protective Order entered in this matter.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. This document will be served on Plaintiff in accordance with the Federal Rules of Civil Procedure.

*/s/ Eric H. Findlay*
Eric H. Findlay