# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § | |
|     Plaintiff, § | |
| v. § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., § | |
|     Defendant. § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFF LUMINATI NETWORKS LTD.'S MOTION FOR SANCTIONS**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit K is a highlighted true and correct copy of an excerpt of the April 13, 2020 hearing transcript filed under seal as ECF 183.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2020 in Rockville, MD.

                                                */s/ Ronald Wielkopolski*
                                                Ronald Wielkopolski