# Exhibit K Remains Under Seal