IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § | |
| | § | FILED UNDER SEAL |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

### NOTICE

COMES NOW, Plaintiff Luminati Networks Ltd. And, pursuant to this Court's Standing Order on relevant determinations in related proceedings, attaches hereto documents filed under seal in a related matter on May 27, 2020, in the District Court of Tel Aviv, Israel, and the order that issued on June 2, 2020. The original Hebrew documents are attached. A non-certified partial English translation of the documents are also attached for the Court's convenience.

Dated: June 3, 2020

Respectfully submitted,

By: /s/ *Korula T. Cherian*
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.

Gladewater, TX 75647<br>
Telephone: 903-845-5770<br>
ccapshaw@capshawlaw.com<br>
ederieux@capshawlaw.com<br>
<br>
Attorneys for Plaintiff<br>
Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of June 2020, with a copy of this document via email.

/s/ Korula T. Cherian

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

/s/ Korula T. Cherian