# Exhibits Remain Under Seal