IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF LUMINATI NETWORKS LTD.'S SURREPLY IN SUPPORT OF OPPOSITION TO DEFENDANT BI SCIENCE INC.'S MOTION TO WITHDRAW FINDLAY CRAFT, P.C. AS COUNSEL AND TO STAY CASE FOR SUBSTITUTE COUNSEL TO APPEAL**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so. I am an associate attorney with the law firm of RuyakCherian LLP and counsel of record for Plaintiff Luminati Networks, Ltd. ("Luminati").

2. Exhibit C is a highlighted true and correct copy of email correspondence between counsel between May 5, 2020 and May 6, 2020 with the subject heading "BI Science – Joint Stipulation and Motions to Dismiss."

3. Exhibit D is a highlighted true and correct copy of email correspondence between counsel between May 6, 2020 and May 8, 2020 with the subject heading "Arbitration Luminati."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2020 in Rockville, Maryland.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski