# Exhibits C and D Remain Under Seal