IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|     Plaintiff, | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | FILED UNDER SEAL |
|     Defendant. | § | |

**JOINT MOTION TO CORRECT FINAL JUDGMENT**

Plaintiff Luminati Networks Ltd. and defendant BI Science (2009) Ltd., also known as BI Science, Inc., hereby respectfully move the Court to correct the Order and Final Judgment in this case (ECF 220) (the "Final Judgment") to reflect an invalidity finding that the Court made in its claim construction order.

In its December 6, 2019 claim construction order, the Court found claim 108 of U.S. Patent No. 9,241,044 (the "'044 Patent") indefinite. ECF 130 at 56. The parties agree that the Final Judgment should be corrected to expressly incorporate that finding, and the Court is empowered to make that correction under Federal Rule of Civil Procedure 60(a), 60(b)(1) and/or 60(b)(6). *See Orenshteyn v. Citrix Sys.*, 2011 U.S. Dist. LEXIS 161549, at *2-3 (S.D. Fl. 2011) (correcting final judgment to reflect an invalidity order, under FRCP 60(a), 60(b)(1) or 60(b)(6)).

Accordingly, the parties respectfully request that the Court correct the Final Judgment to expressly include the Court's finding that claim 108 of the '044 Patent is invalid for indefiniteness.

Dated: July 24, 2020

                                                    Respectfully submitted,

                                                    By: */s/ Korula T. Cherian*

Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Luminati Networks Ltd.*


By: */s/ J.C. Rozendaal*

John Christopher "J.C." Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
110 New York Avenue NW
Suite 600
Washington, D.C. 20005

2

Phone: (202) 272-8747
jcrozendaal@sternekessler.com

Michael A. Charish (admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone:  (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd., also known as BI Science, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of July 2020, with a copy of this document via electronic mail.

/s/ *Korula T. Cherian*

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

/s/ *Korula T. Cherian*