# Proposed Order Remains Under Seal