## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
|       Plaintiff, | § | |
|     v. | § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § | FILED UNDER SEAL |
|       Defendant. | § | |

### ORDER GRANTING PLAINTIFF LUMINATI NETWORKS LTD.'S OPPOSED MOTION TO MAKE FINAL JUDGMENT PUBLIC

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd.'s Opposed

Motion to Make Final Judgment Public.  Having considered the motion, it is hereby GRANTED.