# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § <br>     Plaintiff, § <br> v. § <br> BI SCIENCE, INC., § <br>     Defendant. § | Case No. 2:18-CV-00483-JRG |

## NOTICE OF APPEAL

Defendant BI Science (2009) Ltd. ("BI Science") (which plaintiff has alleged is also known as BI Science, Inc.) hereby respectfully gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Order and Final Judgment entered in this action on July 2, 2020 (the "Final Judgment"), and from any ruling or order adverse to BI Science that is contained in, is subsumed by, or preceded the Final Judgment, including but not limited to: (1) the portion of the Memorandum Opinion and Order dated May 13, 2019 (Dkt. No. 82) that denied in part BI Science's motion to dismiss and, in the alternative, transfer venue; and (2) the Court's April 13, 2020 ruling on Plaintiff's Motion to Enforce Settlement Agreement (Dkt. No. 183).

Dated: July 29, 2020

    Respectfully submitted,

By:  /s/ *J.C. Rozendaal*
J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
110 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish (admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of July 2020, with a copy of this document via the Court's CM/ECF system.

                                                        /s/ *J.C. Rozendaal*
                                                        J.C. Rozendaal