# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § | |
| | § | FILED UNDER SEAL |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

## NOTICE

COMES NOW, Plaintiff Luminati Networks Ltd. and attaches hereto a decision issued under seal in a related matter on July 22, 2020, in the District Court in Tel Aviv, Israel. The original decision in Hebrew is attached. A non-certified partial English translation of the decision is also attached for the Court's convenience.

Dated: July 27, 2020

Respectfully submitted,

By: /s/ *Korula T. Cherian*
Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Ronald Wielkopolski
RuyakCherian LLP

                                            1700 K St. NW, Suite 810
                                            Washington, DC 20006

                                            S. Calvin Capshaw
                                            State Bar No. 03783900
                                            Elizabeth L. DeRieux
                                            State Bar No. 05770585
                                            Capshaw DeRieux, LLP
                                            114 E. Commerce Ave.
                                            Gladewater, TX 75647
                                            Telephone: 903-845-5770
                                            ccapshaw@capshawlaw.com
                                            ederieux@capshawlaw.com

                                            Attorneys for Plaintiff
                                            Luminati Networks Ltd.

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of July 2020, with a copy of this document via email.

                                            */s/ Korula T. Cherian*

## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

      I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

                                            /s/ *Korula T. Cherian*