# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| | § |  |
| BI SCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT BI SCIENCE'S OPPOSITION TO
## PLAINTIFF LUMINATI'S MOTION TO MAKE THE FINAL JUDGMENT PUBLIC

**TABLE OF CONTENTS**

I.   INTRODUCTION AND SUMMARY ................................................................................1

II.   BACKGROUND ...............................................................................................................3

III.   ARGUMENT .....................................................................................................................4

   A.   ██████████████████████████████████
   ████████████████ ..........................................................................6

   B.   ██████████████████████████████████
   ████████████████ ..........................................................................9

   C.   In the alternative, if the Court is inclined to unseal any part of the Final
   Judgment, it should redact any portions of the documents that need not be
   made public. .........................................................................................................12

IV.   CONCLUSION................................................................................................................13

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Arachnid, Inc. v. Merit Indus., Inc.*,
  939 F.2d 1574 (Fed. Cir. 1991)...................................................................................................7

*Cellular Commc'ns Equip., LLC. v. Apple Inc.*,
  2017 WL 10311215 (E.D. Tex. Jan. 5, 2017).............................................................................12

*EEOC v. Erection Co.*,
  900 F.2d 168 (9th Cir. 1990) .......................................................................................................8

*IpVenture, Inc. v. Prostar Computer, Inc.*,
  503 F.3d 1324 (Fed. Cir. 2007)....................................................................................................7

*Nixon v. Warner Commc'ns, Inc.*,
  435 U.S. 589 (1978).....................................................................................................................5

*S.E.C. v. Van Waeyenberghe*,
  990 F.2d 845 (5th Cir. 1993) ...................................................................................................5, 8

*Uniloc 2017 LLC v. Apple Inc.*,
  2019 WL 2009318 (N.D. Cal. May 7, 2019), *aff'd in part, rev'd in part*,
  __ F.3d __, 2020 WL 3865275 (Fed. Cir. July 9, 2020).............................................................8

*United States v. Sealed Search Warrants*,
  868 F.3d 385 (5th Cir. 2017) .......................................................................................................9

*Vantage Health Plan, Inc. v. Willis-Knighton Med. Ctr.*,
  913 F.3d 443 (5th Cir. 2019) ................................................................................................5, 10

**Rules**

Fed. R. Civ. P. 60(a) .........................................................................................................................6

Fed. R. Civ. P. 60(b) .........................................................................................................................6

Fed. Cir. Rule 25.1(c)(2).................................................................................................................12

Fed. Cir. Rule 25.1(d) ....................................................................................................................12

L. R. CV-7(h)....................................................................................................................................1

I.  **INTRODUCTION AND SUMMARY**

Defendant BI Science (2009) Ltd. ("BI Science") respectfully opposes the motion by plaintiff Luminati Networks Ltd. ("Luminati") to make the final judgment public. BI Science has filed a notice of appeal of the final judgment and expects to file presently a motion to stay enforcement of the judgment pending appeal (the "Stay Motion"), ███████████ ███████████████████████████████████████████████████████████████.[1]

Luminati makes two arguments in support of its motion. Neither is persuasive.

███████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

---

[1] BI Science is prepared to file the motion to stay enforcement of the judgment pending appeal promptly. BI Science contacted counsel for Luminati in the early morning of August 6 to attempt to schedule a meet-and-confer in advance of filing its Stay Motion, in accordance with Local Rule CV-7(h). As of the time of this filing, BI Science has not received any response from Luminati's counsel.

[redacted]

---

[2] Unless otherwise indicated, all italic and bold emphasis in this brief has been added.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

██████████

        ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

      Luminati's motion to unseal the entire final judgment, Mediator's Settlement Proposal, and Arbitration Award should be denied.

## II.    BACKGROUND

      On July 2, 2020, the Court entered an Order and Final Judgment, which incorporates by reference the full texts of Exhibits A and B, attached to the final judgment. Dkt. No. 220 (the "Final Judgment"). ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

3

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████

Meanwhile, on July 29, 2020, BI Science filed a Notice of Appeal of this action to the United States Court of Appeals for the Federal Circuit. Dkt. No. 228. The issues that BI Science respectfully expects to raise on appeal include the following: ████████████████████████ ███████████████████████████████████████████ and a whether this Court lacks personal jurisdiction of BI Science. The Federal Circuit docketed the appeal on August 4, 2020. Dkt. No. 230. In view of that appeal, BI Science expects to file its Stay Motion as soon as it has completed the meet-and-confer process. *See supra* n.1.

**III.   ARGUMENT**

Whether to keep the Final Judgment and incorporated documents under seal is an issue committed to this Court's sound discretion. *See Vantage Health Plan, Inc. v. Willis-Knighton*

4

*Med. Ctr.*, 913 F.3d 443, 450 (5th Cir. 2019) (district court's decision to seal a judicial record is reviewed for abuse of discretion). ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

██████████████████████████████

███████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

In considering whether to keep judicial records under seal, a court "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)). ████████████████████████

████████████████████████████████



      **A.**

████████████████████████████████████████████████████████

██████████████████████████████████████████

    ██████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████

    ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

██ ██████████████████████████████████████████████

████████████████████████

8

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████

    **B.**    ███████████████████████████████████████
███████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████

    ████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████████



███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
    ████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████
    ██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████

██████████████████████████████████████████████████████████
███████████████████████.

      **C.**      **In the alternative, if the Court is inclined to unseal any part of the Final Judgment, it should redact any portions of the documents that need not be made public.**

For the foregoing reasons, the Court should deny Luminati's motion to unseal. If the Court is nevertheless inclined to unseal any portion of the Final Judgment, however, it should not unseal it in its entirely but should make public only those portions necessary for the Court's purposes. ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

BI Science is mindful that, in accordance with Federal Circuit Rules 25.1(c)(2) & (d), it may be necessary for the parties, in the course of the appeal, to request that the Court make public certain portions of the Final Judgment and the documents incorporated therein, and BI Science expects to cooperate with Luminati in seeking unsealing to the extent necessary to comply with those rules and brief the appeal. But at this juncture, Luminati has not carried its burden as the moving party to show that wholesale unsealing is warranted, and its motion should therefore be denied.

## IV. CONCLUSION

The Court should deny Luminati's motion to unseal the Final Judgment. In the alternative, if the Court is inclined to grant Luminati any relief on this motion, it should unseal no more of the documents than is necessary to the Court's purposes ██████████████ ████████████████████████████████████████████████.

Dated: August 7, 2020

Respectfully submitted,

By: /s/ *J.C. Rozendaal*
J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
110 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish (admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of August 2020, with a copy of this document via electronic mail.

                                                    /s/ *J.C. Rozendaal*
                                                    J.C. Rozendaal

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

                                                    /s/ *J.C. Rozendaal*
                                                    J.C. Rozendaal