IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| Defendant. | § | |

### DECLARATION OF KFIR MOYAL IN SUPPORT OF
### BI SCIENCE'S STAY MOTION AND OPPOSITION TO
### LUMINATI'S MOTION TO MAKE THE FINAL JUDGMENT PUBLIC

1. I am a Co-Founder and the CEO of defendant BI Science (2009) Ltd. ("BI Science"). I live and work in Tel Aviv, Israel, where BI Science is headquartered.

2. I submit this declaration in support of: (a) BI Science's motion to stay enforcement of this Court's July 2, 2020 Order and Final Judgment (the "Final Judgment"); and (b) BI Science's opposition to the motion of plaintiff Luminati Networks Ltd. ("Luminati") to make the Final Judgment public.

3. Unless otherwise indicated, I have personal knowledge of the facts contained in this declaration. I am over the age of 18 years and I am competent to testify to the truth of the facts herein if called upon to do so.

4. [redacted]

5. [redacted]

1

6. My fellow BI Science co-founder Assaf Toval and I are the inventors on the '244 patent. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

7. BI Science applied for the '244 patent in November 2013 and prosecuted the patent for nearly six years until it was finally granted in September 2019. ████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

8. ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

9. ████████████████████████████████████

████████████████████████████████████████████.

10. ████████████████████████████████████

████████████████████████████████████████████,

2

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████.

      11.    ████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████

      12.    ████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████

      13.    ████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████

      14.    ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

3

███████████████████████████████████████████████████████████████

███████████████████

15. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████

16. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████

17. In this case, I previously submitted a declaration dated March 25, 2020. In paragraph 4 of that declaration, I stated that ███████████████████████████

███████████████████████████████████████████████████████████████

███████████████ Unfortunately, I believe that that statement remains true as of today.

18. In paragraph 8 of the March 25 declaration, I stated that ███████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████

19. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

4

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████

20. ████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2020

_____
Kfir Moyal