# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br>　　　　Plaintiff,<br>　v.<br>BI SCIENCE, INC.,<br>　　　　Defendant. | §<br>§<br>§　　Case No. 2:18-CV-00483-JRG<br>§<br>§<br>§ |

## PLAINTIFF LUMINATI NETWORKS LTD.'S NOTICE OF APPEAL

Following the July 29, 2020 Notice of Appeal (Dkt. 228) filed by Defendant BI Science (2009) Ltd., also known as BI Science Inc., Plaintiff Luminati Networks Ltd. ("Luminati") hereby respectfully gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Order and Final Judgment entered in this action on July 2, 2020 (the "Final Judgment")[1], and from the Court's December 6, 2020 Order (the "Claim Construction Order," Dkt. No. 130) subsumed within the Final Judgment, to the extent that Final Judgment and Claim Construction Order found claim 108 of U.S. Patent No. 9,241,044 indefinite.

Dated: August 12, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Korula T. Cherian*
　　　　　　　　　　　　　　　　　　　　Mark Mann
　　　　　　　　　　　　　　　　　　　　Mann | Tindel | Thompson

---

[1] Luminati and Defendant BI Science (2009) Ltd., also known as BI Science Inc., filed a joint Motion to Correct the Final Judgment on July 24, 2020 ("Joint Motion," Dkt. 223) pursuant to Fed. R. Civ. Pro. 60 to expressly incorporate the finding that claim 108 of U.S. Patent No. 9,241,044 as indefinite. While the Joint Motion is still pending and under Federal Circuit Rule 4(a)(4)(A)(vi) "the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion," out of an abundance of caution, Luminati files this Notice of Appeal with regard to the Final Judgment, and in the event that the Joint Motion is granted, the corrected Final Judgment.

300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Plaintiff
Luminati Networks Ltd.