IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| Defendant. | § | |

### SUPPELEMENTAL DECLARATION OF KFIR MOYAL
### IN SUPPORT OF BI SCIENCE'S STAY MOTION

1. I am a Co-Founder and the CEO of defendant BI Science (2009) Ltd. ("BI Science"). I submit this supplemental declaration in support of BI Science's motion to stay enforcement of this Court's July 2, 2020 Order and Final Judgment (the "Final Judgment").

2. I have personal knowledge of the facts contained in this declaration. I am over the age of 18 years and I am competent to testify to the truth of the facts herein if called upon to do so.

3. 

4.

Case 2:18-cv-00483-JRG Document 235-1 Filed 08/14/20 Page 2 of 2 PageID #: 5817



5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2020

_____
Kfir Moyal

2