IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § | Case No. 2:18-CV-00483-JRG |
| v. | § § |  |
| BI SCIENCE, INC., | § § | |
| Defendant. | § | |

## ORDER

Upon consideration of defendant BI Science (2009) Ltd.'s Motion to Stay Enforcement of the Final Judgment, the Court grants the motion.

It is therefore ORDERED that enforcement of the Court's July 2, 2020 Order and Final Judgment (Dkt. No. 220) is hereby stayed.