# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § | |
| | § | FILED UNDER SEAL |
| BI SCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING BI SCIENCE'S OPPOSED MOTION TO STAY ENFORCEMENT OF THE FINAL JUDGMENT

CAME ON FOR CONSIDERATION, BI Science, Inc.'s Opposed Motion to Stay Enforcement of the Final Judgment. Having considered the motion, it is hereby DENIED.