NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

The court construes BI Science (2009) Ltd.'s unopposed motion for clarification as a request to deactivate these appeals and grant the district court leave to resolve the parties' pending joint motion to correct a mistake in the final judgment under Federal Rule of Civil Procedure 60.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that these appeals are deactivated and the district court is granted leave to resolve the parties' Rule 60 motion to the extent it is necessary. Within 14 days of the district court's ruling on that motion, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

September 02, 2020  /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court

s32