**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § | ███████████████ |
| | § | |
| BI SCIENCE, INC., | § | |
| | § | |
| | § | |
| Defendant. | | |

**REPLY DECLARATION OF KFIR MOYAL**
**IN SUPPORT OF BI SCIENCE'S OPPOSED MOTION TO**
**STAY ENFORCEMENT OF THE FINAL JUDGMENT**

1.      I am a Co-Founder and the CEO of defendant BI Science (2009) Ltd. ("BI Science"). I live and work in Tel Aviv, Israel, where BI Science is headquartered.

2.      I submit this reply declaration in support of BI Science's motion to stay enforcement of this Court's July 2, 2020 Order and Final Judgment (the "Final Judgment").

3.      Unless otherwise indicated, I have personal knowledge of the facts contained in this declaration. I am over the age of 18 years and I am competent to testify to the truth of the facts herein if called upon to do so.

4.      I have reviewed plaintiff Luminati Network Ltd.'s ("Luminati's") opposition to BI Science's stay motion stay. ████████████████████████████████

████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████

1

5. ███████████████████████████████████████
███████████████████████████████

6. ████████████████████████████████████
█████████████████████████████

7. ███████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

8. ████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████
███████████████████████████████

9. ████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
███████

10. ███████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████

11. █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

12. █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████

13. █████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████

14. █████████████████████████████████████████████████████

██████████████████████████████████████████████████

15.      Luminati has posted on the internet the July 2019 "Global IP Proxy Networks

Market" report of consulting firm Frost & Sullivan (available at https://luminati.io/static/IPPN-

analysis-2019.pdf?md5=3109015-85e418b7).  According to the Frost & Sullivan report (at page

50) Luminati's annual proxy-service revenue was approximately $40 million. ███████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████

16.    As Luminati has endorsed the Frost & Sullivan report by posting it on the internet, I believe it is reasonable to assume that Frost & Sullivan's $40 million revenue number for Luminati is roughly accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2020

Kfir Moyal