IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-CV-0483-JRG |
| BI SCIENCE INC. | § § | |

## UNOPPOSED MOTION FOR PRODUCTION OF CERTAIN DOCUMENTS IN RELATED CASE

Plaintiff Luminati Networks Ltd. ("Plaintiff") hereby moves the Court for authorization to produce the following under seal documents in the cases of *Luminati Networks Ltd. v. Teso LT, UAB et al.*, Case No. 2:19-cv-395 and *Luminati Networks Ltd. v. Code200, UAB et al.*, Case No. 2:19-cv-395 (collectively, "Related Actions") under the designation "RESTRICTED – ATTORNEYS' EYES ONLY" subject to the protective orders in the respective Related Actions:

- Luminati's Motion to Enforce Settlement Agreement (ECF 170) and exhibits;

- Defendant's Opposition to Plaintiff's Motion to Enforce Settlement Agreement (ECF 175) and exhibits;

- Sealed portion of the transcript for the April 13, 2020 hearing on the Motion to Enforce Settlement;

- The Final Judgment (ECF 220) and exhibits; and

- Unopposed Motion to Correct Final Judgment (ECF 223).

Defendant BI Science (2009) Ltd. does not oppose this motion.

Dated: November 30, 2020

By: */s/ Korula T. Cherian*
Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP

1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com


Attorneys for Plaintiff Luminati Networks Ltd.