IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE INC. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR PRODUCTION OF CERTAIN DOCUMENTS IN RELATED CASE**

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd. ("Plaintiff's") Unopposed Motion for Production of Certain Documents in Related Case. Having considered the motion, it is hereby GRANTED.

Accordingly, Plaintiff is hereby authorized to produce the following under seal documents in the cases of *Luminati Networks Ltd. v. Teso LT, UAB et al.*, Case No. 2:19-cv-395 and *Luminati Networks Ltd. v. Code200, UAB et al.*, Case No. 2:19-cv-395 (collectively, "Related Actions") under the designation "RESTRICTED – ATTORNEYS' EYES ONLY" subject to the protective orders in the respective Related Actions:

- Luminati's Motion to Enforce Settlement Agreement (ECF 170) and exhibits;

- Defendant's Opposition to Plaintiff's Motion to Enforce Settlement Agreement (ECF 175) and exhibits;

- Sealed portion of the transcript for the April 13, 2020 hearing on the Motion to Enforce Settlement;

- The Final Judgment (ECF 220) and exhibits; and

- Unopposed Motion to Correct Final Judgment (ECF 223).