# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00483-JRG |
| v. | § | |
| | § | FILED UNDER SEAL |
| BI SCIENCE, INC., | § | |
| Defendant. | § | |

## NOTICE

COMES NOW, Plaintiff Luminati Networks Ltd. and attaches hereto a non-certified partial English translation of a decision in a related matter issued on November 29, 2020, in the District Court in Tel Aviv, Israel.

Dated: December 4, 2020

Respectfully submitted,

By: /s/ *Korula T. Cherian*
Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

        S. Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Capshaw DeRieux, LLP
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        Attorneys for Plaintiff
        Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of December 2020, with a copy of this document via email.

        /s/ Korula T. Cherian

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

        /s/ Korula T. Cherian