IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| Defendant. | § § | |

**NOTICE OF ACTION IN RELATED MATTER**

Defendant BI Science (2009) Ltd. hereby notifies the Court of a decision issued by the Supreme Court of Israel in a related matter on December 17, 2020.  A true and correct copy of the decision is attached hereto as Exhibit A.  A certified English translation of the same is attached hereto as Exhibit B.  The attached order stays the November 29, 2020 decision of the Tel Aviv District Court, about which Luminati notified this Court on December 4, 2020 (Dkt. No. 251).

Dated: December 28, 2020
        Respectfully submitted,

By:   /s/ *J.C. Rozendaal*
J.C. Rozendaal
(admitted *pro hac vice*)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish (admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone:  (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of December 2020, with a copy of this document via the Court's CM/ECF system.

 /s/ *J.C. Rozendaal*
J.C. Rozendaal