# Exhibit A

 

בבית המשפט העליון בשבתו כבית משפט לערעורים אזרחיים

ע"א 8848/20

| | |
|---|---|
| לפני: | כבוד השופט ע' גרוסקופף |
| המבקשת: | בי. איי סיאנס (2009) בע"מ |
| | נ ג ד |
| המשיבה: | לומינטי נטוורקס בע"מ |

בקשה לעיכוב ביצוע פסק דינו של בית המשפט המחוזי בתל אביב-יפו בהפ"ב 62712-05-20 מיום 29.11.2020 שניתן על ידי כב' השופטות י' שבח, סג"נ

| | |
|---|---|
| בשם המבקשת: | עו"ד אסף ביגר; עו"ד נירן דור |

## החלטה

1. המשיבה תגיב לבקשה לעיכוב ביצוע עד ליום א' 27.12.2020. אורך התגובה לא יעלה על 7 עמודים.

2. ניתן בזאת צו ארעי המעכב את ביצוע פסק הדין של בית המשפט קמא, עד למתן החלטה אחרת. כל עוד הצו הארעי עומד בתוקפו, יוסיפו לחול ההוראות שנקבעו על ידי בית המשפט קמא בפסקה 10 של החלטתו מיום 22.7.2020.

ניתנה היום, ב' בטבת התשפ"א (17.12.2020).

שופט

20088480_Y01.docx
מרכז מידע, טל' 077-2703333, 3852; אתר אינטרנט, http://supreme.court.gov.il