# Exhibit B

[illegible]                               [symbol]

Signature [signature]

## In the Supreme Court sitting as a Court of Civil Appeals

CA   8848/20

| | |
|---|---|
| Before: | The Honorable O. Grosskopf |
| The Appellant: | B.I. Science (2009) Ltd. |
| | vs. |
| The Respondent: | Luminati Networks Ltd. |
| | Petition for a stay in executing the judgment of the District Court of Tel Aviv-Yafo in the opening motion for arbitration 62712-05-20 dated November 29, 2020 issued by the honorable Y. Shevach, Vice President of the Court |
| In the name of the Appellant: | Asaf Biger and Niran Dor, Attorneys at law |

### Decision

1. The Respondent must respond to the petition for a stay of execution by Sunday December 27, 2020 with the length of the response not to exceed 7 pages.

2. A temporary order of stay of the judgement of the previous court is issued until another decision is issued. As long as the temporary order remains valid, the provisions determined by the previous court in Paragraph 10 of its decision dated July 22, 2020 will continue to apply.

Issued today, 2 Tivet 5781 (December 17, 2020)

[signature O. Grosskopf]
Judge

_____
20088480_Y01.docx  Ap
Information Center Tel: 077-2703333 Internet site: http://supreme.court.gov.il

I, Stephen Rifkind, Israeli ID No. 303694053, residing at Tavor 2/2, Karmiel Israel, a "Recognized Translator" by the Israeli Translators Association and a member of the ATA (US) and SFT (France), hererby declare that the foregoing translation in English is a faithful translation of the original one page document in Hebrew.

Karmiel, December 24, 2020



Stephen Rikkind