# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| BI SCIENCE INC., BI SCIENCE (2009) LTD., | § § § § | |
| *Defendants*. | § § § | |

# ORDER

Before the Court is the Motion to Make Final Judgment Public (the "Motion") filed by Plaintiff Luminati Networks Ltd. ("Luminati"). (Dkt. No. 224.) In the Motion, Luminati requests that the Final Judgment and attached exhibits (Dkt. No. 220)[1] as entered by this Court be made available to the public. (Dkt. No. 224.)

The decision to seal judicial records rests within the discretion of the Court. *United States v. Sealed Search Warrants*, 868 F.3d 385, 395 (5th Cir. 2017); *see also Belo Broad. Corp. v. Clark*, 654 F.2d 423, 430 (5th Cir. 1981). Whether to seal records is determined on a case-by-case basis. *Sealed Search Warrants*, 868 F.3d at 395. "[T]he court must balance the public's common law right of access against the interests favoring nondisclosure." *Sec. & Exch. Comm'n. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

In its Motion, Luminati makes nothing more than conclusory statements that the Final Judgment should be made public to encourage Bi Science's compliance with the terms of the

---

[1] The Court has since entered Corrected Final Judgment (Dkt. No. 254), which does not change the Court's analysis herein.

Judgment. (*See generally* Dkt. No. 224.) The Court finds that Luminati is fully bound whether this Court's rulings are sealed or not. Neither has Luminati made any showing that unsealing the Final Judgment would impact compliance with such Judgment as between the parties. Further, to the extent any enforcement of the terms between the parties is necessary, Luminati has available to it other more appropriate vehicles for relief, including moving to enforce the judgment by motion for contempt.

Accordingly, the Court finds that Luminati's Motion to Make Final Judgment Public (Dkt. No. 224) should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 3rd day of February, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE