# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

LUMINATI NETWORKS LTD.             §
                                   §
              Plaintiff,           §
                                   §
      v.                           §        Case No. 2:18-CV-00483-JRG
                                   §
BI SCIENCE, INC.,                  §
                                   §
              Defendant.

## NOTICE OF APPEAL

Defendant BI Science (2009) Ltd. ("BI Science") (which plaintiff has alleged is also known

as BI Science, Inc.) hereby respectfully gives notice that it appeals to the United States Court of

Appeals for the Federal Circuit from the Order and Corrected Final Judgment entered in this action

on February 1, 2021 (Dkt. No. 254) (the "Final Judgment"), and from any ruling or order adverse

to BI Science that is contained in, is subsumed by, or preceded the Final Judgment, including but

not limited to: (1) the Order and Final Judgment entered on July 2, 2020 (Dkt. No. 220);[1] (2) the

portion of the Memorandum Opinion and Order dated May 13, 2019 (Dkt. No. 82) that denied in

part BI Science's motion to dismiss and, in the alternative, transfer venue; and (3) the Court's

April 13, 2020 ruling on Plaintiff's Motion to Enforce Settlement Agreement (Dkt. No. 183).

---

[1] BI Science notes that it filed an appeal from the July 2, 2020 Order and Final Judgment on July
29, 2020.  Dkt. No. 228.  The Federal Circuit docketed the appeal on August 4, 2020, and
assigned it case number 20-2118.  Contemporaneously with the filing of this Notice of Appeal,
BI Science is filing a submission in the 20-2118 appeal suggesting that the earlier- and later-filed
appeals be consolidated.

Dated: February 16, 2021

Respectfully submitted,

By:   /s/ *J.C. Rozendaal*
J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish (admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone:  (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of February 2021, with a copy of this document via the Court's CM/ECF system.

/s/ *J.C. Rozendaal*
J.C. Rozendaal