IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.      § <br>        Plaintiff,      § <br> v.      § <br> BI SCIENCE, INC.,      § <br>        Defendant.      § | Case No. 2:18-CV-00483-JRG |

**PLAINTIFF LUMINATI NETWORKS LTD.'S UPDATED NOTICE OF APPEAL OF CORRECTED FINAL JUDGMENT**

Plaintiff Luminati Networks Ltd. ("Luminati") hereby respectfully gives notice that it appeals to the United States Court of Appeals for the Federal Circuit the finding of indefiniteness and invalidity of claim 108 of U.S. Patent No. 9,241,044 as found in the Court's December 6, 2019 Order (the "Claim Construction Order," Dkt. No. 130) and incorporated in the February 1, 2021 (the "Corrected Final Judgment").[1]

---

[1] Luminati and Defendant BI Science (2009) Ltd., also known as BI Science Inc., filed a joint Motion to Correct the Final Judgment on July 24, 2020 ("Joint Motion," Dkt. 223) pursuant to Fed. R. Civ. Pro. 60 to expressly incorporate the finding that claim 108 of U.S. Patent No. 9,241,044 as indefinite.  Out of an abundance of caution, Luminati previously filed a Notice of Appeal of the original July 2, 2020 Order and Final Judgment on August 12, 2020 (Dkt. 233). The Federal Circuit docketed the appeal on August 4, 2020 and assigned it case number 20-2118.

Dated: February 16, 2021

Respectfully submitted,

By: /s/ Korula T. Cherian
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Plaintiff
Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of February 2021, with a copy of this document via CM/ECF.

*/s/ Korula T. Cherian*