IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> BI SCIENCE INC., <br><br> *Defendant*. | No. 2:18-cv-00483-JRG |

## NOTICE OF APPEARANCE OF GREGORY P. LOVE

Defendants, BI Science Inc. and BI Science (2009) Ltd. ("BI Science") file this Notice of Appearance and hereby notify the Court that Gregory P. Love of Love Law Firm, P. O. Box 948, Henderson, Texas 75653-0948, greg@lovetrialfirm.com, is appearing on behalf of BI Science. The undersigned respectfully requests to be added as an attorney to be noticed so that he may receive copies of all filings in this case.

Respectfully submitted,

/s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
LOVE LAW FIRM
P. O. Box 948
Henderson, Texas 75653-0948
903.212.4444
903.392.2267 (Fax)
greg@lovetrialfirm.com

*Counsel for Defendants*
*BI Science Inc. and*
*BI Science (2009) Ltd.*

.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 31st day of March 2021. Local Rule CV-5(a) (3)(A).

/s/ *Gregory P. Love*
Gregory P. Love