IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> Plaintiff, <br><br> v. <br><br> BI SCIENCE, INC., <br><br> Defendant. | Case No.  2:18-CV-483-JRG |

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Luminati Networks, Ltd, and submit this declaration in support of Plaintiff's Motion for Contempt.

3. Exhibit A is a highlighted true and correct copy from *Whirlpool Corporation v. Ahmet Matt Ozcan d/b/a discountfilter*, Case No: 2:15-cv-02103-JRG, Dkt 154, Court Order dated September 15, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 30, 2021 in Rockville, MD.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski