# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BI SCIENCE, INC.,<br><br>    Defendant. | Case No. 2:18-CV-483-JRG |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR CONTEMPT

CAME ON FOR CONSIDERATION, Plaintiff's Motion for Contempt. Having considered the motion, it is hereby GRANTED. The Court finds BI Science in contempt for its previous failure and refusal to perform according to the Final Judgment and Corrected Final Judgment. Defendant BI Science, Inc. ("BI Science"), is hereby ordered to comply with the Final Judgment and Corrected Judgment ███████████████████████████████████████████ ███████████████████████████████████████████████████. BI Science is hereby ordered, and estopped from refusing, ███████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ██████████████████████████████

For each day that BI Science fails ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and to carry out all of its Tasks in the Final Judgment, Bi Science will pay a penalty of $_____ per day until all Tasks ▮▮▮▮▮▮ are completed.  The Court hereby awards to Plaintiff its reasonable costs and expenses incurred as a result of Defendant's bad faith noncompliance.