# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br> *Plaintiff,* <br> v. <br> BI SCIENCE INC., <br> *Defendant.* | No. 2:18-cv-00483-JRG <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR CONTEMPT

Defendants, BI Science Inc. and BI Science (2009) Ltd. ("BI Science") respectfully request that the Court extend the deadline for BI Science to file its response to Luminati Networks Ltd.'s Sealed Motion for Contempt [Dkt. #261]. BI Science's response is currently due on April 14, 2021. BI Science is seeking an extension of one week, extending the deadline to file its response up to and including April 21, 2021. BI Science has conferred with counsel for Luminati Networks Ltd. ("Luminati") and Luminati has indicated that they are unopposed to the relief requested in this motion.

BI Science seeks this extension of time not for prejudice or delay, but for good cause and so that justice may be served.

Respectfully submitted,

/s/ *J. C. Rozendaal*
J. C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
110 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: 202.772.8747
Fax: 202.371.2540
Jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: 646.328.0183
michael@charish.law

/s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
LOVE LAW FIRM
P. O. Box 948
Henderson, Texas 75653-0948
903.212.4444
903.392.2267 (Fax)
greg@lovetrialfirm.com

*Counsel for Defendants
BI Science Inc. and
BI Science (2009) Ltd.*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 5th day of April 2021. Local Rule CV-5(a) (3)(A).

/s/ *Gregory P. Love*
Gregory P. Love

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, pursuant to Local Rule CV-7(h), counsel conferred on April 1, 2021. Luminati does not oppose this motion.

/s/ *Gregory P. Love*
Gregory P. Love