IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> BI SCIENCE INC. <br><br> *Defendant.* | No. 2:18-cv-00483-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR CONTEMPT

Before the court is BI Science Inc. and BI Science (2009) Ltd.'s ("BI Science") Unopposed Motion for Extension of Time to File Response to Luminati Networks Ltd.'s Sealed Motion for Contempt [Dkt. #261]. Having considered the motion and it is unopposed, the Court finds that it should be and is hereby GRANTED. The deadline for BI Science to respond is extended to April 21, 2021.