IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| Defendant. | § | |



## DECLARATION OF KFIR MOYAL
## IN SUPPORT OF BI SCIENCE'S STAY MOTION

**Introduction**

1. I am a Co-Founder and the CEO of defendant BI Science (2009) Ltd. ("BI Science"). I live and work in Tel Aviv, Israel, where BI Science is headquartered.

2. I submit this declaration in support of BI Science's motion to stay enforcement of this Court's February 1, 2021 Order and Corrected Final Judgment (Dkt. No. 254) (the "Corrected Final Judgment"), pending BI Science's appeal of the Corrected Final Judgment to the Federal Circuit.

3. Unless otherwise indicated, I have personal knowledge of the facts contained in this declaration. I am over the age of 18 years and I am competent to testify to the truth of the facts herein if called upon to do so.

4. The Corrected Final Judgment,

1



5. ▮

6. ▮

7. ▮

8. ▮

9. ██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████

10. ██████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

11. ██████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

**The Impact on BI Science of Enforcing the Judgment**

12.     If the Corrected Final Judgment ████████████████████████

████████████ were enforced against BI Science, I believe that the damage to our company would be devastating and irreversible ████████████████████████████.

13. ██████████████████████████████████████████

██████████████████████████████████████████████



14. ████████████████████████████

15. ████████████████████████████

4

**Bright Data's Position Regarding the Impact on BI Science of Enforcing the Judgment**

16.  I have reviewed Bright Data's opposition to BI Science's prior stay motion (Dkt. No. 242). On page 14 of that opposition, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████ For a number of reasons, I believe that claim to be false.

17.  First, ██████████████████████████████████████████████████████████████████████████████████████████

18.  As stated above, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

19.  Additionally, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

20.  Furthermore, ████████████████████████████████████████████████████████████████████████████████████████████████

5

21. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

22. Second, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

23. Third, ████████████████████████████████████████████████████████████████████████████████████████████████

24. If the Corrected Final Judgment is stayed pending appeal, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**The Impact on Bright Data of Staying the Judgment**

25. On information and belief, I also expect that the economic consequences of the stay decision will be much less dramatic for Bright Data, which is the industry leader.

26. Bright Data has posted on the internet the July 2019 "Global IP Proxy Networks Market" report of consulting firm Frost & Sullivan (available at https://luminati.io/static/IPPN-

analysis-2019.pdf?md5=3109015-85e418b7). According to the Frost & Sullivan report (at page 50) Bright Data's annual proxy-service revenue was approximately $40 million. The report states (at page 52) that GeoSurf's annual proxy-service revenue was approximately $8 million, ███████████████████████████████████████████████████████

27. As Bright Data has endorsed the Frost & Sullivan report by posting it on the internet, I believe it is reasonable to assume that Frost & Sullivan's $40 million annual revenue number for Bright Data is roughly accurate. ████████████████████████████████████████████████████████████████████████████████████████████████

28. If the Corrected Final Judgment is enforced, ████████████████████████████████████████████████████████████████████████████████████████.

29. ████████████████████████████████████████████████████████████████████

7

██████████████████████████

30.	█████████████████████████████████████

█████████████████████████████████████████████

███████

31.	█████████████████████████████████████

█████████████████████████████████



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2021

_____
Kfir Moyal