# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:18-CV-00483-JRG § BI SCIENCE INC., BI SCIENCE (2009) § LTD., § § § *Defendants*. § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Response to Motion for Contempt (the "Motion") filed by Defendants BI Science Inc. and BI Science (2009) Ltd. (collectively, "Defendants"). (Dkt. No. 264). In the Motion, Defendants seek a one-week extension, from the current deadline of April 14, 2021, to respond to Luminati Networks Ltd.'s Sealed Motion for Contempt (Dkt. No. 261).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. The deadline to respond to Luminati Networks Ltd.'s Sealed Motion for Contempt is hereby **extended** until April 21, 2021.

**So ORDERED and SIGNED this 14th day of April, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE