# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> Plaintiff, <br><br> v. <br><br> BISCIENCE, INC., <br><br> Defendant. | Case No. 2:18-CV-00483-JRG |

**ORDER DENYING DEFENDANT'S RENEWED MOTION TO STAY ENFORCEMENT**

CAME ON FOR CONSIDERATION, Defendant's Renewed Motion to Stay Enforcement. Having considered the motion, it is hereby DENIED.