# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § |  |
| Defendant. | § | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT

Before the Court is Plaintiff's Motion for Contempt. After consideration, the Court DENIES the motion.