# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD.<br>Plaintiff,<br><br>v.<br><br>BI SCIENCE, INC.,<br>Defendant. | § § § § § § § § § § | Case No. 2:18-CV-00483-JRG |

## NOTICE

COMES NOW, Plaintiff Bright Data Ltd., previously known as Luminati Networks Ltd., and attaches hereto the original and a non-certified partial English translation of a judgment in a related matter issued on April 21, 2021, in the Supreme Court in Israel.

Dated: April 27, 2021

Respectfully submitted,

By: */s/Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903-657-8540

Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94704

Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20006

*Attorneys for Plaintiff*
*Bright Data Ltd.*
*(formerly known as Luminati Networks Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of April 2021, with a copy of this document via email.

　　　　　　　　　　　　　　　　　*/s/ Ronald Wielkopolski*