IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> BI SCIENCE INC., <br><br> *Defendant*. | No. 2:18-cv-00483-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO UNSEAL ORDER AND CORRECTED FINAL JUDGMENT

Defendant BI Science (2009) Ltd. (which plaintiff has alleged is also known as BI Science, Inc.) and Plaintiff Luminati Networks, Ltd., now known as Bright Data Ltd., respectfully request that the Court unseal the Order and Corrected Final Judgment [Dkt. #254] in its entirety, including Exhibits A and B thereto. The parties request that the Judgment and its exhibits be unsealed to facilitate citation in their briefs on appeal. *See* Fed. Cir. Rule 25.1(c)(2).

Respectfully submitted,

/s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
LOVE LAW FIRM
P. O. Box 948
Henderson, Texas 75653-0948
903.212.4444
903.392.2267 (Fax)
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: 202.772.8747
Fax: 202.371.2540
jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: 646.328.0183
michael@charish.law

*Counsel for Defendant*
*BI Science (2009) Ltd.*


/s/ _____
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
Ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
Office 903/657-8540
Cell 903/658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave., Suite 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski

Colby A. Davis
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com
colbyd@ruyakcherian.com

*Attorney for Plaintiff*
*Luminate Networks Ltd.,*
*Now known as Bright Data Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 30 day of April 2021. Local Rule CV-5(a) (3)(A).

/s/ *Gregory P. Love*
Gregory P. Love

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, pursuant to Local Rule CV-7(h), counsel conferred on April 30, 2021 and agreed to this Joint Motion to Unseal Judgment.

/s/ *Gregory P. Love*
Gregory P. Love