# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., *Plaintiff*, v. BI SCIENCE INC., *Defendant*. | No. 2:18-cv-00483-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING**
**JOINT MOTION TO UNSEAL ORDER AND CORRECTED FINAL JUDGMENT**

Before the court is the parties' Joint Motion to Unseal Order and Corrected Final Judgment [Dkt. #254]. Having considered the joint motion, the Court finds that it should be and is hereby GRANTED.

The clerk is hereby ordered to unseal the Order and Corrected Final Judgment [Dkt. #254] in its entirety, including Exhibits A and B thereto.