# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>      Plaintiff,<br><br>  v.<br><br>BI SCIENCE INC.,<br>      Defendant. | Case No. 2:18-cv-00483-JRG |

## UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

Plaintiff, Bright Data Ltd., formerly known as Luminati Networks Ltd. ("Plaintiff"), hereby requests that Robert M. Harkins be designated as lead counsel in this matter. Korula T. Cherian was previously designated as lead counsel (Dkt. 5), however Plaintiff requests to substitute Robert M. Harkins as lead counsel. Defendants are unopposed to this request.

Respectfully Submitted:

Dated: May 14, 2021

By: */s/ Robert M. Harkins*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com

- 2 -

        Korula T. Cherian
        Robert Harkins
        CA State Bar No. 179525
        RuyakCherian LLP
        1936 University Ave, Ste. 350
        Berkeley, CA 94704
        (510) 944-0190
        sunnyc@ruyakcherian.com
        bobh@ruyakcherian.com

        Ronald Wielkopolski
        Colby A. Davis
        RuyakCherian LLP
        1901 L St. NW, Suite 700
        Washington, DC 20036
        (202) 838-1560
        ronw@ruyakcherian.com
        colbyd@ruyakcherian.com

        *Attorneys for Plaintiff*
        *Bright Data Ltd.*
        *(formerly known as Luminati Networks Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this May 14, 2021 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Robert M Harkins*
Robert M. Harkins

## CERTIFICATE OF CONFERENCE

On May 14, 2021, Robert Harkins, counsel for Plaintiff, met and conferred on this motion with J.C. Rozendaal, counsel for Defendant. Defendants do not oppose.

/s/ *Robert M Harkins*
Robert M. Harkins