# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　Plaintiff,<br><br>　v.<br>BI SCIENCE INC.,<br>　　　　Defendant. | Case No. 2:18-cv-00483-JRG |

### ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

CAME ON FOR CONSIDERATION, Plaintiff, Bright Data Ltd., formerly known as Luminati Networks Ltd. ("Plaintiff's"), Unopposed Motion for Substitution of Lead Counsel. Having considered the motion, it is hereby GRANTED.

Accordingly, Robert M. Harkins is hereby designated as lead counsel in this matter.