NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

2020-2118, -2181, 2021-1664, -1667

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**ON MOTION**

Before STOLL, *Circuit Judge*.

**O R D E R**

BI Science (2009) Ltd. moves to waive the requirements of Federal Circuit Rule 25.1(d)(1)(A) to redact a total of 417 unique words in its principal brief. Bright Data Ltd. opposes the motion. BI Science replies.

BI Science states that the final judgment and attachments were issued under seal and that the parties have filed a pending motion at the district court to unseal the final judgment and attachments in their entirety.

Upon consideration thereof,

IT IS ORDERED THAT:

Proceedings are stayed pending the district court's decision on the parties' joint motion to unseal the final judgment and attachments. Within seven days of the district court's resolution of that motion, the parties are directed to propose a briefing schedule for these appeals and how to proceed with the pending motion to waive the confidentiality requirements.

                                        FOR THE COURT

June 21, 2021          /s/ Peter R. Marksteiner
     Date                Peter R. Marksteiner
                             Clerk of Court

s32

cc: United States District Court for the Eastern District of Texas, Marshall Division