# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § | |
| Defendant. | § § § | |

## NOTICE OF STAY OF APPEAL PENDING DISTRICT COURT DECISION ON PARTIES JOINT MOTION TO UNSEAL FINAL JUDGMENT

Plaintiff Luminati Networks Ltd. herby notifies the Court and attaches hereto a copy of a June 21, 2021 order (Dkt. 44) issued by the United States Court of Appeals for the Federal Circuit in the appeal from this action (2020-2118) staying the appeal proceedings pending this Court's decision on the parties' joint motion to unseal the final judgment and attachments.

Dated: June 24, 2021

Respectfully submitted,

By: */s/Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
Gregory Blake Thompson
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
blake@themannfirm.com

Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94704
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com

*Attorneys for Plaintiff
Luminati Networks Ltd*

.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of June 2021, with a copy of this document via email.

<u>/s/ Ronald Wielkopolski</u>