UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>    Plaintiff,<br><br>  v.<br><br>BI SCIENCE INC.,<br><br>    Defendants. | Case No. 2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Luminati Networks Ltd. ("Luminati"), respectfully requests that Amadou Kilkenny Diaw be permitted to withdraw as counsel of record for Plaintiff in this matter.

Dated: June 29, 2021

By: */s/ Korula T. Cherian*
Korula T. Cherian
Robert Harkins
CA State Bar No. 179525
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

Ronald Wielkopolski
Amadou Kilkenny Diaw
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Email: ronw@ruyakcherian.com
Email: amadoukd@ruyakcherian.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux

        State Bar No. 05770585
        Capshaw DeRieux, LLP
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendants and this motion is not opposed.

        /s/ *Korula T. Cherian*
        Korula T. Cherian