UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendants. | Case No.  2:18-CV-00483-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

CAME ON FOR CONSIDERATION, Plaintiff Luminati Networks Ltd. ("Luminati's"), Unopposed Motion for Withdrawal of Counsel. Having considered the motion, it is hereby GRANTED.

Accordingly, Amadou Kilkenny Diaw is hereby WITHDRAWN as counsel of record for Plaintiff in this matter.