# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:18-CV-00483-JRG |
| | § § § § | ███████████ |
| BI SCIENCE, INC., | § § § § § | |
| Defendant. | § § § | |

**NOTICE OF DECISION IN RELATED PROCEEDING
AND REQUEST FOR EMERGENCY STATUS CONFERENCE**

Defendant BI Science (2009) Ltd. hereby notifies the Court of an *ex parte* decision



On April 5, 2021, BI Science filed a motion to stay this Court's Corrected Final Judgment (Dkt. 254) pending appeal to the Federal Circuit. See Dkt. 265.

(Dkt. 254, Ex. B at 1).

, Bright Data has prosecuted enforcement proceedings against BI Science in Israel, under Israeli and international law. See, e.g., Dkt. 273 (BI Science stay reply).

. Bright Data filed an *ex parte* motion with Israel's Law Enforcement and Collection System Authority (the "Israeli Enforcement Authority") for the appointment of a receiver to enforce the Arbitration Award

On June 21, a registrar of the Israeli Enforcement Authority issued a decision partially granting Bright Data's motion and appointing a receiver. A true and correct copy of the Hebrew version of the decision is attached hereto as Exhibit A. Even though the decision was issued on June 21, BI Science was not provided with a copy until June 27. BI Science has commissioned an

expedited translation, which it expects will be ready tomorrow, June 29. BI Science will submit the translation to the Court as soon as it becomes available.



. See, e.g., Declaration of Kfir Moyal ¶¶ 12-15 (Dkt. 265-1). As of this filing, ▌ . ▌ BI Science urgently requests a status conference on its stay motion before this Court, in the next 24 hours.

Dated: June 28, 2021

Respectfully submitted,

By: /s/ J.C. Rozendaal

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540


jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of June 2021, with a copy of this document via electronic mail.

      /s/ *J.C. Rozendaal*
      J.C. Rozendaal

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

      /s/ *J.C. Rozendaal*
      J.C. Rozendaal