# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § § | |
| Plaintiff, | § § § § | |
| v. | § § § § | Case No. 2:18-CV-00483-JRG |
| BI SCIENCE, INC., | § § § § § | |
| Defendant. | § § | |

**NOTICE OF ACTIVITY IN RELATED PROCEEDING**

Defendant BI Science (2009) Ltd. wishes to inform the Court that the document attached as Exhibit A to this notice was sent by a Receiver (appointed by the Israeli Tel-Aviv Collections Office's Registrar in Israel) to BI Science's proxy-service customers on June 30, 2021.

Dated: July 1, 2021

                                                Respectfully submitted,

                                                By: /s/ *J.C. Rozendaal*

                                                Gregory P. Love
                                                Texas Bar No. 24013060
                                                Love Law Firm
                                                P.O. Box 948
                                                Henderson, Texas 75652
                                                Phone: (903) 212-4444
                                                Fax: (903) 392-2267
                                                greg@lovetrialfirm.com

                                                J.C. Rozendaal
                                                (admitted *pro hac vice*)
                                                Sterne Kessler Goldstein & Fox P.L.L.C.
                                                1100 New York Avenue NW, Suite 600
                                                Washington, D.C. 20005
                                                Phone: (202) 772-8747
                                                Fax: (202) 371-2540
                                                jcrozendaal@sternekessler.com

                                                Michael A. Charish
                                                (admitted *pro hac vice*)
                                                Charish Law Group P.C.
                                                347 Fifth Avenue, Suite 1402
                                                New York, New York 10016
                                                Phone: (646) 328-0183
                                                michael@charish.law

                                                *Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of July 2021 with a copy of this document via the Court's CM/ECF system.

          /s/ *J.C. Rozendaal*
          J.C. Rozendaal