# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0483-JRG |
| | § | |
| BI SCIENCE, INC. | § | |

**Teleconference**
**MAG. JUDGE ROY PAYNE PRESIDING**
July 1, 2021

**OPEN:** 9:00 am                                                    **ADJOURN:** 9:25 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Elizabeth DeRieux |
| | Blake Thompson |
| | Robert Harkins |
| | Ronald Wielkopolski |
| | Korula Cherian |
| ATTORNEY FOR DEFENDANTS: | Greg Love |
| | John Rozendaal |
| | Michael Charish |
| LAW CLERK: | Cason Cole |
| COURT REPORTER: | April Hargett |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Elizabeth DeRieux announced ready and introduced co-counsel. Greg Love announced ready and introduced co-counsel.

Michael Charish addressed the Court regarding Defendant's Request for Emergency Status Conference and Notice of Decision in Related Proceeding (Dkt. No. 285). Robert Harkins responded for Luminati.

Court adjourned.