# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:18-CV-00483-JRG |
| | § § § § | ▮ |
| BI SCIENCE, INC., | § § § § § | |
| Defendant. | § § § | |

**BI SCIENCE'S REPLY REGARDING ITS NOTICE OF DECISION IN RELATED PROCEEDING AND REQUEST FOR EMERGENCY STATUS CONFERENCE**

BI Science respectfully submits this reply to Bright Data's response (Dkt. 286) to make two brief points.

First, BI Science's notice requested only a status conference; BI Science has not moved for any new "relief," *contra* Dkt. 286 at 1. As Bright Data itself recognizes (at 2), BI Science's motions to stay are fully briefed. BI Science is simply requesting a status conference on the motions in light of the impending ███████████████████████. Bright Data's invocation of L.R. 7(h) is thus misplaced. Bright Data's assertion, moreover, that BI Science did not "meet and confer" before filing the notice is ironic. In view of the exigency of the situation, BI Science was forced to file the notice immediately upon learning of Bright Data's enforcement efforts in Israel, but BI Science simultaneously contacted counsel for Bright Data to request that Bright Data temporarily pause its enforcement efforts to give the parties additional time to arrive at a solution and the Court additional time to rule on the motions to stay. Bright Data's counsel ignored that request and filed its response instead.

Second, Bright Data's assertion (at 2) that it was permitted to enforce the judgment in Israel notwithstanding ████████████████████████████████████████ is wrong for the reasons BI Science has previously briefed. More to the point, however, if Bright Data is permitted to proceed with its enforcement efforts, the Court will never have a chance to even decide that question because BI Science will ████████████████████████. At the very least, the parties have a serious dispute on this point, and Bright Data should not be permitted to simply moot the dispute by ████████████████████.

Dated: June 29, 2021

        Respectfully submitted,

        By: */s/ J.C. Rozendaal*

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of June 2021, with a copy of this document via electronic mail.

  /s/ *J.C. Rozendaal*  
J.C. Rozendaal

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

  /s/ *J.C. Rozendaal*  
J.C. Rozendaal