IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BI SCIENCE, INC., § <br> § <br> Defendant. § § | Case No. 2:18-CV-00483-JRG |

## NOTICE OF DECISION IN RELATED PROCEEDING

Plaintiff Luminati Networks Ltd. herby notifies the Court and attaches hereto uncertified translations of two decisions issued by the State of Israel Law Enforcement and Collection system Authority in Tel Aviv on June 21, 2021.

Dated: June 29, 2021

Respectfully submitted,

By: /s/ Korula T. Cherian
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810

Washington, DC 20006

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Plaintiff
Luminati Networks Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of June 2021, with a copy of this document via email.

/s/ Korula T. Cherian

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

/s/ Korula T. Cherian

2