# EXHIBITS A-B

# REMAIN UNDER SEAL