# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:18-CV-00483-JRG § BI SCIENCE INC., BI SCIENCE (2009) § LTD., § § § *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Withdrawal of Counsel (the "Motion") filed by Plaintiff Luminati Networks Ltd. ("Plaintiff"). (Dkt. No. 289). In the Motion, Plaintiff requests that attorney Amadou Kilkenny Diaw be permitted to withdraw as counsel of record in the above-captioned case.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Amadou Kilkenny Diaw be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Amadou Kilkenny Diaw as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 9th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE