IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |

### DECLARATION OF KFIR MOYAL
### IN SUPPORT OF BI SCIENCE'S STAY MOTION

1.  I am a Co-Founder and the CEO of defendant BI Science (2009) Ltd. ("BI Science"). I live and work in Tel Aviv, Israel, where BI Science is headquartered.

2.  I submit this declaration in support of BI Science's Supplemental Notice Regarding Security in Support of Stay Motion.

3.  Unless otherwise indicated, I have personal knowledge of the facts contained in this declaration. I am over the age of 18 years and I am competent to testify to the truth of the facts herein if called upon to do so.

4.  On June 30, 2021, the receiver appointed in Israel sent a letter to BI Science's proxy-service customers notifying them that on or after August 16, 2021, they will be transferred to Bright Data. A true and correct copy of that letter has been filed in this Court as Docket Number 292-1.

5.  [redacted]

6.  [redacted]

1



███████████████████████████████████████
███████████████████████

7. ████████████████████████████████████
████"

8. ████████████████████████████████████
█████████████████████████████████████
███████████████████

9. ███████████████████████████████ S████
█████████████████████████████████████
█████████████████████████████████████
███████████████ █
██████████████████████████████
█████████████████

10. ████████████████████████████████████
█████████████████████████████████████
███████████████

11. ████████████████████████████████████
██████████████████████████████████████.

12. ████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████ █████████████████

13. 

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2021

_____
Kfir Moyal