# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that Defendant BI Science (2009) Ltd. will submit a statement of redaction to the court reporter within 21 days from the filing of the transcript with the Clerk of Court of the telephonic conference held on July 1, 2021. *See* Dkt. No. 298. The proceeding was reported by April Hargett, the court reporter.

Dated: July 21, 2021

                                         Respectfully submitted,

                                         By: /s/ *J.C. Rozendaal*
                                         J.C. Rozendaal
                                         (admitted *pro hac vice*)
                                         Sterne Kessler Goldstein & Fox P.L.L.C.
                                         1100 New York Avenue NW, Suite 600
                                         Washington, D.C. 20005
                                         Phone: (202) 772-8747
                                         Fax: (202) 371-2540
                                         jcrozendaal@sternekessler.com

                                         Gregory P. Love
                                         Texas Bar No. 24013060
                                         Love Law Firm
                                         P.O. Box 948

Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a true and correct copy of the foregoing notice was served on all counsel of record via the Court's CM/ECF system and on the court reporter via U.S. mail at the address listed below.

Ms. April Hargett
Jack Brooks Federal Building and United States Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

                                                /s/ *J.C. Rozendaal*
                                                J.C. Rozendaal