# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

LUMINATI NETWORKS LTD.

    Plaintiff,

v.

BI SCIENCE;

    Defendant.

Case No. 2:18-CV-00483-JRG

## DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL NOTICE REGARDING POSTING SECURITY IN SUPPORT OF ITS STAY ENFORCEMENT

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate attorney with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff Bright Data Ltd. and submit this declaration in support of Plaintiff's Response to Defendant's Supplemental Notice Regarding Posting Security In Support of Its Stay Enforcement.

3. Exhibit A is a highlighted true and correct copy of an excerpt of the Reporter's Transcript of a July 1, 2021 Telephonic hearing in this action.

4. Exhibit B is a true and correct copy of email correspondence between Robert Harkins, counsel for Plaintiff and Michael Charish, counsel for Defendant dated July 8, 2021.

5. Exhibit C is a true and correct copy of a letter from Michael Charish, counsel for Defendant to Robert Harkins, counsel for Plaintiff, dated July 13, 2021.

6. Exhibit D is a true and correct copy of email correspondence from Robert Harkins, counsel for Plaintiff, to counsel for Defendants dated July 14, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 19, 2021 in Rockville, MD.

*/s/ Ronald Wielkopolski*
Ronald Wielkopolski