# Ron Wielkopolski

| | |
|---|---|
| **From:** | Robert Harkins |
| **Sent:** | Thursday, July 8, 2021 5:45 PM |
| **To:** | Michael A. Charish; Ron Wielkopolski |
| **Cc:** | John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) |
| **Subject:** | RE: Bright Data v. BI Science |

Michael,

Thank you for sending us the below proposal. Unfortunately, it is not sufficient to protect Bright Data's interests during a stay. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, and then we can discuss a security interest that would actually protect Bright Data.

Regards,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187



---

**From:** Michael A. Charish <michael@charish.law>
**Sent:** Tuesday, July 6, 2021 3:40 PM
**To:** Robert Harkins <bobh@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) <jcrozendaal@sternekessler.com>
**Subject:** Bright Data v. BI Science

███████████████████████████████████████████████████████

███████████

███████████████████████████████████





**Michael A. Charish**
CHARISH LAW GROUP P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
U.S.     646.328.0183
Israel   +972.77.261.6183
Mobile  +972.52.655.9648
E-mail: michael@charish.law

NOTICE: Please be advised that this message may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this message. If you have received this message in error, please notify me by e-mail or telephone and delete this message and any attachments. Thank you in advance for your cooperation and assistance.