# EXHIBIT C

# REMAINS UNDER SEAL