# Ron Wielkopolski

| | |
|---|---|
| **From:** | Robert Harkins |
| **Sent:** | Wednesday, July 14, 2021 6:27 PM |
| **To:** | Michael A. Charish |
| **Cc:** | John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com); William H. Milliken (wmilliken@sternekessler.com); Ron Wielkopolski; Sunny Cherian |
| **Subject:** | RE: Bright Data v. BI Science |

Michael,

We've reviewed BI Science's most recent proposal from yesterday. Under the terms of the Final Judgement,  Consequently, we have concluded that BI Science's proposed surety does not protect Bright Data's rights under the Final Judgment.

Thank you,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187



---

**From:** Michael A. Charish <michael@charish.law>
**Sent:** Tuesday, July 13, 2021 7:20 AM
**To:** Robert Harkins <bobh@ruyakcherian.com>
**Cc:** John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) <jcrozendaal@sternekessler.com>; William H. Milliken (wmilliken@sternekessler.com) <wmilliken@sternekessler.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Subject:** RE: Bright Data v. BI Science

**CONFIDENTIAL
FOR SETTLEMENT PURPOSES ONLY
SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

Good morning, Bob.

Please see the attached letter, following up on our e-mails below.

Best,

*Michael*

---

**From:** Michael A. Charish
**Sent:** Friday, July 9, 2021 5:34 PM
**To:** Robert Harkins <bobh@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) <jcrozendaal@sternekessler.com>
**Subject:** RE: Bright Data v. BI Science

Thank you for your response, Bob.

We are discussing your request with BI Science and will get back to you promptly.

Have a good weekend.

*Michael*

---

**From:** Robert Harkins <bobh@ruyakcherian.com>
**Sent:** Friday, July 9, 2021 12:45 AM
**To:** Michael A. Charish <michael@charish.law>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) <jcrozendaal@sternekessler.com>
**Subject:** RE: Bright Data v. BI Science

Michael,

Thank you for sending us the below proposal. Unfortunately, it is not sufficient to protect Bright Data's interests during a stay. , and then we can discuss a security interest that would actually protect Bright Data.

2

Regards,

**Bob Harkins**
bobh@ruyakcherian.com
(510) 944-0187



**From:** Michael A. Charish <michael@charish.law>
**Sent:** Tuesday, July 6, 2021 3:40 PM
**To:** Robert Harkins <bobh@ruyakcherian.com>; Ron Wielkopolski <ronw@ruyakcherian.com>
**Cc:** John Christopher "J.C." Rozendaal (jcrozendaal@sternekessler.com) <jcrozendaal@sternekessler.com>
**Subject:** Bright Data v. BI Science





4



**Michael A. Charish**
CHARISH LAW GROUP P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
U.S.         646.328.0183
Israel    +972.77.261.6183
Mobile  +972.52.655.9648
E-mail: michael@charish.law

NOTICE: Please be advised that this message may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this message. If you have received this message in error, please notify me by e-mail or telephone and delete this message and any attachments. Thank you in advance for your cooperation and assistance.