# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § § § Plaintiff, § § v. § Case No. 2:18-CV-00483-JRG § BI SCIENCE, INC., § § Defendant. § § | |

## BI SCIENCE'S NOTICE OF WITHDRAWAL OF
## NOTICE OF INTENT TO REQUEST REDACTION

On July 21, 2021, Defendant BI Science (2009) Ltd. filed a Notice of Intent to Request Redaction to the transcript of the telephonic conference held on July 1, 2021. *See* Dkt. No. 302. BI Science wishes to inform the Court and the court reporter that it no longer intends to request any redactions to that transcript. Accordingly, BI Science hereby withdraws the notice filed at Dkt. No. 302.

Dated: August 4, 2021

            Respectfully submitted,

            By: /s/ *J.C. Rozendaal*
            J.C. Rozendaal
            (admitted *pro hac vice*)
            Sterne Kessler Goldstein & Fox P.L.L.C.
            1100 New York Avenue NW, Suite 600
            Washington, D.C. 20005
            Phone: (202) 772-8747
            Fax: (202) 371-2540
            jcrozendaal@sternekessler.com

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, a true and correct copy of the foregoing notice was served on all counsel of record via the Court's CM/ECF system and on the court reporter via U.S. mail at the address listed below.

Ms. April Hargett
Jack Brooks Federal Building and United States Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

                                             /s/ *J.C. Rozendaal*
                                             J.C. Rozendaal