# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § § § | |
| Plaintiff, | § § § § | |
| v. | § § § § | Case No. 2:18-CV-00483-JRG |
| | § § § § | |
| BI SCIENCE, INC., | § § § § § | |
| Defendant. | § § § | |

## NOTICE OF ACTIVITY IN RELATED PROCEEDING

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations From Related Proceedings, Defendant BI Science (2009) Ltd. hereby notifies the Court of a decision issued by the Israel Enforcement and Collection Authority in a related proceeding. A true and correct copy of the decision is attached hereto as Exhibit A. A certified English translation of the same is attached hereto as Exhibit B.

Dated: August 13, 2021

    Respectfully submitted,

By: /s/ *Gregory P. Love*

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of August 2021, with a copy of this document via electronic mail.

    /s/ *Gregory P. Love*
Gregory P. Love

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

    /s/ *Gregory P. Love*
Gregory P. Love