# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-CV-00483-JRG  |

## NOTICE OF ACTION IN RELATED MATTER

Plaintiff Bright Data Ltd. herby notifies the Court and attaches hereto a copy of an uncertified translation of an August 19, 2021 Application for Instructions filed by the Receiver, Adv. Ziv Ironi in the matter of Bright Data Ltd. (formerly Luminati Networks Ltd.) v. B.I. Science (2009) Ltd. in the Execution Office in Tel Aviv – Jaffa, Israel.

Dated: August 19, 2021

Respectfully submitted,

By: */s/ Ronald Wielkopolski*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
blake@themannfirm.com
Office 903-657-8540

>Cell 903-658-0401
>Marshall Office 903-472-4294
>Tyler Office 903-596-0900
>Waco Office 254-776-3336
>
>Korula T. Cherian
>Robert Harkins
>RuyakCherian LLP
>1936 University Ave, Ste. 350
>Berkeley, CA  94704
>
>Ronald Wielkopolski
>RuyakCherian LLP
>1901 L St. NW, Suite 700
>Washington, DC 20036
>
>*Attorneys for Plaintiff*
>*Bright Data Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of August 2021, with a copy of this document via email.

>*/s/ Ronald Wielkopolski*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

>/s*/ Ronald Wielkopolski*