# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § | |
| Plaintiff, | § § | Case No. 2:18-CV-00483-JRG |
| v. | § § § |  |
| BI SCIENCE, INC., | § § | |
| Defendant. | § § § | |

### BRIGHT DATA'S UNOPPOSED REQUEST FOR UPDATED STATUS CONFERENCE FOLLOWING THE EMERGENCY STATUS CONFERENCE HELD AT THE REQUEST OF BI SCIENCE; NOTICE OF ACTION IN RELATED MATTER

Plaintiff Bright Data Ltd. ("Bright Data") herby requests an updated status conference following Defendant's Request for Emergency Status Conference (Dkt. 285). At the July 1, 2021 emergency status conference requested by Defendant regarding its pending April 5, 2021 Motion to Stay Enforcement of the Corrected Final Judgment ("Motion to Stay," Dkt. 265), the Court advised that a "stay will not be granted unless there is security provided that adequately addresses what Bright Data would lose during the interim if they're not permitted to go forward with execution on their judgment." July 1, 2021 Hearing Transcript at 15:15-19. Regardless, Defendant managed to secure a temporary stay from the Federal Circuit ("Temporary Stay," Dkt. 313) pending this Court's resolution of the Motion to Stay.

BI Science does not oppose Bright Data's request for a status conference and stands ready to discuss the motion to stay at the Court's convenience. BI Science objects, however, to Bright Data's self-serving characterizations of the security issue. BI Science notes that it has in fact proposed a form of security, which Bright Data has refused to accept.

In response, Bright Data notes that BI Science's proposed security was wholly inadequate.

As a result of the Temporary Stay, Bright Data further notifies the Court and attaches hereto (a) a copy of an August 28, 2021 Decision of the State of Israel Enforcement and Collection Authority ("Israel Decision") and (b) an uncertified translation of the Israel Decision, in which it was provided that there will be no "further actions by the Creditor and/or the Receiver, until a decision is made by the US court with regard [to] the stay." Defendant currently has the benefit of a stay without having provided any security to protect Bright Data's rights contrary to the Court's guidance at the July 1, 2021 Emergency Status Hearing. Consequently, Bright Data requests a follow-up status hearing to resolve Defendants' Motion to Stay.

Dated: September 20, 2021

Respectfully submitted,

By: /s/ Ronald Wielkopolski
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Mark Mann
G. Blake Thompson
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
blakethemannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Korula T. Cherian
Robert Harkins

        RuyakCherian LLP
        1936 University Ave, Ste. 350
        Berkeley, CA  94702

        Ronald Wielkopolski
        RuyakCherian LLP
        1901 L St. NW, Suite 700
        Washington, DC 20036

        *Attorneys for Plaintiff*
        *Bright Data Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of September 2021, with a copy of this document via email.

*/s/ Ronald Wielkopolski*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

/s/ Ronald Wielkopolski

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the counsels for the parties have complied with Local Rule CV-7(h) and held a telephonic meet and confer on September 17, 2021. Counsel participating included: Ronald Wielkopolski on behalf of Plaintiff; and John Christopher Rozendaal for Defendant. Defendant does not oppose this motion.

*/s/ Ronald Wielkopolski*