**מדינת ישראל – רשות האכיפה והגבייה**

הוצאה לפועל, לשכת תל אביב
תיק 21-05-516123
פסק דין אחר

בפני כב' הרשמת עינת להבי-אשר

**בקשה מספר** : 21
**סוג הבקשה** : 304 הגשת דוח כונס נכסים

| | |
|---|---|
| **המבקש** : | **כונס הנכסים, עו''ד זיו עירוני** |
| **בעניין** : | **חייב** 1,  **בי. איי סיאנס (2009) בע''מ חברה/שותפות** 514220680 |

## החלטה

לתיק הוגשה ביום 19.8.2021 בקשה מטעם כונס הנכסים, למתן הוראות שונות בקשר עם הליך הכינוס ולאחר שחלפה תקופת האזהרה.

בטרם נדרשתי לבקשה, עתרה הזוכה לאפשר לה את זכות התגובה ובמסגרת זו עדכנה אודות החלטת בית המשפט הפדרלי בארה"ב, שניתנה ביום 20.8.2021 ואשר קובעת את עיכובו הזמני של פסק הדין מיום 1.2.2021 לרבות פסק הבוררות, עד הכרעת בית המשפט המחוזי בבקשה לעיכוב ביצוע התלויה ועומדת בפניו והכרעת בית המשפט הפדרלי לערעורים בבקשה לעיכוב ביצוע עד הכרעה בערעור.

בהינתן הוראות בית המשפט הפדרלי בארה"ב, שנקבעו בהחלטה מיום 20.8.2021, הוגשה לתיק בקשה נוספת של כונס הנכסים, המבקש להשהות הכרעה בבקשתו מיום 19.8.2021, וזאת עד יום 30.8.2021 שאז צפוי כי תינתן החלטת בית המשפט הפדרלי בשאלת עיכוב הביצוע.

בשלב זה, בהינתן הוראות בית המשפט הפדרלי הקובעות את עיכוב ביצועו הזמני של פסק הבוררות, שלאכיפתו נועד תיק ההוצאה לפועל דנן (לאחר שאושרה אכיפה בישראל), איני רואה מקום לאפשר ביצוע פעולות נוספות מצד הזוכה ו/או כונס הנכסים, וזאת עד קבלת החלטות בית המשפט בארה"ב בשאלת עיכוב הביצוע.

עם קבלת החלטת בית המשפט בארה"ב בבקשה לעיכוב הביצוע, יודיעו הצדדים.

| | |
|---|---|
| ‏כ' אלול תשפ"א | |
| 28 אוגוסט 2021 | |
| _____ | _____ |
| תאריך | עינת להבי-אשר, רשמת |