

# STATE OF ISRAEL - ENFORCEMENT AND COLLECTION AUTHORITY

**Execution Office, Tel Aviv**
**Case File No. 516123-05-21**
**Miscellaneous Judgment**

**Before Her Honor Registrar Einat Lehavi-Asher**

**Application Number: 21**
**Type of Application: 304 Receiver's Report**

| | |
|---|---|
| **The Applicant:** | Receiver, Adv. Ziv Ironi |
| **Re:** | Debtor 1, BI Science (2009) Ltc. Company/Partnership 514220680 |

## DECISION

A motion was submitted by the Receiver to the case file, on 19 August, 2021, for the issuance of instructions with regard the execution proceedings after the warning period elapsed.

Before addressing the motion, the Debtor requested the right to respond, in which the Debtor updated with regard a decision of the Federal Court in the US, issued on 20 August, 2021, which stayed the execution of the 1 February, 2021 Judgment including the Arbitration Award, until the decision of the District Court on the motion for a stay of execution pending before it and the decision of the Federal Court of Appeals on the motion for a stay pending appeal.

Considering the orders of the Federal Court in the US, as per its 20 August, 2021 decision, an additional application was submitted by the Receiver, asking to delay decision with regard his 19 August, 2021 motion, until 30 August, 2021, when the Federal Court is expected to rule with regard the stay.

At this point, considering the orders of the Federal Court which order the temporary stay of the Arbitration Award, whose execution is sought in this execution proceeding (after being approved for execution in Israel), I do not see place to allow further actions by the Creditor and/or the Receiver, until a decision is made by the US court with regard the stay.

Upon issuance of a decision in the US with regard the stay, the parties will notify.

| 20 Elul, 5781 | |
|---|---|
| 28 August, 2021 | |
| **Date** | **Einat Lehavi-Asher, Registrar** |