# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
|     Plaintiff, | |
|     v. | Case No. 2:18-CV-483-JRG |
| BI SCIENCE, INC., | |
|     Defendant. | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR UPDATED STATUS CONFERENCE FOLLOWING THE EMERGENCY STATUS CONFERENCE HELD AT THE REQUEST OF BI SCIENCE

CAME ON FOR CONSIDERATION, Plaintiff's Unopposed Request for Updated Status Conference Following the Emergency Status Conference Held at the Request of BI Science. Having considered the motion, it is hereby GRANTED.