IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § | |
| v. | § § | Case No. 2:18-cv-00483-JRG |
| BI SCIENCE, INC., et al | § | |

MOTION HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
December 9, 2021

OPEN: 01:43 PM                                                                 ADJOURN: 02:34 PM

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:         See attached.

LAW CLERK:                                           Cason Cole

COURT REPORTER:                              Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                        Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 01:43 PM | Court opened. |
| 01:44 PM | Court called for announcements from counsel. |
| 01:44 PM | Court began hearing argument re: [SEALED] BI Science's Opposed Motion to Stay Enforcement of the Corrected Final Judgment (Dkt. No. 265). |
| 01:44 PM | **Courtroom sealed**. |
| 01:44 PM | Mr. William Milliken provided argument on behalf of the Defendants. |
| 02:09 PM | Mr. Bob Harkens provided responsive argument on behalf of the Plaintiff. |
| 02:29 PM | Rebuttal by Mr. William Milliken on behalf of the Defendants. |
| 02:33 PM | **Courtroom unsealed**. |
| 02:33 PM | Court took the matter under submission. |
| 02:34 PM | Court adjourned. |