

2:18-cv-00483-JRG
Luminati Networks Ltd v BI Science Inc, et al
December 09, 2021 at 01:30 PM
## Motion Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| William Milliken | BI Science |
| Blake Thompson | Bright Data/Luminati |
| Elizabeth DeRieux | Bright DATA/Luminati |
| Robert Harkins | Bright DATA/Luminati |
| [signature] | BI Science |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |