IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § § § § § § § § | |
| Plaintiff, | § § § § | |
| v. | § § § § § | Case No. 2:18-CV-00483-JRG ███████████ |
| BI SCIENCE, INC., | § § § § § § | |
| Defendant. | § § § § | |

**UPDATE TO BI SCIENCE'S SUPPLEMENTAL NOTICE
REGARDING POSTING SECURITY IN SUPPORT OF ITS STAY MOTION**

In advance of the December 9, 2021 hearing on defendant BI Science (2009) Ltd.'s motion to stay enforcement of the Court's Corrected Final Judgment pending appeal (the "Stay Motion") (Dkt. 265), BI Science respectfully wishes to update the Court regarding proposals for security as a condition of a stay.

## BACKGROUND

On July 1, 2021, the Court held a status conference on the Stay Motion. During the conference, the Court stated that it would not grant a stay "unless there is security provided that adequately addresses what Bright Data would lose during the interim if they're not permitted to go forward with execution on their judgment." 7/1/21 Transcript at 19, 24. On July 16, 2021, after the parties were unable to agree on terms for security, BI Science filed its Supplemental Notice Regarding Posting Security in Support of its Stay Motion (the "Supplemental Notice") (Dkt. 299).

In the Supplemental Notice, BI Science offered to deposit ▮▮▮▮ with the Court as security, pending the appeal to the Federal Circuit and — in the event of an affirmance — pending the filing and outcome of a claim by Bright Data that it was damaged by a delay in enforcing the judgment. *See*, *e.g.*, Supplemental Notice at 12. As BI Science explained, the Final Judgment ▮▮▮▮▮▮▮▮▮▮ implicates a multitude of unknown variables, such as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Consequently, if it is even possible to reasonably assess any economic impact on Bright Data from a delay in enforcing the judgment, that assessment would require a highly complex analysis, based on dueling expert testimony and damages models. *See id.* at 5-8. But the Court need not undertake that analysis because the Corrected Final Judgment itself ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. *See id.* at 8-9. ████████████████████████████████████████████ (*see* 7/1/21 Transcript at 19, 24) ████████████████████████████████████████████████████████████████. *See id.* at 9.

On July 19, 2021, Bright Data filed its response to the Supplemental Notice (Dkt. 300). Bright Data argued that BI Science's security proposal was "woefully inadequate," primarily because Bright Data contended that ████████████████████████████████████████ ████████████. *See, e.g.*, Bright Data Response at 1. Bright Data made that argument even though the Final Judgment ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. *See, e.g.*, Corrected Final Judgment, Exhibit B at 2 ████████████████████████████████████████████████████████████████████████████████████████████████████). Bright Data did not counter-propose any security amount that it would deem adequate.

During the nearly five months since the parties' July 2021 submissions, the Federal Circuit appeal has remained stayed, pending this Court's ruling on the parties' joint motion to unseal the Corrected Final Judgment, to facilitate citation of the judgment in their Federal Circuit briefs. *See* Dkt. 276 (joint motion); Dkt. 283 (Federal Circuit stay order). Thus, the anticipated duration of the requested stay pending appeal is now approximately five months longer than it was when BI Science submitted its security proposal. BI Science recognizes that it would be fair and appropriate to increase its security proposal to account for the elapse of that time. Based on

the calculation in Point I.A below, BI Science is increasing its security proposal from ▮▮▮▮ to ▮▮▮▮. Separately, as noted below in Point II.B, Bright Data has now revealed the amount of security it would be willing to accept, and that amount is approximately ▮▮▮▮.

**DISCUSSION**

I.   **BASED ON THE FINAL JUDGMENT, BI SCIENCE OFFERS TO POST CASH SECURITY OF ▮▮▮▮ IN SUPPORT OF A STAY PENDING APPEAL.**

As discussed in the July 2021 Supplemental Notice, BI Science calculated its proposed security based on the Corrected Final Judgment:



BI Science's increased security proposal is based on the following analysis:

As of July 2021, ▮▮▮▮



:

---

[1] The correct calculation is ▮▮▮▮. The Supplemental Notice mistakenly noted ▮▮▮▮, and BI Science will leave that mistake in place, in Bright Data's favor.

3

███████████████. *See* Supplemental Notice at 9. Now that it is December 2021, if the appeal were to resume shortly, the parties could expect a decision on appeal in approximately February-March 2023. According to the judgment, ███████████████

███████████████████████████████████████████████████████████.

███████████████████████████████████████████████.

███████████████████████████████████████.

███████████████████████████████████████.

███████████████████████████████████████.

███████████████████████████████████████.

███████████████████████████████ (emphasis added). That is, ███████████████████████████

███████████████████████████████████████

███████████.

Nevertheless, for purposes of this increased security proposal (and without prejudice), ███████████████████████████████████████

███████████████████████, and BI Science has calculated the proposed amount as follows:

- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████
- ███████████████████████████████████████

4

The Supplemental Notice demonstrates that BI Science's original security proposal was more than adequate to protect Bright Data — beyond the litany of non-monetary protections Bright Data already had received through enforcement proceedings in Israel. *See* Supplemental Notice at 4, 9-12; *see also* Corrected Final Judgment, Exhibit B at 1 (███████████ ███████████). Given that BI Science is now increasing its proposal ████ ████████████████████████████████████████████████████████████████ — the case for adequate protection is even clearer.[2]

## II. IN ISRAELI PROCEEDINGS, BRIGHT DATA HAS SOUGHT SECURITY OF APPROXIMATELY $███████.

In this Court, Bright Data contested BI Science's security offer but submitted no security demand. However, Bright Data recently made a security demand in its overlapping enforcement proceedings in Israel. In a November 25, 2021 petition, Bright Data asked Israel's Law Enforcement and Collection System Authority to order BI Science to post a bond of at least ███████████████████████████████████. At the current Shekel-Dollar exchange rate posted on the Bank of Israel's website (Bank of Israel - Exchange Rates (boi.org.il)), Bright Data's ███████████ demand equates to ████████.[3]

## CONCLUSION

For the foregoing reasons, and the reasons stated in its Supplemental Notice and its stay briefing, BI Science respectfully requests that the Court accept its offer of a ████████ deposit

---

[2] Even if the Federal Circuit affirms, BI Science does not concede that Bright Data could prevail in asserting and proving a damages claim with the reasonable certainty that Texas law demands. *See* Supplemental Notice at 5-6. BI Science reserves all of its rights, as well as defenses to any prospective damages claim.

[3] Together with this update to its Supplemental Notice, BI Science is filing a copy of Bright Data's Israeli petition (accompanied by an English translation) as a Notice of Activity in a Related Proceeding. BI Science has opposed Bright Data's petition in Israel and will file a copy of its opposition with this Court as soon as a translation of that document is completed.

with the Court as security for a stay and grant a stay of the Corrected Final Judgment pending appeal.

Dated: December 8, 2021

Respectfully submitted,

By: /s/*Gregory P. Love*

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of December 2021, with a copy of this document via electronic mail.

    /s/ *J.C. Rozendaal*
J.C. Rozendaal

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

    /s/ *J.C. Rozendaal*
J.C. Rozendaal