IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| Plaintiff, | § § | Case No. 2:18-CV-00483-JRG |
| v. | § § |  |
| BI SCIENCE, INC., | § § | |
| Defendant. | § § § | |

**NOTICE OF ACTIVITY IN RELATED PROCEEDING**

Defendant BI Science (2009) Ltd. hereby notifies the Court of an Application for Renewal of Enforcement Proceedings filed by Bright Data Ltd. on November 25, 2021, in the Tel Aviv Execution Office. A true and correct copy of the application is attached hereto as Exhibit A. A certified English translation of the same is attached hereto as Exhibit B.

Dated: December 8, 2021

Respectfully submitted,

By: /s/ *J.C. Rozendaal*
J.C. Rozendaal
(admitted *pro hac vice*)
William H. Milliken
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of December 2021, with a copy of this document via electronic mail.

      /s/ *J.C. Rozendaal*
      J.C. Rozendaal

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

      /s/ *J.C. Rozendaal*
      J.C. Rozendaal