| | |
|---|---|
| Infringement: | YES |
| Invalidity: | NO |
| Damages: | $9,343,595 |
| Willfulness: | YES |