# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00395-JRG |
| | § | |
| TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, | § | |
| | § | |
| *Defendants*. | § | |

## JURY VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Bright Data" refers to Plaintiff Bright Data, Ltd. (formerly known as Luminati Networks Ltd.)
- "Oxylabs" refers collectively to Defendants Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB.
- The "'319 Patent" refers to U.S. Patent No. 10,257,319.
- The "'510 Patent" refers to U.S. Patent No. 10,484,510.
- The "'614 Patent" refers to U.S. Patent No. 10,469,614.
- "Asserted Patents" refers collectively to the '319 Patent, the '510 Patent, and the '614 Patent.
- The "Asserted Claims" refers collectively to:
  - Claims 1 and 26 of the '319 Patent;
  - Claims 1 and 22 of the '510 Patent; and
  - Claims 1, 11, 16, and 20 of the '614 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

# READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

3

## QUESTION NO. 1

Did Bright Data prove by a preponderance of the evidence that Oxylabs infringed ANY of the Asserted Claims?

Yes: ✓      No: _____

4

# QUESTION NO. 2

Did Oxylabs prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

| Claim | Yes | No |
|---|---|---|
| Claim 1 of the '319 Patent | | ✓ |
| Claim 26 of the '319 Patent | | ✓ |
| Claim 1 of the '510 Patent | | ✓ |
| Claim 22 of the '510 Patent | | ✓ |
| Claim 1 of the '614 Patent | | ✓ |
| Claim 11 of the '614 Patent | | ✓ |
| Claim 16 of the '614 Patent | | ✓ |
| Claim 20 of the '614 Patent | | ✓ |

**If you answered "No" to Question No. 1, *OR* "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did Bright Data prove by a preponderance of the evidence that Oxylabs willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ✓    No: _____

**If you answered "No" to Question No. 1, *OR* "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 4**

What sum of money, if any, has Bright Data proven by a preponderance of the evidence that it is entitled to receive from Oxylabs as **lost profits**?

Answer in United States Dollars and Cents, if any:

$ 7,474,876.00

7

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict From in the space below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this  5TH  day of November, 2021.

_____
Jury Foreperson