IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-CV-00483-JRG<br><br>███████████████ |

**SECOND UPDATE TO BI SCIENCE'S SUPPLEMENTAL NOTICE
REGARDING POSTING SECURITY IN SUPPORT OF ITS STAY MOTION**

**[CORRECTED COPY]**

At the conclusion of the December 9, 2021 hearing on defendant BI Science (2009) Ltd.'s motion to stay enforcement of the Court's Corrected Final Judgment pending appeal (the "Stay Motion") (Dkt. 265), the Court informed the parties that it would take the matter under advisement and encouraged the parties to continue to discuss and attempt to agree on adequate security to be proffered by BI Science. BI Science respectfully wishes to update the Court regarding proposals for security as a condition of a stay.

Following the December 9 hearing, BI Science contacted multiple sources of potential financing for a bond or other form of security. It became clear that it would not be possible for BI Science to obtain reasonable terms to post security at a discount ███████████ ███████████ and that, in any event, it would not be possible to negotiate and close any financing deal (on any terms) until next month, after the holidays.

BI Science concluded that the only way to propose security greater than the amount it can currently afford to deposit with the Court is to propose an up-front deposit followed by monthly deposits from its revenues. Monthly deposits have the advantage not only of enabling BI Science to provide Bright Data with greater security, but also addressing the Court's concern that it is very difficult to predict how long the appeal will take and a stay would last. *See* 12/9/21 Hearing Transcript at 28 (Dkt. 324). As long as the stay is in place, BI Science would continue making deposits and adding to the security.

On Tuesday, December 14, BI Science made a security proposal to Bright Data that included an up-front deposit and monthly payments. Using Bright Data's assumption of a 44-month time period from May 2020 to the end of the stay, the total value of the security proposed came to ███████. On Wednesday, December 15, Bright Data rejected that proposal and rejected any framework involving monthly payments. Bright Data demanded a lump-sum

security deposit of ███████████████████████████████████████████

███████████████████████████████, on which Bright Data has based its calculations. Given the wide gap between the parties' positions, it is evident that they will not be able to reach agreement on adequate security. Accordingly, BI Science respectfully wishes to further revise its security proposal to respond to the issues that the Court articulated during the December 9 hearing.

    To help formulate its initial security proposal in July 2021, BI Science constructed a preliminary economic model that included the following assumptions: ██████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████. Bright Data has disputed those assumptions, and the Court indicated at the hearing that it is not inclined to accept them.

    To save the company by obtaining a stay, BI Science is prepared to dramatically revise those assumptions in Bright Data's favor and post security geometrically greater than its prior proposals, while respectfully reserving its rights to challenge the assumptions in any future proceedings and defend against any damages claim Bright Data might in the future assert. BI Science has performed a calculation that starts with the ████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████. Using Bright Data's assumed timeframe of 44 months, that calculation yields ████████.

    One alternative perspective is this: ██████████████████████████████ ██████████████████████████████████████████████████████████████—

2

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████.

Accordingly, BI Science respectfully proposes a security plan worth ████████ over the 44-month period that Bright Data projects (approximately 20 months elapsed and 24 months remaining).  The actual value of the security would depend on how long the stay persists.  As noted, BI Science is not financially able to immediately obtain any bond or surety approaching ████████.  It is offering to deposit within seven days of the granting of its stay motion approximately the maximum it can afford at this time, which is also approximately the deposit amount that Bright Data recently demanded in Israel: ████████.  For the subsequent seven months (which according to Bright Data, ████████████████████████████████ ████████), BI Science would make monthly security deposits of ████████.  Following that seven-month period, ████████████████████████████████████████ ████████, BI Science would increase its monthly security deposits to ████████.  If the stay remains in place for the 24 months that Bright Data projects, the total security would be ████████████████████████████████████████████████████████.

If BI Science were to prevail on appeal, the security funds would be returned to it.  If Bright Data were to prevail on appeal and then assert a damages claim against BI Science, the security funds would remain in trust with the Court, pending the outcome of that claim.

BI Science thanks the Court for its consideration.

Dated: December 16, 2021

                                                                                    Respectfully submitted,

                                                                                    By: /s/*Gregory P. Love*

                                                                                     Gregory P. Love
                                                                                    Texas Bar No. 24013060

Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of December 2021, with a copy of this document via electronic mail.

                                           /s/ *J.C. Rozendaal*
                                           J.C. Rozendaal

## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

                                           /s/ *J.C. Rozendaal*
                                           J.C. Rozendaal