IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-CV-00483-JRG<br><br>▮▮▮▮▮▮▮▮▮▮ |

**THIRD UPDATE TO BI SCIENCE'S SUPPLEMENTAL NOTICE
REGARDING POSTING SECURITY IN SUPPORT OF ITS STAY MOTION**

BI Science (2009) Ltd. is grateful to the Court for immediately scheduling and holding a conference on December 16, 2021 and for providing BI Science an opportunity to submit a final proposal for security as a condition of a stay pending appeal. BI Science respectfully submits that proposal here: One of Israel's leading banks, Bank Leumi, will act as a surety for BI Science and guarantee payment of up to ▮▮▮▮▮ of any future damages award to Bright Data resulting from a delay in enforcing the final judgment in this action pending appeal.

Since the December 16 conference, BI Science and its counsel have engaged in discussions with multiple financing sources and brokers — located in Texas, New York, Israel, and the United Kingdom — including:

- a leading broker for appeal bonds and sureties;
- a broker for structured-finance solutions;
- litigation-finance funds;
- a hedge fund;
- a high-net-worth individual; and
- Bank Leumi.

The appeal-bond broker, for example, confirmed the understanding that counsel shared with the Court during the December 16 conference: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Putting aside the additional challenges posed by the short timeframe and the holiday season, it now clearly appears that the highest level of security that BI Science can provide to Bright Data (in any timeframe) will come from Bank Leumi. According to Bank Leumi's website, "Leumi is Israel's oldest banking corporation and one of the leading and largest

corporations in the Middle East."[1]  Bank Leumi's stock is publicly traded on the Tel Aviv Stock Exchange.  The bank's financial statements as of September 30, 2021 show total assets of NIS 611,912,000,000 (approximately $193.8 billion) and shareholders' equity of NIS 41,787,000,000 (approximately $13.2 billion).[2]  Bank Leumi's bonds are rated AAA by Standard & Poor's Maalot.[3]

Subject to this Court's approval and agreement on final documentation, Bank Leumi will issue a bank guaranty in favor of Bright Data for ▮▮▮▮▮▮ immediately and then will increase the guaranty to ▮▮▮▮▮▮▮▮▮▮.  Bank Leumi has informed BI Science that ▮▮▮▮▮▮ is the maximum and it will not guarantee any higher amount.

BI Science respectfully reserves its rights to contest (in any future proceedings) Bright Data's assumptions regarding the level of security required, and to defend against any damages claim that Bright Data might in the future assert.  BI Science thanks the Court for its consideration.

Dated: December 22, 2021

Respectfully submitted,

By: /s/ *Gregory P. Love*

Gregory P. Love
Texas Bar No. 24013060
Love Law Firm
P.O. Box 948
Henderson, Texas 75652
Phone: (903) 212-4444

---

[1] *See,* https://english.leumi.co.il/WnnnWn/Company_Profile/38044/

[2] *See,* https://english.leumi.co.il/static-files/10/LeumiHebrew/financial_statements/10001213e.pdf

[3] *See,* https://www.reuters.com/markets/rates-bonds/israels-bank-leumi-raises-721-mln-bond-issue-2021-11-28/

Fax: (903) 392-2267
greg@lovetrialfirm.com

J.C. Rozendaal
William H. Milliken
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant BI Science (2009) Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of December 2021, with a copy of this document via electronic mail.

    /s/ *Gregory P. Love*
    Gregory P. Love

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this matter.

    /s/ *Gregory P. Love*
    Gregory P. Love