**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC.,  BI SCIENCE (2009) | § | |
| LTD., | § | |
| | § | |
| *Defendants*. | § | |

**<u>ORDER</u>**

Before the Court is the Motion to Stay Enforcement of the Corrected Final Judgment (the "Motion to Stay") filed by Defendants BI Science Inc., BI Science (2009) Ltd. (collectively, "BI Science") (Dkt. No. 265). Also before the Court is BI Science's Third Update to BI Science's Supplemental Notice Regarding Posting Security in Support of its Stay Motion (the "Supersedeas Bond") (Dkt. No. 334). Having considered the Motion to Stay and the Supersedeas Bond now tendered to the Clerk,[1] as well as the parties' arguments, the Court is satisfied that such Supersedeas Bond is adequate to protect the judgment creditor's interests pending appeal, and therefore finds that the Motion to Stay should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the submitted Supersedeas Bond is **APPROVED** and any execution upon the Corrected Final Judgment entered on February 1, 2021 (Dkt. No. 254) shall be superseded and **STAYED** pending disposition of any appeal therefrom.

---

[1] Such Supersedeas Bond being executed by BI Science (2009) Ltd. as Principal and by Bank Leumi as Surety/ Guarantor and being in the amount of $5,000,000.00 (US Dollars).

**Signed and Ordered this 27th day of December, 2021.**

RODNEY  GILSTRAP
Chief Judge