**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| BI SCIENCE INC., BI SCIENCE (2009) LTD., | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the Joint Motion to Unseal Order and Corrected Final Judgment (the "Motion") filed by Plaintiff Luminati Networks, Ltd., now known as Bright Data Ltd. and Defendants BI Science Inc. and BI Science (2009) Ltd. (Dkt. No. 276). In the Motion, the parties request that the Court unseal the Order and Corrected Final Judgment entered on February 1, 2021 (Dkt. No. 254) in its entirety, including Exhibits A and B thereto, to facilitate citation in their briefs on appeal.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the Court's Order and Corrected Final Judgment (Dkt. No. 254), including Exhibits A and B thereto, be **UNSEALED**.

**So ORDERED and SIGNED this 3rd day of January, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE