IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> BI SCIENCE INC., <br><br> *Defendant*. | No. 2:18-cv-00483-JRG |

NOTICE OF DEFENDANT'S COUNSEL
CHANGE OF FIRM NAME AND EMAIL ADDRESS

COMES NOW, the Love Law Firm, local counsel for BI Science Inc., Defendant, and hereby notifies the Court and counsel for all parties herein of its change of firm name and e-mail address which is effective immediately as follows:

**STECKLER WAYNE CHERRY & LOVE, PLLC**
107 East Main Street
Henderson, Texas 75652
903/212-4444 (office)
903/392-2267 (fax)
**greg@swclaw.com**

        Respectfully submitted,

        */s/ Gregory P. Love*
        Gregory P. Love
        Texas Bar No. 24013060
        STECKER WAYNE CHERRY
         & LOVE, PLLC
        107 East Main Street
        Henderson, Texas 75652
        903.212.4444
        903.392.2267  (Fax)
        greg@swclaw.com

        *Counsel for Defendants*
        *BI Science Inc. and*
        *BI Science (2009) Ltd.*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 25th day of February 2022.  Local Rule CV-5(a)(3)(A).

/s/ *Gregory P. Love*
Gregory P. Love