**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LUMINATI NETWORKS LTD. | |
| Plaintiff, | Case No.  2:18-CV-00483-JRG |
| v. | JURY TRIAL DEMANDED |
| BI SCIENCE INC., | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATED INJUNCTION**

Pursuant to the Court's February 1, 2021 Order and Corrected Final Judgment and the settlement agreement and arbitration award incorporated therein, Plaintiff Bright Data and Defendant BI Science hereby move for entry of the attached stipulated injunction.

Dated: December 21, 2023

Respectfully submitted,

/s/ Robert Harkins
CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
GREGORY BLAKE THOMPSON
  Texas State Bar No. 24042033
  blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main
Henderson, Texas 75652
Telephone: (903) 657-8540

KORULA T. CHERIAN
  sunnyc@cherianllp.com
ROBERT HARKINS
  bobh@cherianllp.com
**CHERIAN LLP**
2001 Addison St, Suite 275
Berkeley, California 94704
Telephone: (510) 944-0190

RONALD WIELKOPOLSKI
  ronw@cherianllp.com
**CHERIAN LLP**
1901 L St. NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 838-1560

*Counsel for Plaintiff Bright Data Ltd.*

Dated: December 21, 2023

Respectfully submitted,

/s/ Gregory P. Love
Gregory P. Love
Texas Bar No. 24013060
STECKER WAYNE CHERRY
& LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
903.392.2267 (Fax)
greg@swclaw.com

J.C. Rozendaal
William H. Milliken
(admitted pro hac vice)
STERNE KESSLER GOLDSTEIN & FOX
P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Michael A. Charish
(admitted pro hac vice)
CHARISH LAW GROUP P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law


*Counsel for Defendant, BI Science (2009) Ltd.*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on December 21, 2023. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Robert Harkins
ROBERT HARKINS

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that he met and conferred with Defendant's counsel on December 18, 2023, and that Defendant has agreed to this filing.

/s/ Robert Harkins
ROBERT HARKINS