UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LUMINATI NETWORKS LTD.,** )  <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **BI SCIENCE INC., and BI SCIENCE (2009)** ) <br> **LTD.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) <br> ) | **Civil Action No. 2:18-CV-00483-JRG** |

**STIPULATED INJUNCTION**

**WHEREAS**, Bright Data Ltd. (formerly known as Luminati Networks Ltd.) ("Bright Data") has alleged in this action and a related action that BI Science (2009) Ltd. ( "BI Science") infringes U.S. Patent Nos. 9,241,044; 9,742,866; 10,257,319; 10,469,614; 10,484,510; and 10,484,511 (collectively, the "Asserted Patents").

**WHEREAS**, the Court has determined that, on February 23, 2020 Bright Data and BI Science (collectively, the "Parties") entered a settlement agreement ("Settlement Agreement") that was subsequently arbitrated and resulted in an April 29, 2020 arbitration award ("Arbitration Award").

**WHEREAS**, on February 1, 2021 the Court entered an Order and Corrected Final Judgment (Dkt. No. 254) that incorporated, *inter alia*, all terms of the Settlement Agreement and Arbitration Award as if set forth therein.

**WHEREAS**, the Settlement Agreement and Arbitration Award contain a provision

whereby BI Science enters a stipulated injunction.

      **THEREFORE**, the Parties, by and through their respective undersigned counsel, in compliance with the Settlement Agreement and Arbitration Award, and subject to approval of the Court, hereby stipulate and consent to entry of a stipulated injunction in the action as follows:

      1.    For purposes of this Stipulated Injunction, the term "Proxy Services" shall mean BI Science's residential proxy and data center proxy services, including under the "Geosurf" brand.

      2.    Effective as of 12:01 AM on December 21, 2023, unless otherwise licensed to do so, BI Science, is enjoined from using (including for its own internal non-commercial use), offering to sell, or selling in the United States or importing into the United States, Proxy Services. For the avoidance of doubt, BI Science may continue providing its Urban VPN application to the extent it does not practice any of Bright Data's patents.

      3.    Unless modified by order of this Court, this Stipulated Injunction against BI Science shall remain in full force and effect until the last to expire of the Asserted Patents (including of any re-examinations, reissues or extensions of the Asserted Patents, and any continuations, continuations-in-part or divisional applications claiming priority to the Asserted Patents), provided that not all such unexpired patents have been rendered invalid and/or unenforceable.

      4.    This Court retains jurisdiction to enforce or supervise performance under this Stipulated Injunction.

      **So ORDERED and SIGNED this 2nd day of January, 2024.**

 

 

_____

RODNEY GILSTRAP

Chief Judge

**IT IS SO STIPULATED AND AGREED.**

Dated: December 21, 2023

/s/ Robert Harkins

CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
GREGORY BLAKE THOMPSON
  Texas State Bar No. 24042033
  blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main
Henderson, Texas 75652
Telephone: (903) 657-8540

KORULA T. CHERIAN
  sunnyc@cherianllp.com
ROBERT HARKINS
  bobh@cherianllp.com
**CHERIAN LLP**
2001 Addison St, Suite 275
Berkeley, California 94704
Telephone: (510) 944-0190

RONALD WIELKOPOLSKI
  ronw@cherianllp.com
**CHERIAN LLP**
1901 L St. NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 838-1560

*Counsel for Plaintiff Bright Data Ltd.*

/s/ Gregory P. Love
Gregory P. Love
Texas Bar No. 24013060
STECKER WAYNE CHERRY
& LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
903.392.2267 (Fax)
greg@swclaw.com

J.C. Rozendaal
William H. Milliken
(admitted pro hac vice)
STERNE KESSLER GOLDSTEIN & FOX
P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Michael A. Charish
(admitted pro hac vice)
CHARISH LAW GROUP P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Counsel for Defendant, BI Science (2009) Ltd.*