UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>BI SCIENCE INC.,<br><br>Defendant. | Case No.  2:18-CV-00483-JRG |

**JOINT NOTICE OF ARBITRATION RELATED TO THE SETTLEMENT,
ARBITRATION AWARD AND JUDGMENT**

Plaintiff Bright Data Ltd., formerly known as Luminati Networks Ltd., ("Bright Data"), and defendant BI Science (2009) Ltd. ("BI Science") hereby notify the Court that the parties have agreed to binding arbitration before William Cornelius of issues under the February 24, 2020 Settlement Agreement, April 29, 2020 Arbitration Award, and judgment in this case. Upon issuance of an arbitration award, the parties will report back to the Court regarding the results of the arbitration.

Dated:  March 14, 2024

By: */s/ Robert Harkins*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

1

        Mark Mann
        Gregory Blake Thompson
        Mann | Tindel | Thompson
        201 E. Howard St.
        Henderson, TX 75654
        Office 903-657-8540
        mark@themannfirm.com
        blake@themannfirm.com

        Korula T. Cherian
        Robert Harkins
        CA State Bar No. 179525
        Cherian LLP
        2001 Addison St., Suite 275
        Berkeley, CA 94704
        (510) 944-0190
        sunnyc@cherianllp.com
        bobh@cherianllp.com

        Ronald Wielkopolski
        Cherian LLP
        1901 L St. NW, Suite 700
        Washington, DC 20036
        (202) 838-1560
        ronw@cherianllp.com

        Stephanie R. Wood
        State Bar No. 24057928
        Cherian LLP
        8350 N. Central Expressway, Suite 1900
        Dallas, Texas 75206
        Phone: 945-205-0301
        stephaniew@cherianllp.com

        *Attorneys for Plaintiff*
        *Bright Data Ltd.*

Dated: March 14, 2024        By: */s/ Gregory P. Love*

        J.C. Rozendaal
        (admitted *pro hac vice*)
        William H. Milliken
        (admitted *pro hac vice*)
        Sterne Kessler Goldstein & Fox
        P.L.L.C.

      1100 New York Avenue NW,
Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Gregory P. Love
Texas Bar No. 24013060
Steckler Wayne & Love PLLC.
107 East Main Street
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
Greg@swclaw.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant*
*BI Science (2009) Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing on March 14, 2024, with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users. I further certify that all sealed documents have been provided to all counsel of record by secure means.

                                          */s/ Robert Harkins*