UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>BI SCIENCE INC.,<br><br>　　　　Defendant. | Case No.  2:18-CV-00483-JRG |

**SATISFACTION OF JUDGMENT**

Plaintiff Bright Data Ltd., formerly known as Luminati Networks Ltd., ("Bright Data"), and defendant BI Science (2009) Ltd. ("BI Science") notify the court that the judgment entered in this case on February 1, 2021, in favor of Bright Data and against BI Science has been satisfied subject to continuing performance under the Corrected Judgment, Settlement Agreement and Arbitration Award incorporated therein.

WHEREFORE Plaintiff, certifies that the judgment entered in this action has been satisfied subject to continuing performance as indicated above, and hereby requests that this satisfaction of judgment be entered in the record pursuant to Rule 60 of the Federal Rules of Civil Procedure.

Dated:  April 25, 2024

By: */s/ Robert Harkins*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

11

        Capshaw DeRieux, LLP
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        Mark Mann
        Gregory Blake Thompson
        Mann | Tindel | Thompson
        201 E. Howard St.
        Henderson, TX 75654
        Office 903-657-8540
        mark@themannfirm.com
        blake@themannfirm.com

        Korula T. Cherian
        Robert Harkins
        CA State Bar No. 179525
        Cherian LLP
        2001 Addison St., Suite 275
        Berkeley, CA 94704
        (510) 944-0190
        sunnyc@cherianllp.com
        bobh@cherianllp.com

        Ronald Wielkopolski
        Cherian LLP
        1901 L St. NW, Suite 700
        Washington, DC 20036
        (202) 838-1560
        ronw@cherianllp.com

        Stephanie R. Wood
        State Bar No. 24057928
        Cherian LLP
        8350 N. Central Expressway, Suite 1900
        Dallas, Texas 75206
        Phone: 945-205-0301
        stephaniew@cherianllp.com

        *Attorneys for Plaintiff*
        *Bright Data Ltd.*

Dated:  April 25, 2024        By: */s/ Gregory P. Love*

        J.C. Rozendaal
        (admitted *pro hac vice*)

11

William H. Milliken
(admitted *pro hac vice*)
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, D.C. 20005
Phone: (202) 772-8747
Fax: (202) 371-2540
jcrozendaal@sternekessler.com
wmilliken@sternekessler.com

Gregory P. Love
Texas Bar No. 24013060
Steckler Wayne & Love PLLC.
107 East Main Street
Henderson, Texas 75652
Phone: (903) 212-4444
Fax: (903) 392-2267
Greg@swclaw.com

Michael A. Charish
(admitted *pro hac vice*)
Charish Law Group P.C.
347 Fifth Avenue, Suite 1402
New York, New York 10016
Phone: (646) 328-0183
michael@charish.law

*Attorneys for Defendant*
*BI Science (2009) Ltd.*

11

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on April 25, 2024, with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users. I further certify that all sealed documents have been provided to all counsel of record by secure means.

*/s/ Robert Harkins*
